ORIGINAL FILED



1  KRONENBERGER BURGOYNE, LLP
2  Karl S. Kronenberger (Cal. Bar No. 226112)
   Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
3  Margarita Calpotura (Cal. Bar No. 244719)
   150 Post Street, Suite 520
4  San Francisco, CA 94108
   Telephone: (415) 955-1155
5  Facsimile:  (415) 955-1158

07 JUN 13 PM 2:09
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

Attorneys for Plaintiffs
ANN JENKINS and ERNEST F. JENKINS, JR.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ANN JENKINS, an individual, and
ERNEST F. JENKINS, JR., an individual,

   Plaintiffs,

   vs.

MOD.COM, an Internet domain name,

   Defendant.

Case No. C07 03112 JSW

COMPLAINT FOR
CYBERSQUATTING *IN REM*

BY FAX

COMPLAINT

Plaintiffs Ann Jenkins and Ernest F. Jenkins, Jr., ("Plaintiffs") through their attorneys, alleges as follows:

## INTRODUCTION

1. Plaintiffs bring this action to recover a domain name that an unknown party stole in order to trade off the good will that Plaintiffs have generated for their "MOD" trademark (hereinafter, the "Mark").

2. Plaintiffs, and their predecessors-in-interest, were the registrants of the domain name, MOD.COM (hereinafter, "Disputed Domain") from 1994 until January 19, 2007, when an unknown party gained unauthorized access to Plaintiffs' account associated with the Disputed Domain, and transferred the Disputed Domain without Plaintiffs' authorization or consent.

3. Prior to the theft of the MOD.COM domain name, Plaintiffs, and their predecessors-in-interest, used the domain name MOD.COM in connection with an Internet website. While the MOD.COM website went through various transformations over the past 13 years, Plaintiffs and their predecessors-in-interest engaged in continuous use of the MOD.COM website and the MOD trademark in United States commerce from 1994 until the date of the theft. Through Plaintiffs' use of the domain name MOD.COM, the domain name has acquired secondary meaning, substantial goodwill, and common-law trademark rights.

## JURISDICTION AND VENUE

4. This Court has *in rem* subject matter jurisdiction over the Disputed Domain pursuant to 28 U.S.C. §1338(a) and 15 U.S.C. §1125(d)(2), as the domain name constitutes personal property located[1] within the territorial jurisdiction of the United States and this District.

---

[1] As noted in Paragraph 11 below, the registry, or database, that hosts and holds the MOD.COM registration is located on servers owned by Verisign, Inc., which is located in Mountain View, California in Santa Clara County.

5. Pursuant to 15 U.S.C. §1125(d)(2)(A)(ii)(I), the Court is not able to obtain personal jurisdiction over the current registrant of the domain name because the registrant, on information and belief, resides in Great Britain, and is not subject to the personal jurisdiction of this Court. Accordingly, Plaintiffs are entitled by statute to bring this *in rem* action.

6. Venue is proper in this judicial district pursuant to 15 U.S.C. §1125(d)(2)(A) because Verisign, Inc., the registry of the Disputed Domain, is located in this District. Verisign, Inc. is the official registry for all .com and .net domain names.

## INTRADISTRICT ASSIGNENT

7. For the purposes of Local Rule 3-2(c), this action arises in San Jose, where a substantial part of the events or omissions which give rise to the claims alleged herein occurred and in which a substantial part of the property that is the subject of this action is located.

## PARTIES

8. Plaintiffs are individuals residing at 151 Westview Drive, Westford, Massachusetts 01886. Prior to the theft of the domain name MOD.COM in January 2007, Plaintiffs were the registrants of the Disputed Domain.

9. The WHOIS records of the domain name registrar for the Disputed Domain show that the current registrant of MOD.COM is Mortgages on Demand Limited ("Mortgages on Demand"), with its principal place of business at Cartref Garden Road, Bromley, Kent, UK BR1 3LU, Great Britain. The administrative contact at Mortgages on Demand is Robert Pooke, whose listed phone number is +44.7970209056, and email address is Robert@uk.com. On information and belief, Robert Pooke currently resides in Great Britain.

## DOMAIN NAME REGISTRAR AND REGISTRY

10. The domain name registrar for the Disputed Domain is Tucows, Inc., located in Toronto, Canada.

11. The domain name registry for the Disputed Domain is Verisign, Inc., a Delaware corporation having its principal place of business in the District at 487 East Middlefield Road, Mountain View, California 94043.

## FACTS RELEVANT TO ALL CLAIMS

12. In 1994, Plaintiffs—and Plaintiffs' predecessor-in-interest in the Disputed Domain—Advanced Modular Solutions, Inc. ("AMS") registered the domain name MOD.COM and set up an Internet website at this domain name. At the time, AMS was developing and marketing a suite of products and services including video streaming, video conferencing systems, web and media caching, fault-tolerant servers, storage systems, and computer consulting services.

13. Beginning in 1994, AMS began offering its products and services under the MOD trademark and began featuring its projects on its MOD.COM website. During this time, the MOD.COM website was frequently visited by customers and those interested in AMS's ongoing projects and development.

