1  KRONENBERGER BURGOYNE, LLP
2  Karl S. Kronenberger (Cal. Bar No. 226112)
   Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
3  Margarita Calpotura (Cal. Bar No. 244711)
   150 Post Street, Suite 520
4  San Francisco, CA 94108
   Telephone: (415) 955-1155
5  Facsimile: (415) 955-1158

6  Attorneys for Plaintiff
7  ANN JENKINS and ERNEST F. JENKINS, JR.

8

ORIGINAL FILED
07 JUN 13 PM 2:09
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
DIST. OF CA S.J.

ADR

E-FILING

9           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
10

11

12  ANN JENKINS, an individual, and            Case No. C07 03112 JSW
    ERNEST F. JENKINS, JR., an individual,
13
            Plaintiffs,
14                                              CERTIFICATION OF INTERESTED
       vs.                                      ENTITIES OR PERSONS PURSUANT
15                                              TO L.R. 3-16
    MOD.COM, an Internet domain name,
16
            Defendant.                          BY FAX
17

18

...

1   The undersigned, counsel of record for Plaintiffs ANN JENKINS and ERNEST F.
2   JENKINS, JR. certify that no persons or entities other than that of the named parties to
3   the action have either: (i) a financial interest (of any kind) in the subject matter in
4   controversy or in a party to the proceeding; or (ii) any other kind of interest that could be
5   substantially affected by the outcome of the proceeding.
6   This representation is made to enable the Court to evaluate possible
7   disqualification or recusal.

9   Respectfully Submitted,

11  DATED: June 13, 2007

                                    KRONENBERGER BURGOYNE, LLP

                                    By: *Karl S. Kronenberger* (signature)
                                    Karl S. Kronenberger
                                    Attorneys for Plaintiff

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

2                                   CERTIFICATION OF INTERESTED
                                    ENTITIES OR PERSONS