**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
Margarita Calpotura (Cal. Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff
ANN JENKINS and ERNEST F. JENKINS, JR.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN JENKINS**, an individual, and **ERNEST F. JENKINS, JR.**, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**MOD.COM**, an Internet domain name,<br><br>Defendant. | Case No. C-07-03112 JSW<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On June 22, 2007, I served the following document(s):

1. Summons
2. Complaint
3. Certificate of Interested Parties
4. Order Setting Initial Case Management Conference and ADR Deadlines
5. Court Guidelines
6. Order of the Chief Judge In Re: Electronic Filing in Cases with Unrepresented Parties
7. Civil Standing Orders – Judge Jeffrey S. White
8. Guidelines for Trial and Final Pretrial Conference in Civil Bench Cases Before the Hon. Jeffrey S. White
9. Standing Order for All Judges re Contents of Joint Case Management Statement
10. Consent to Proceed Before a United States Magistrate Judge Form
11. Dispute Resolution Procedures in the Northern District of California – ADR Handbook

on the parties listed below as follows:

Robert Pooke
Mortgages on Deman Limited
Cartref Garden Road, Bromley
Kent, UK BR1 3LU
Great Britain
Robert@uk.com

MOD.COM
c/o Robert Pooke
Mortgages on Deman Limited
Cartref Garden Road, Bromley
Kent, UK BR1 3LU
Great Britain
Robert@uk.com

[X] BY REGISTERED INTERNATIONAL MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with US Postal Service the same day as it is placed for processing. True and accurate copies of the registered mail receipts are attached as Exhibit A [court-filed copy only].

[X] BY EMAIL, to the address listed above.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Peter Touschner