1  **KRONENBERGER BURGOYNE, LLP**
2  Karl S. Kronenberger (Cal. Bar No. 226112)
   Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
3  Margarita Calpotura (Cal. Bar No. 244711)
   150 Post Street, Suite 520
4  San Francisco, CA 94108
   Telephone:  (415) 955-1155
5  Facsimile:   (415) 955-1158

6  Attorneys for Plaintiff
7  ANN JENKINS and ERNEST F. JENKINS, JR.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANN JENKINS,** an individual, and **ERNEST F. JENKINS, JR.,** an individual,<br><br>  Plaintiffs,<br><br>  vs.<br><br>**MOD.COM**, an Internet domain name,<br><br>  Defendant. | Case No. C07-03112 JSW<br><br>**NOTICE OF DEPOSIT OF REGISTRAR CERTIFICATE** |

1   Plaintiffs Ann Jenkins and Ernest F. Jenkins, Jr., hereby notice the deposit of the
2   attached "REGISTRAR CERTIFICATE," dated July 12, 2007, submitted by Tucows, Inc.,
3   regarding the present case.

5   DATED:  July 12, 2007                    **KRONENBERGER BURGOYNE, LLP**

7                                             By:  _____/s/_____
8                                                  Margarita Calpotura

9                                             Attorneys for Plaintiffs, ANN JENKINS
                                              and ERNEST F. JENKINS, JR.