# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN JENKINS**, an individual, and<br>**ERNEST F. JENKINS, JR.**, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**MOD.COM**, an Internet domain name,<br><br>Defendant. | Case No. C07-03112 JSW<br><br>**REGISTRAR CERTIFICATE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REGISTRAR CERTIFICATE**

| | |
|---|---|
| 1 | I, Paul Karkas, a representative of Tucows, Inc. ("Tucows"), hereby declare: |
| 2 | 1.   I have personal knowledge of the facts stated herein, and would testify to |
| 3 | such facts if so called to testify. |
| 4 | 2.   Tucows is the registrar of Internet domain names under the top level |
| 5 | domains .com, .org and .net, among others. |
| 6 | 3.   Tucows is the registrar of the domain name at issue in this case, |
| 7 | MOD.COM. |
| 8 | 4.   On June 15, 2007, Tucows received written notification of a filed, stamped |
| 9 | copy of the Complaint in the instant case. |
| 10 | 5.   The Complaint alleges that the domain name MOD.COM has been used for |
| 11 | cybersquatting. |
| 12 | 6.   Per the Complaint filed at this Court, Tucows placed the domain name |
| 13 | MOD.COM on registrar lock, thus preventing the MOD.COM domain name from being |
| 14 | transferred, modified or otherwise managed or manipulated. |
| 15 | 7.   Furthermore, Tucows will not modify the status of the domain name |
| 16 | MOD.COM unless and until instructed to do so by Order of the court in the instant case. |
| 17 | 8.   Therefore, the MOD.COM domain name should be construed to be under |
| 18 | the dominion and control of the court until such time as Tucows receives further |
| 19 | instruction with regard to the MOD.COM domain name. |
| 20 | I declare under penalty of perjury that the foregoing is true and correct. |

DATED: June ____, 2007

by July 12/2007

TUCOWS, INC.

By: _____
Paul Karkas

2                                          **REGISTRAR CERTIFICATE**