```
          Sutter Street Station
          San Francisco, California
                941044001
            0567830052 -0094
06/22/2007  (800)275-8777   12:09:43 PM
                Sales Receipt
Product        Sale    Unit      Final
Description    Qty     Price     Price

Product / Service Rate Inquiries
Great Britain and                $10.40
Northern Ireland -
First-Class Int'l
13.30 oz.
  Return Receipt                  $2.15
  Registered                     $10.15
  Insured Value :      $0.00
  Article Value :      $0.00
  Label #:       RE259953625US
                                ========
  Issue PVI:                     $22.70

Total:                           $22.70

Paid by:
Debit Card                        $22.70
  Account #:       XXXXXXXXXXXX7817
  Approval #:      860088
  Transaction #:   557
  23 903470615
  Receipt#:        000605

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000602012121
Clerk: 05

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.
*******************************************
*******************************************
         HELP US SERVE YOU BETTER

    Go to: http://gx.gallup.com/pos

       TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

         YOUR OPINION COUNTS
*******************************************
*******************************************

              Customer Copy
```

**Receipt for Registered Mail (PS Form 3806)**

Registered No. RE259953625US

| | |
|---|---|
| Reg. Fee | $10.15 |
| Handling Charge | $0.00 |
| Postage | $10.40 |
| Return Receipt | $2.15 |
| Restricted Delivery | $0.00 |

Date Stamp: SAN FRANCISCO CA SUTTER ST. 0052 JUN 22 2007 06/22/07 USPS

Customer Must Declare Full Value $ $0.00 — Without Postal Insurance

FROM:
Ka#10 Kronenberger
Kronenberger Burgoyne, LLP
150 Post St., Ste. 520
San Francisco, CA 94108

TO:
Mortgages on Demand Limited / Robert Pooke
Cartref, Garden Road, Bromley
Kent, UK BR1 3LU
Great Britain

PS Form 3806, May 2004 (7530-02-000-9051)
Copy 1 - Customer