1  **KRONENBERGER BURGOYNE, LLP**
2  Karl S. Kronenberger (Cal. Bar No. 226112)
   Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
3  Margarita Calpotura (Cal. Bar No. 244711)
   150 Post Street, Suite 520
4  San Francisco, CA 94108
   Telephone: (415) 955-1155
5  Facsimile:  (415) 955-1158

6  Attorneys for Plaintiff
7  ANN JENKINS and ERNEST F. JENKINS, JR.

8

9  **UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA**
10

11

12  **ANN JENKINS,** an individual, and         Case No. C07-03112 JSW
    **ERNEST F. JENKINS, JR.,** an individual,
13
                Plaintiffs,
14                                              **REQUEST TO ENTER DEFAULT**
         vs.
15
    **MOD.COM**, an Internet domain name,
16
                Defendant.
17

18

...

**REQUEST TO ENTER DEFAULT**

1  TO THE CLERK OF THE ABOVE ENTITLED COURT:

2  Plaintiffs Ann Jenkins and Ernest F. Jenkins, Jr. ("Plaintiffs") hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendant MOD.COM ("Defendant"), on the ground that said Defendant has failed to appear or otherwise respond to Plaintiffs' Complaint for Cybersquatting *In Rem* (hereinafter "Complaint"), within the 20 day time period prescribed by the Federal Rules of Civil Procedure.

As described in the accompanying Declaration of Margarita Calpotura in Support of Request to Enter Default ("Calpotura Decl."), Plaintiffs' Complaint was filed on June 13, 2007. (Calpotura Decl., ¶3.) Plaintiffs served the Complaint and Summons on the registrant of the Defendant domain name via Registered International Mail and via email on June 22, 2007, pursuant to 15 U.S.C. Section 1125(d)(2)(B), as evidenced by the Proof of Service filed with the Court on July 12, 2007. (Calpotura Decl., ¶¶ 4-5.)

DATED: July 13, 2007                              **KRONENBERGER BURGOYNE, LLP**

By: _____/s/_____
Margarita Calpotura

Attorneys for Plaintiffs, ANN JENKINS and ERNEST F. JENKINS, JR.

**REQUEST TO ENTER DEFAULT**