1

**KRONENBERGER BURGOYNE, LLP**

2

Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)

3

Margarita Calpotura (Cal. Bar No. 244711)
150 Post Street, Suite 520

4

San Francisco, CA 94108
Telephone:  (415) 955-1155

5

Facsimile:   (415) 955-1158

6

Attorneys for Plaintiff

7

ANN JENKINS and ERNEST F. JENKINS, JR.

8

9

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

10

11

12

**ANN JENKINS,** an individual, and
**ERNEST F. JENKINS, JR.,** an individual,

Case No. C07-03112 JSW

13

Plaintiffs,

14

vs.

**DECLARATION OF MARGARITA
CALPOTURA IN SUPPORT OF
REQUEST TO ENTER DEFAULT**

15

**MOD.COM**, an Internet domain name,

16

Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

**DECL. OF M. CALPOTURA IN SUPPORT OF
REQUEST TO ENTER DEFAULT**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1    I, Margarita Calpotura, declare the following:

2        1.      I am an attorney with Kronenberger Burgoyne, LLP, counsel to Plaintiffs
3    Ann Jenkins and Ernest F. Jenkins, Jr. ("Plaintiffs") in this action.  I have personal
4    knowledge of the facts stated herein and could competently testify thereto.

5        2.      On May 16, 2007, our office sent a demand letter via Registered
6    International Mail and email to the registrant of MOD.COM ("Defendant"), to the contact
7    information provided publicly by Defendant's registrar.  The demand letter provided
8    notice to the owner of MOD.COM of Plaintiffs' intent to proceed against MOD.COM under
9    15 U.S.C. Section 1125(d).

10       3.      On June 13, 2007, Plaintiffs filed their Complaint for Cybersquatting *In Rem*
11   in this action.

12       4.      On June 22, 2007, Plaintiffs served the Complaint and Summons on the
13   registrant of the Defendant domain name via Registered International Mail and email at
14   the contact information provided publicly by Defendant's registrar.

15       5.      Filed with the Court on July 12, 2007 as Document 5 on the online Pacer
16   docket, is a true and correct copy of the Proof of Service, evidencing service as
17   described in Paragraph 4.  Filed with the Court on July 13, 2007 as Document 7 on the
18   online Pacer docket is Exhibit A to the Proof of Service.

19       6.      No party, including the registrant of the Defendant domain name, has filed
20   an answer, made an appearance, or filed any other responsive pleading in the Action to
21   date.

22       7.      The registrant of the Defendant domain name is not an infant, incompetent
23   person, or a person in military service or otherwise exempted from default judgment
24   under Soldiers' and Sailors' Civil Relief Act of 1940.

25   //
26   //
27   //
28

2        **DECL. OF M. CALPOTURA IN SUPPORT OF
         REQUEST TO ENTER DEFAULT**

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.

3

4    DATED:  July 13, 2007                                        /s/

5                                                                    Margarita Calpotura

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

3        **DECL. OF M. CALPOTURA IN SUPPORT OF
         REQUEST TO ENTER DEFAULT**