**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                             415.522.2000

August 1, 2007


RE: <u>CV 07-03112 JSW</u>        <u>ANN JENKINS, ET AL-v- MOD.COM</u>


Default is declined as to Mod.com on 8/1/07 .




RICHARD W. WIEKING, Clerk


by: <u>Hilary D. Jackson</u>
Case Systems Administrator