

Close Window

## Track Shipments
### Detailed Results

 Print

| | | | |
|---|---|---|---|
| Tracking number | 791363414986 | Reference | mod.com |
| Signed for by | B.ACKHAM | Destination | KENT GB |
| Ship date | Aug 10, 2007 | Delivered to | Receptionist/Front Desk |
| Delivery date | Aug 13, 2007 11:00 AM | Service type | Priority Envelope |
| | | Weight | 0.6 lbs. |

**Status** — Delivered

**Signature image available** — No

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Aug 13, 2007 | 11:00 AM | Delivered | KENT GB | |
| | 7:51 AM | On FedEx vehicle for delivery | RIDGMONT GB | |
| | 4:48 AM | At local FedEx facility | RIDGMONT GB | |
| Aug 12, 2007 | 12:32 AM | In transit | STANSTED GB | |
| Aug 11, 2007 | 8:56 PM | Int'l shipment release | STANSTED GB | |
| | 8:56 PM | At dest sort facility | STANSTED GB | |
| | 5:23 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:49 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:02 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Aug 10, 2007 | 6:24 PM | Left origin | SAN FRANCISCO, CA | |
| | 3:06 PM | Picked up | SAN FRANCISCO, CA | |
| | 11:34 AM | Package data transmitted to FedEx | | |

[E-mail results]   [Track more shipments]

**Subscribe to tracking updates (optional)**

Your Name: _____    Your E-mail Address: _____

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

Select format:  ⦿ HTML  ○ Text  ○ Wireless



EXHIBIT A

