**KRONENBERGER | BURGOYNE**

150 Post Street  
Suite 520  
San Francisco, CA 94108

Phone 415.955.1155  
Fax 415.955.1158  
www.kronenbergerlaw.com

May 16, 2007

Mortgages on Demand Limited  
Robert Pooke  
Cartref Garden Road  
Bromley  
Kent, UK BR1 3LU  
Great Britain

**VIA EMAIL robert@uk.com AND REGISTERED INTERNATIONAL MAIL**

    RE:    MOD.COM

Dear Mr. Pooke:

    Our firm is counsel to Ernest Jenkins, Jr. It has been brought to our attention that a domain name you control, <mod.com>, is in violation of our client's trademark rights in the names "Mod" and "Mod.com." In light of your infringement, our firm requests that you immediately transfer ownership of the domain name to our client, by executing the Domain Transfer Agreement attached hereto. If you do not comply with this demand, we will proceed with legal action against you in federal court under 15 USC § 1125(d).

    If you have any questions about this matter, you may reach me at 415-955-1155, ext. 118, or at margarita@kronenbergerlaw.com.

Sincerely,

KRONENBERGER BURGOYNE, LLP

*[signature]*

Margarita Calpotura

*Attachment*  
*Domain Transfer Agreement*

**EXHIBIT A**

INTERNET LAW, E-COMMERCE & MEDIA ATTORNEYS

# DOMAIN TRANSFER AGREEMENT

This domain transfer agreement (the "Agreement") is made and entered into as of May ___, 2007 ("Effective Date"), by and between Robert Pooke and Mortgages on Demand Limited (collectively, "Transferor") and Ernest F. Jenkins, Jr. ("Transferee").

WHEREAS, Robert Pooke and Mortgages on Demand Limited, Cartref Garden Road, Bromley, Kent, UK BR1 3LU, Great Britain, have registered, used, are using the following domain name:

| Domain Name | Date of Registration |
|---|---|
| MOD.COM | September 1, 1994 |

WEREAS, Ernest F. Jenkins, Jr., 151 Westview Drive, Westford, MA 01886, the previous registrant of the said domain name who has acquired trademark rights in the name "Mod," is desirous of reacquiring control of said domain name,

NOW THEREFORE, in exchange for good and valuable consideration, the receipt of which is hereby acknowledged, Transferor hereby transfers to Transferee, all rights, title and interest in said domain name. The parties agree that this Agreement may be presented to the domain name registrar of MOD.COM for the purpose of facilitating transfer of control of MOD.COM to Transferee.

Signed this ___ day of May 2007.

Mortgages on Demand Limited  
Cartref Garden Road  
Bromley  
Kent, UK BR1 3LU  
Great Britain

Ernest F. Jenkins, Jr.  
151 Westview Drive  
Westford, MA 01886

By: _____  
(Signature)

By: _____  
(Signature)

Name:  
Title:  
Date:

Name: Ernest F. Jenkins, Jr.  
Title:  
Date:

Robert Pooke  
Cartref Garden Road  
Bromley  
Kent, UK BR1 3LU  
Great Britain

By: _____  
(Signature)

Name: Robert Pooke  
Title:  
Date: