Welcome **Guest!** Login/Join

Whois mod.com > Domain Suggestions > For Sale > Auctions > Advanced Auctions > Domain Search > Domain Monitor
Domain Directory | Ping > Traceroute > My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | more >
Power Tools:  Reverse IP  Domain History  Mark Alert  Name Server Spy  Domain Typo  XML API

Sponsored Ads

Web Hosting Unleashed — OVER 5,000 REVIEWS OF WEB HOSTS — SUBMIT YOUR REVIEW — TOP WEB HOSTS

techhosting — hosting for web 2.0 — Featuring: Ruby on Rails — Sign Up » Now! «

Who Owns this Domain
Domains, Email, Hosting & More. Grow Your Business. Register Today!

SPONSOR US

DomainTools Blog: "Art of the Start" on Naming - Posted 5 days ago                Next ▶

# Whois Record for Mod.com ( Mod )

## Front Page Information

**Website Title:** None given.
**AboutUs:** Wiki article on Mod.com
**SEO Score:** 0%
**iFrames:** 1 ( Parts of page not indexable by most search engines. )
**Related Sites:** admiral-group.com, winnov.com, compaq.com, cisco.com, championcc.com, chaincast.com, brin.com, auroratech.com, amdahl.com, zdnet.com

**Thumbnail: 2007-07-25**

## Indexed Data

**Alexa Trend/Rank:** #1,846,869 ↑ 1,585,903 ranks over the last three months.
**Compete Rank:** #837,293 with 1,075 U.S. visitors per month
**Quantcast Rank:** #682,223

## Server Data

**IP Address:** 216.40.33.252  [W] [R] [P] [D] [T]
**IP Location:** - Ontario - Toronto - Tucows International
**Response Code:** 200
**Blacklist Status:** Clear
**Domain Status:** Registered And Active Website

**SEO Text Browser**
Loading...   SEO Text Browser

## Registry Data

**ICANN Registrar:** TUCOWS INC.
**Created:** 1994-09-01
**Expires:** 2009-08-31
**Registrar Status:** clientTransferProhibited
**Registrar Status:** clientUpdateProhibited
**Name Server:** PARKING1.MDNSSERVICE.COM
**Name Server:** PARKING2.MDNSSERVICE.COM

EXHIBIT B

http://www.mod.com

**Whois Server:** whois.tucows.com

**DomainTools Exclusive**

| | |
|---|---|
| **Registrar History:** | 2 registrars |
| **IP History:** | 3 changes on 3 unique name servers over 1 years. |
| **Whois History:** | 171 records have been archived since 2001-10-19 |
| **Reverse IP:** | 120,100 other sites hosted on this server. |
| **Monitor Domain:** | Set Free Alerts on mod.com |
| **Free Tool:** | Download DomainTools for Windows |

**Whois Record**

```
Registrant:
Mortgages On Demand Limited
Cartref Garden Road
Bromley
Kent
Kent, UK BR1 3LU
GB

Domain name: MOD.COM

Administrative Contact:
    Pooke, Robert    Robert@u.k.com
    Cartref Garden Road
    Bromley
    Kent
    Kent, UK BR1 3LU
    GB
    +44.7970209056
Technical Contact:
    Pooke, Robert    Robert@u.k.com
    Cartref Garden Road
    Bromley
    Kent
    Kent, UK BR1 3LU
    GB
    +44.7970209056

Registration Service Provider:
    Tucows Inc., pkarkas@tucows.com
    416-535-0123
```

**Disable SEO Text Browser ( Beta )**

**Other TLDs**    **Hide Key**

| .com | .net | .org | .biz | .info | .us |

**Symbol Key**

- Available
- Available (Previously registered)
- Registered (Active website)
- Registered (Parked or redirected)
- Registered (No website)
- On-Hold (Generic)
- On-Hold (Redemption Period)
- On-Hold (Pending Delete)
- Monitor
- Preview
- No preview
- Buy this (Available)
- Buy this (Bid at auction)

**Customize This Page**

Select the items you want to be shown on this page. Login to save preferences.

☑ Front Page  ☑ Indexed Data
☑ Server Data  ☑ Registry Data
☑ Exclusive Data  ☑ Whois Record

**Domains for Sale**

| Domain | Price |
|---|---|
| ModIm.com | $10.00 |
| ModTalk.com | $100.00 |
| ModSpeed.com | $488.00 |
| ModAm.com | $500.00 |
| BMod.com | $500.00 |
| ModCell.com | $500.00 |
| ModBiz.com | $500.00 |
| BoxMod.com | $688.00 |
| ModNews.com | $700.00 |
| ModCars.com | $995.00 |
| ModMan.com | $1,800.00 |

**Domains At Auction**

| Domain | Auction Date |
|---|---|
| IModWeb.com | 09-29-2007 |
| ModFrance.com | 09-29-2007 |
| BuildUpgrade.com | 09-29-2007 |
| ModwestWireless.com | 09-29-2007 |
| InertiaMod.com | 09-29-2007 |
| ModAkaKennels.com | 09-29-2007 |

| | |
|---|---|
| SolderlessModChips.com | 09-29-2007 |
| PcUpgradeHq.com | 09-29-2007 |
| UpgradeToDsl.com | 09-29-2007 |
| GoSuperMoDol.com | 09-29-2007 |
| ModifiDgAmes.com | 09-29-2007 |
| GAdMod.com | 09-29-2007 |
| UltimoD.net | 09-29-2007 |

**Compare Similar Domains**

| Domain | Created |
|---|---|
| Mod | 1994-09-01 |
| Moczygemba | 1998-08-06 |
| Mo Cz O | 2000-04-21 |
| Mo Cz Y N Ski | 2001-05-09 |
| Mod - 1 | 2003-05-21 |
| Mo Cz Y Mord A | 2004-11-11 |
| Mo C Zu L Ski | 2005-02-01 |
| Moczygemba Ranches | 2005-04-04 |
| Mod - 07 | 2006-11-02 |
| Mod - 08 | 2006-11-02 |
| Mod - 09 | 2006-11-02 |
| Mod - 10 | 2006-11-02 |
| Mod - 11 | 2006-11-02 |
| Mod - 12 | 2006-11-02 |
| Moczygemba Insurance | 2006-12-29 |

My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map.