# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**               **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: November 2, 2007                **Court Reporter**: Kathy Wyatt


**CASE NO.: C-07-3112  JSW**

**TITLE:**  Ann Jenkins, et al.,  v. Mod.com


**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**

Karl Kronenberger                          No appearance

**PROCEEDINGS:  Initial Case Management Conference**


**RESULTS:**   Counsel for plaintiff shall file a memorandum of points and authorities re: requisite findings needed by 11-13-07.