**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
Margarita Calpotura (Cal. Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158

Attorneys for Plaintiffs
ANN JENKINS and ERNEST F. JENKINS, JR.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN JENKINS,** an individual, and **ERNEST F. JENKINS, JR.,** an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**MOD.COM**, an Internet domain name,<br><br>Defendant. | Case No. C07-03112 JSW<br><br>**DECLARATION OF MARGARITA CALPOTURA IN SUPPORT OF PLAINTIFFS' REQUEST FOR FINDING OF LACK OF PERSONAL JURISDICTION OVER DOMAIN NAME REGISTRANT AND EFFECTIVE NOTICE THEREON** |

I, Margarita Calpotura, declare the following:

1. I am an attorney with Kronenberger Burgoyne, LLP, counsel to Plaintiffs Ann Jenkins and Ernest F. Jenkins, Jr. ("Plaintiffs") in this action. I have personal knowledge of the facts stated herein and could competently testify thereto.

2. Through the use of a public WHOIS database, Plaintiffs have identified that Mortgages On Demand Limited is the registrant of the domain name MOD.COM (the "Disputed Domain"), and Robert Pooke is the listed administrative and technical contact for the Disputed Domain. The address provided for Mortgages On Demand Limited and Mr. Pooke is Cartref Garden Road, Bromley, Kent, UK BR1 3LU, Great Britain. The registrar of the Disputed Domain is Tucows, Inc. Both Tucows, Inc. and the IP address associated with the Mod Website are located in Canada. A true and correct copy of the public WHOIS database for the Disputed Domain is attached hereto as Exhibit A.

3. My colleagues and I carried out several Internet searches of Mortgages On Demand—the registrant of MOD.COM—in an effort to discover any link between it and California, or anywhere else in the United States. Through the use of these Internet searches, Plaintiffs have identified several addresses for Mortgages On Demand Limited, all of which are located in Great Britain. However, my colleagues and I did not discover any connection between Mortgages On Demand and the State of California—or anywhere in the United States. True and correct copies of the Internet search results are attached hereto as Exhibit B.

4. Prior to filing the Complaint, Plaintiffs contacted Mr. Pooke in an attempt resolve the dispute. During these communications, Mr. Pooke assured Plaintiffs that he resides at the address provided publicly by the Disputed Domain's registrar. A true and correct copy of the email from Mr. Pooke to Plaintiff Ernest Jenkins is attached hereto as Exhibit C.

5. On May 16, 2007, our office sent a demand letter via Registered International Mail and email to the registrant of MOD.COM, to the contact information provided publicly by the Disputed Domain's registrar. The demand letter provided notice

1  to the owner of MOD.COM of Plaintiffs' intent to proceed against MOD.COM under 15
2  U.S.C. Section 1125(d), should the registrant refuse to transfer the Disputed Domain to
3  Plaintiffs.

4  　　　6.　　On June 13, 2007, Plaintiffs filed their Complaint for Cybersquatting *In Rem*
5  in this action.

6  　　　7.　　On June 22, 2007, Plaintiffs served the Complaint and Summons on the
7  registrant of the Disputed Domain via Registered International Mail and email at the
8  contact information provided publicly by the Disputed Domain's registrar.

9  　　　8.　　Filed with the Court on July 12, 2007 as Document 5 on the online Pacer
10 docket, is a true and correct copy of the Proof of Service, evidencing service as
11 described in Paragraph 7. Filed with the Court on July 13, 2007 as Document 7 on the
12 online Pacer docket is Exhibit A to the Proof of Service.

13 　　　9.　　On July 13, 2007, Plaintiffs filed a Request to Enter Default because no
14 party, including the registrant of the Disputed Domain, had filed an answer, made an
15 appearance, or filed any other responsive pleading in this action as of that date. Filed
16 with the Court on July 13, 2007, as Document 8 on the online Pacer docket, is a true and
17 correct copy of the Request to Enter Default.

18 　　　10.　On or about July 23, 2007, counsel for Plaintiffs spoke to an employee of
19 the Court in the Office of the Clerk of Court regarding the Request to Enter Default, and
20 was informed that the Court requires proof that the Complaint and Summons were
21 delivered before entering default against a defendant. On August 1, 2007, the Clerk of
22 the Court declined to enter default. Filed with the Court on August 1, 2007, as Document
23 10 on the online Pacer docket, is a true and correct copy of the Clerk's Declination of
24 Default.

25 　　　11.　On August 10, 2007, counsel for Plaintiffs re-served the Complaint and
26 Summons on the registrant of the Disputed Domain via Federal Express to the contact
27 information provided publicly by the Disputed Domain's registrar. The Federal Express
28 package was delivered on August 13, 2007 to the address provided by the registrant of

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1   the Disputed Domain.  A true and correct copy of the Federal Express tracking summary
2   is attached hereto as Exhibit D.

3       12.     Filed with the Court on September 4, 2007 as Document 12 on the online
4   Pacer docket, is a true and correct copy of the Proof of Service, evidencing service as
5   described in Paragraph 11.

6       13.     On September 28, 2007, Plaintiffs filed an Amended Request to Enter
7   Default because no party, including the registrant of the Disputed Domain, had filed an
8   answer, made an appearance, or filed any other responsive pleading in this action as of
9   that date.  Filed with the Court on July 13, 2007, as Document 13 on the online Pacer
10  docket, is a true and correct copy of the Amended Request to Enter Default.

11      14.     I visited the Mod Website, and saw text advertising and hyperlinks for the
12  "Royal Airforce," "British Army Surplus Stores," "Royal British Army," "Uk Military
13  Clothing," "Army Careers," "Marine Corps Recruiting," "Homeland Security," "Uk Navy,"
14  "Military Loans," "Air Force Education," "Military Schools," "Air Force Military Clothing,"
15  "Army Jobs," "Marine Corps Flag," "Military Jobs," "Pilot Training," "Army Mod," "Army
16  Recruiting," "Army Training," "Combat Boots," "Combat Support," "Military Academy,"
17  "Military Aircraft Sales," and "Military Careers."  When I clicked on a text advertisement
18  and its corresponding hyperlink, the website resolved to a webpage with additional text
19  advertisements and hyperlinks.  None of the text advertisements I saw mentioned
20  California, or advertised California businesses.  A true and correct copy of a screenshot
21  of the Mod Website is attached hereto as Exhibit E.

22      15.     Through the use of Internet search engines, Plaintiffs have identified that
23  Verisign, Inc. owns the servers that hosts and holds the registration for the Disputed
24  Domain. According to the California Secretary of State business database, Verisign, Inc.
25  is based in Mountain View, California.  According to Verisign, Inc.'s website, located at
26  VERISIGN.COM, Verisign is the authoritative registry for .com domain names, and
27  manages relationships with ICANN-accredited registrars such as Tucows, Inc., the
28  registrar for the Disputed Domain.  True and correct copies screenshots from the

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1  California Secretary of State's website and Verisign, Inc.'s website are attached hereto
2  as Exhibit F.
3      I declare under penalty of perjury under the laws of the United States of America
4  that the foregoing is true and correct.

6  DATED: November 13, 2007              /s/
7                                              Margarita Calpotura