

# Whois Record for Mod.com ( Mod )

**Front Page Information**

| | |
|---|---|
| **Website Title:** | None given. |
| **AboutUs:** | Wiki article on Mod.com |
| **SEO Score:** | 0% |
| **iFrames:** | 1   ( Parts of page not indexable by most search engines. ) |
| **Related Sites:** | admiral-group.com, winnov.com, compaq.com, cisco.com, championcc.com, chaincast.com, brin.com, auroratech.com, amdahl.com, zdnet.com |

**Thumbnail: 2007-10-07**



**Indexed Data**

| | |
|---|---|
| **Alexa Trend/Rank:** | #1,984,698  238,570 ranks over the last three months. |
| **Compete Rank:** | #642,971 with 1,574 U.S. visitors per month |

**SEO Text Browser**

Loading...   SEO Text Browser

**Registry Data**

| | |
|---|---|
| **ICANN Registrar:** | TUCOWS INC. |
| **Created:** | 1994-09-01 |
| **Expires:** | 2009-08-31 |
| **Registrar Status:** | clientTransferProhibited |
| **Registrar Status:** | clientUpdateProhibited |
| **Name Server:** | PARKING1.MDNSSERVICE.COM |
| **Name Server:** | PARKING2.MDNSSERVICE.COM |
| **Whois Server:** | whois.tucows.com |

**Server Data**

| | |
|---|---|
| **IP Address:** | 216.40.33.252  [W] [R] [P] [D] [T] |
| **IP Location:** | - Ontario - North York - Tucows International |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear |

http://www.mod.com



EXHIBIT A

**Domain Status:** Registered And Active Website

**DomainTools Exclusive**

**Registrar History:** 2 registrars

**IP History:** 3 changes on 3 unique name servers over 1 years.

**Whois History:** 178 records have been archived since 2001-10-19.

**Reverse IP:** 128,976 other sites hosted on this server.

**Monitor Domain:** Set Free Alerts on mod.com

**Free Tool:** Download DomainTools for Windows

## Whois Record

```
Registrant:
  Mortgages On Demand Limited
  Cartref Garden Road
  Bromley
  Kent
  Kent, UK BR1 3LU
  GB

  Domain name: MOD.COM

  Administrative Contact:
    Pooke, Robert    robert@uk.com
    Cartref Garden Road
    Bromley
    Kent
    Kent, UK BR1 3LU
    GB
    +44.7970209056
  Technical Contact:
    Pooke, Robert    robert@uk.com
    Cartref Garden Road
    Bromley
    Kent
    Kent, UK BR1 3LU
    GB
    +44.7970209056

  Registration Service Provider:
    Tucows Inc.,    pkarkas@tucows.com
    416-535-0123
```

Disable SEO Text Browser ( Beta )

**Other TLDs**     Hide Key

.com    .net    .org    .biz    .info    .us

**Symbol Key**

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

**Customize This Page**

Select the items you want to be shown on this page. Login to save preferences.

☑ Front Page        ☑ Indexed Data
☑ Server Data       ☑ Registry Data
☑ Exclusive Data    ☑ Whois Record

**Domains for Sale**

| Domain | Price |
|---|---|
| ModTalk.com | $100.00 |
| ModFreak.com | $250.00 |
| ModSpeed.com | $488.00 |
| ModAm.com | $500.00 |
| ModCell.com | $500.00 |
| ModBiz.com | $500.00 |
| BMod.com | $500.00 |
| BoxMod.com | $688.00 |
| ModNews.com | $700.00 |
| Modman.com | $1,800.00 |
| ModGuide.com | $1,888.00 |

**Domains At Auction**

| Domain | Auction Date |
|---|---|

| | |
|---|---|
| ModMarble.com | 11-14-2007 |
| ModSales.net | 11-14-2007 |
| TestModMail.com | 11-14-2007 |
| ModLandRovers.com | 11-14-2007 |
| ModleVent.com | 11-14-2007 |
| ExpansionAgency.com | 11-14-2007 |
| ScottsdaleModles.com | 11-14-2007 |
| 24CaseMod.com | 11-14-2007 |
| HlHl2ModsPot.com | 11-14-2007 |
| Bobbie-Modle.com | 11-14-2007 |
| BfPeXpansion.com | 11-14-2007 |
| Mod-Alex.net | 11-14-2007 |

**Compare Similar Domains**

| Domain | Created |
|---|---|
| Mod | 1994-09-01 |
| Moczygemba | 1998-08-06 |
| Mo Cz O | 2000-04-21 |
| Mo Cz Y N Ski | 2001-05-09 |
| Mod - 1 | 2003-05-21 |
| Mo Cz Y Morda | 2004-11-11 |
| Mo C Zu L Ski | 2005-02-01 |
| Moczygemba Ranches | 2005-04-04 |
| Mod - 07 | 2006-11-02 |
| Mod - 08 | 2006-11-02 |
| Mod - 09 | 2006-11-02 |
| Mod - 10 | 2006-11-02 |
| Mod - 11 | 2006-11-02 |
| Mod - 12 | 2006-11-02 |
| Moczygemba Insurance | 2006-12-29 |