

Best online service at the 000 awards

| **MORTGAGES ON DEMAND LTD** | |
|---|---|
| 416 BLACKPOOL ROAD ASHTON ON RIBBLE PRESTON PR2 2DX | Classified Directory Get More Records |
| **D&B Classification** | |
| Line Of Business (LOB): | Miscellaneous Financial Institutions |
| Std. Industrial Classification (SIC): | 6111 Federal & federally sponsored credit agencies |
| 65.236 OTHER FINANCIAL INSTITUTIONS | |
| | Get full D&B Company Report |



Maps powered by 192.com Copyright ©, Overview Mappin Getmapping.com ©, Ordnance Survey © Crown



**Related Searches**

finance   mortgage broker
financial services   accountants
insurance   solicitors
bank   accountant

**Revise search**

| I am looking for: | Location: | |
|---|---|---|
| FINANCIAL | PRESTON | Search Now |

© i-CD Publishing (UK) Ltd 1997-2007 - About Us - Terms & Conditions - Privacy Policy



EXHIBIT B

# Welcome to the FSA Register

Firm Search | Individuals Search | CIS Search | EPF Search

## Basic details for:

### 225907 - Mortgages On Demand Limited

| | |
|---|---|
| Current status: | Appointed Representative |
| Effective Date: | 30/06/2003 |
| Tied Agent: | |
| Undertakes Insurance Mediation: | Y |
| Address: | 97 Lordship Lane<br>London<br>SE22 8HU |
| Phone:<br>Fax:<br>Email:<br>Website: | 44 020 8693 7778<br>44 020 8693 8006 |
| Notices: | |
| Other information: | --> |

Legal information | Freedom of information | Privacy Policy statement | Contact us

© Financial Services Authority | Page last updated 05/11/2007 00:00:00