

jeinre63@hotmail.com

Printed: Tuesday, May 15, 2007 2:49 PM

**From:** Robert Pooke <robert@uk.com>
**Sent:** Friday, April 20, 2007 2:20 PM
**To:** Ernie Jenkins <erniej@bigfoot.com>
**CC:** Paul Karkas <pkarkas@tucows.com>, pkerrick@networksolutions.com
**Subject:** Re: mod.com

Dear Sir

I find you very insulting. I do not know which records you are looking at but I can assure you that I reside at 'Cartref' Garden Road Bromley Kent BR1 3LU England.

You will be hearing from my Lawyers next week as I cannot correspond with you in a normal civilized manner.

Regards

Robert Pooke

ps. I apologise to both Mr.Karkas and Mr.Kerrick for having to witness this mans abusive behavior and mental state.


EXHIBIT C