Tracking summary

https://www.fedex.com/Tracking?action=track&



Close Window

## Track Shipments
### Detailed Results

Print

| | | | |
|---|---|---|---|
| Tracking number | 791363414986 | Reference | mod.com |
| Signed for by | B.ACKHAM | Destination | KENT GB |
| Ship date | Aug 10, 2007 | Delivered to | Receptionist/Front Desk |
| Delivery date | Aug 13, 2007 11:00 AM | Service type | Priority Envelope |
| | | Weight | 0.6 lbs. |
| Status | Delivered | | |
| Signature image available | No | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Aug 13, 2007 | 11:00 AM | Delivered | KENT GB | |
| | 7:51 AM | On FedEx vehicle for delivery | RIDGMONT GB | |
| | 4:48 AM | At local FedEx facility | RIDGMONT GB | |
| Aug 12, 2007 | 12:32 AM | In transit | STANSTED GB | |
| Aug 11, 2007 | 8:56 PM | Int'l shipment release | STANSTED GB | |
| | 8:56 PM | At dest sort facility | STANSTED GB | |
| | 5:23 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:49 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:02 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Aug 10, 2007 | 6:24 PM | Left origin | SAN FRANCISCO, CA | |
| | 3:06 PM | Picked up | SAN FRANCISCO, CA | |
| | 11:34 AM | Package data transmitted to FedEx | | |

E-mail results    Track more shipments

Subscribe to tracking updates (optional)

Your Name:                    Your E-mail Address:

E-mail address    Language                        Exception updates    Delivery updates
                  English
                  English
                  English
                  English

Select format:  ⦿ HTML   ○ Text   ○ Wireless



EXHIBIT
D

1 of 2

9/4/2007 11:51 AM

Shipment Details

Case 3:07-cv-03112-JSW    Document 19-5    Filed 11/13/2007    Page 2 of 2
Case 3:07-cv-03112-JSW    Document 12-2    Filed 09/04/2007    Page 2 of 2

https://www.fedex.com/fsmHistory/HistoryMainAction.do?method...



**FedEx**  Ship | Track/History | Address Book | Preferences | FastShip | Reports | My Profile

<< Log out | Home

Quick help

Your Shipment Details:

| | | | |
|---|---|---|---|
| Ship to: | Robert Pooke<br>Mortgages on Demand Limited<br>Cartref Garden Road<br>Bromley<br>Kent, BR13LU<br>GB<br>447970209056 | Package type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared value:<br>Shipper account number:<br>Bill transportation to: | FedEx Envelope<br>give to scheduled courier at my location<br>1 LBS<br>0 x 0 x 0 in<br>1 USD<br>285681774<br>285681774 |
| From: | Karl Kronenberger<br>KRONENBERGER BURGOYNE, LLP<br>150 POST STREET<br>SUITE 520<br>SAN FRANCISCO, CA 94108<br>US<br>4159551155 | Bill duty/taxes to:<br>Courtesy rate quote:*<br>Discounted variable %<br>Cod amount<br>Special services:<br>Shipment Purpose:<br>Shipment type:<br>Commercial/Residential Status: | 0<br>33<br><br><br><br><br>Express<br>Commercial |
| Tracking no:<br>Your reference:<br>Ship date:<br>Service type: | 791363414986<br>mod.com<br>Aug 10 2007<br>International Priority | | |

Print    Return to History    Track shipment

**Please note**

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.