# Mod.com
*find something interesting*

Search: Enter Keyword  [GO]

- Royal Airforce
- British Army Surplus Stores
- Royal British Army
- Uk Military Clothing
- Army Careers
- Marine Corps Recruiting
- Homeland Security
- Uk Navy

Search: Enter Keyword [GO]



Army Jobs    Marine Corps Flag



**Resources:**
- Army Mod
- Army Recruiting
- Army Training

**Are you interested in:**
- Military Loans
- Air Force Education
- Military Schools
- Air Force Military Clothing

Military Jobs    Pilot Training

**About Us**
We empower individuals, organizations and businesses by providing unique up-to-date information. Our dedicated team of professionals strives to gather the most relevant content for our users.

We specialize in Royal Airforce , British Army Surplus Stores , Royal British Army , Uk Military Clothing , Army Careers and an array of other products and services.

Combat Boots | Combat Support | Military Academy | Military Aircraft Sales | Military Careers

Bookmark this page | Make this your Homepage



EXHIBIT E

# Mod.com
*find something interesting*

Search | Enter Keyword | GO



### Are you interested in:

- Vans Airforce
- Usaf Thunderbird
- Us Air Force Thunderbirds
- United States Air Force Thunderbirds
- Royal Airforce
- British Army Surplus Stores
- Royal British Army
- Uk Military Clothing
- Army Careers
- Marine Corps Recruiting
- Homeland Security

Sponsored Results:

**Royal Air**
Find Royal Air.
http://www.Toseeka.org

### Popular Topics

Royal Air Force
Pilot Training
F16
Cockpit Display
Aircraft

Search:
Enter Keyword
GO

Uk Navy | Military Loans | Air Force Education | Military Schools | Air Force Military Clothing

Bookmark this page | Make this your Homepage

# Mod.com
*find something interesting*

Search | Enter Keyword | GO



### Are you interested in:

- Us Army Uniforms
- British Army Records
- Army Special Forces
- Army Reserves Pay

- Royal Airforce

- British Army Surplus Stores

- Royal British Army

- Uk Military Clothing

- Army Careers

- Marine Corps Recruiting

- Homeland Security

**Sponsored Results:**

**Royal British Army**
Royal British Army- All about your favorite things.
http://www.favorite.com

**Popular Topics**

- Army Recruitment
- Army Ranger Training
- Army Personnel
- Army Navy Store
- Army Mod Com

Search:
Enter Keyword
GO

Uk Navy | Military Loans | Air Force Education | Military Schools | Air Force Military Clothing

Bookmark this page | Make this your Homepage

# Mod.com
*find something interesting*

Search | Enter Keyword | GO

**Are you interested in:**

- Us Universities
- Educational Loans
- Marine Corps Recruiting
- Army Mod

- Royal Airforce

- British Army Surplus Stores

- Royal British Army

- Uk Military Clothing

- Army Careers

- Marine Corps Recruiting

- Homeland Security

Search:
Enter Keyword
GO

**Sponsored Results:**

**Navy Career Education**
Quick Post Military Career Training 100% TA Covered w/Laptop in Course
Navy.Education4Military.com

**Navy**
Learn more about the Navy. Free Info, No Obligation.
www.military.com

**Military & Veteran Search**
Over 150k visit monthly. Also how to get your parents military record
VetFriends.com

**Uk Navy**
Uk Navy- All about your favorite things.
http://www.favorite.com

**Popular Topics**

- Military Academy
- Buy Aircraft
- British Army Surplus Stores
- Military Schools
- Military Jobs

---

Uk Navy | Military Loans | Air Force Education | Military Schools | Air Force Military Clothing

Bookmark this page | Make this your Homepage