# California Business Portal

Secretary of State DEBRA BOWEN

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES

**Business Search Corporations**

- Printer Friendly Page
- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Business Entities Records Order Form
    - Certificates
    - Copies
    - Status Reports
- FAQS
- Corporations Main Page
- Site Search

## Corporations

The information displayed here is current as of "NOV 09, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| VERISIGN, INC. |
| **Number:** C1933410 **Date Filed:** 4/26/1995 **Status:** active |
| **Jurisdiction:** DELAWARE |
| Address |
| 487 EAST MIDDLEFIELD ROAD |
| MOUNTAIN VIEW, CA 94043 |
| Agent for Service of Process |
| C T CORPORATION SYSTEM |
| 818 WEST SEVENTH ST |
| LOS ANGELES, CA 90017 |

Printer Friendly

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. Privacy Statement.



EXHIBIT F

US Home | Worldwide Sites | Contact Us | Site Map

**VeriSign**

Products & Services | Solutions | Support | About VeriSign | Existing Customers

You Are Here: US Home > Domain Name Services > Domain Name Services > COM NET Registry

## COM NET Registry for Domain Registrars

VeriSign's COM NET Registry is the authoritative registry for .com and .net domain names. VeriSign manages relationships with more than 150 ICANN-accredited registrars who submit over 100 million domain name transactions daily. VeriSign is fully committed to equitable treatment of all ICANN-accredited registrars. See the details of our Organizational Conflict of Interest Program for more information.

**Recent Events >>**

**Registrar Information**

- Brazil Advertising Program
- COM & NET EPP Integration Project
- Become a Registrar
- Find a Certified Registrar
- Domain Name Support
- Registrar Mailing List

**Open Source Software >>**

To deploy any of these services, use these Registry/Registrar Protocol software development kits provided by VeriSign as open source software. Join the Open Source Mailing List.

**Consolidate >>**

ConsoliDate synchronizes domain name expirations to help customers manage renewals for multiple domain name portfolios. By offering a choice of renewal date, registrars support their highest value customers and offer flexibility to all registrants.

**Restore >>**

A redemption grace period gives customers 30 days to restore expired or deleted domain name registrations, and Restore, available through the Name Store platform, makes it convenient for registrars to offer a service that helps customers manage their domain names.

**Related Products & Services**
Internationalized Domain Names
County-Code Top-Level Domains

**Get Started**
Become a Registrar

**Existing Customers**
Marketing Tools for Registrars
Domain Name Customer Support

**Contact Us**
Phone: (703) 925-6999
info@verisign-grs.com

**Related Links**
VeriSign's Bid to Retain Administration of .Net
Domain Name Industry Brief
Domain Name Market Research
Find a Registrar
FAQs
Glossary
Whois
TLD Zone Access Program
VeriSign Registry Calendar

**Special Offers**
Brazil Advertising Program
Marketing Funds Program

**Related Resources**
Guides
Consolidate Value Guide

Newsletter
Registrar Connections

Archived Web Seminars
.com and .net EPP Integration

SDKs
.com/.net SDKs

**News**
VeriSign Reports Third Quarter Results

VeriSign Extends Executive Team as Part of Strategy to Pursue New Opportunities with Focus and Discipline

Cryptography Pioneer Ronald L. Rivest Receives Marconi Award

Contact Us | Careers | Legal Notices | Privacy | Repository | ©1995-2007 VeriSign, Inc. All rights reserved.