**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
Margarita Calpotura (Cal. Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiffs
ANN JENKINS and ERNEST F. JENKINS, JR.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANN JENKINS,** an individual, and **ERNEST F. JENKINS, JR.,** an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**MOD.COM**, an Internet domain name,<br><br>Defendant. | Case No. C07-03112 JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR A FINDING OF LACK OF PERSONAL JURISDICTION OVER DOMAIN NAME REGISTRANT AND EFFECTIVE NOTICE THEREON** |

On November 13, 2007, Plaintiffs Ann Jenkins and Ernest Jenkins (collectively, "Plaintiffs") filed their Request For A Finding Of Lack Of Personal Jurisdiction Over Domain Name Registrant And Effective Notice Thereon (the "Request"). Plaintiffs have brought the above-captioned lawsuit as an *in rem* proceeding, under the Anti Cybersquatting Consumer Protection Act, 15 U.S.C. §1125(d). Having considered Plaintiffs' Request, the Declaration of Calpotura in support thereof, the pleadings and papers on file in this action, and the relevant statutory and case law, and good cause appearing therefore,

IT IS ORDERED that Plaintiffs have demonstrated that this Court does not have

1  personal jurisdiction over the registrant of the domain name MOD.COM, Mortgages On
2  Demand, Limited.
3      IT IS FURTHER ORDERED that Plaintiffs have provided sufficient notice of this
4  lawsuit to the registrant of the domain name MOD.COM, as required under 15 U.S.C.
5  §1125(d)(2)(A).
6      IT IS SO ORDERED.

8  DATED: _____      _____
9      HONORABLE JEFFREY S. WHITE
10     Judge of the United States District Court for
11     the Northern District of California