**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. WiekingGeneral Court Number
Clerk415.522.2000

November 20, 2007

RE: CV 07-03112 JSWANN JENKINS, ET AL-v- MOD.COM

Default is entered as to Mod.com on November 20, 2007.

RICHARD W. WIEKING, Clerk

*[signature]*

by Hilary D. Jackson
Case Systems Administrator

NDC TR-4  Rev. 3/89