14. In December 2005 AMS transferred the domain name MOD.COM, the trademark MOD, and all of AMS's other intellectual property and goodwill associated with this intellectual property to a newly formed company, Modular Services, LLC ("Modular Services").

15. Modular Services engaged in the same type of business as AMS, and it maintained the MOD.COM website in the same manner, featuring the company's ongoing projects and research. Modular Services also continued to use the MOD trademark in connection with its business.

16. In December 2006, Modular Services transferred the domain name MOD.COM and the trademark MOD, and all of the goodwill associated with these

trademarks to Plaintiffs. After this transfer in December 2006, and until the Disputed Domain was misappropriated in January 2007, Plaintiffs continued to maintain an Internet website visited by thousands of Internet users each month.

17. Plaintiffs and their predecessors-in-interest used the domain name MOD.COM, and the trademark MOD, continuously from 1994 until the unauthorized transfer of MOD.COM on January 19, 2007.

18. On January 19, 2007 an unknown person unlawfully accessed Plaintiffs' Network Solutions account for MOD.COM, and through Plaintiffs' Internet Service Provider, authorized the transfer of MOD.COM from Network Solutions to Tucows, Inc., without Plaintiffs' knowledge or consent.

19. Either through this unlawful transfer, or through a subsequent transfer, current registrant Mortgages on Demand and/or Robert Pooke obtained wrongful possession of the MOD.COM domain name.

20. Plaintiffs have made multiple attempts to contact Mortgages on Demand and Robert Pooke using the contact information in the WHOIS database.[2] Plaintiffs have sought to make Mortgages on Demand and Mr. Pooke aware that Plaintiffs are the lawful owners and registrants of the MOD.COM domain name, and that their use of the domain name is unlawful. There has been no response to Plaintiffs' efforts to contact Mortgages on Demand and Robert Pooke.

21. Mortgages on Demand is currently using the Disputed Domain to generate affiliate revenue from pay-per-click advertisements served by the Google, Inc. AdSense program. Through this process, Mortgages on Demand Limited is enjoying a continuous revenue stream based on the goodwill that Plaintiffs and their predecessors-in-interest generated for the MOD.COM domain name and the MOD trademark.

22. Mortgage on Demand's use of the MOD.COM domain name, and the operation of its website located at MOD.COM, has caused confusion in the marketplace,

---

[2] The WHOIS database is a database of contact information for the owners of domain names.

as evidenced by, among other evidence, Plaintiffs' clients' mistaken belief that Mortgage on Demand's current website, located at MOD.COM, is controlled by Plaintiffs. Thus, Plaintiffs' clients have mistakenly associated the website located at MOD.COM with Plaintiffs, Plaintiffs' MOD trademark, and Plaintiffs' MOD.COM Website.

23. Furthermore, an Internet search for "Advanced Modular Solutions" produces a search result for the business together with the Disputed Domain, causing additional confusion for Internet users searching for Plaintiffs' website, products, and services. Thus, Internet users attempting to locate Plaintiffs' website, formerly located at the Disputed Domain, mistakenly arrive at Mortgage on Demand's website, which currently resides at the Disputed Domain.

24. On May 16, 2007, Plaintiffs sent a demand letter and proposed domain transfer agreement via Registered International Mail and email to Mortgage on Demand at the contact information provided publicly for the Disputed Domain. True and correct copies of the demand letter, proposed domain transfer agreement, and email are attached as Exhibit A.

25. The letter was not returned to Plaintiffs, nor did Plaintiffs receive an error message about the non-deliverability of the email sent to the Robert@uk.com email address. To date, Plaintiffs have received no response from Mortgage on Demand.

**CLAIM FOR RELIEF**

**Cybersquatting Under Section 43(d) of The Lanham Act, 15 USC §1125(d)(2)(A)**

26. Plaintiffs re-allege and incorporate herein the above Paragraphs 1-25.

27. The actions as described above, including Mortgage on Demand's continued use of the MOD.COM domain name in connection with its website, constitute use of Plaintiffs' MOD trademark and name in violation of Section 43(d) of the Lanham Act, 15 U.S.C. §1125(d)(2).

28. As a direct and proximate result of the actions, conduct, and practices of alleged above, including Mortgage on Demand's continued use of the MOD.COM domain

6                                    COMPLAINT

name in connection with its website, Plaintiffs have been damaged and will continue to be damaged.

29. Plaintiffs have no adequate remedy at law.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs pray this Court enter judgment in his favor on the claims set forth above, and further prays an award to Plaintiffs of:

1. A preliminary and permanent injunction and judgment ordering the transfer of the registration and control of the MOD.COM domain name to Plaintiffs; and
2. Such further relief to which Plaintiffs may be entitled as a matter of law or equity, or which the Court determines to be just and proper.

Respectfully Submitted,

DATED: June 13, 2007

KRONENBERGER BURGOYNE, LLP

By: *Karl S. Kronenberger*
Karl S. Kronenberger
Attorneys for Plaintiffs

**REQUEST FOR JURY TRIAL**

Plaintiffs hereby demand a trial of this action by jury.

DATED: June 13, 2007

KRONENBERGER BURGOYNE, LLP

By: /s/ Karl S. Kronenberger
Karl S. Kronenberger
Attorneys for Plaintiffs