**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
Margarita Calpotura (Cal. Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158

Attorneys for Plaintiffs
ANN JENKINS and ERNEST F. JENKINS, JR.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN JENKINS,** an individual, and **ERNEST F. JENKINS, JR.,** an individual, <br><br>　　　　　　Plaintiffs, <br><br>　　vs. <br><br> **MOD.COM**, an Internet domain name, <br><br>　　　　　　Defendant. | Case No. C07-03112 JSW <br><br> **NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY COURT** <br><br> Date:　　　　February 8, 2008 <br> Time:　　　　9:00 a.m. <br> Courtroom:　2, 17th Floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　PLEASE TAKE NOTICE THAT on February 8, 2008 at 9:00 a.m., or as soon as thereafter as this matter may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiffs Ann Jenkins and Ernest F. Jenkins, Jr. ("Plaintiffs") will present their Application for Default Judgment By Court (the "Application") as to the domain name MOD.COM (the "Disputed Domain").

　　Plaintiffs filed their Complaint for Cybersquatting *In Rem* (the "Complaint") on June 13, 2007.  (Declaration of Karl S. Kronenberger In Support of Application for Default Judgment By Court ("Kronenberger Decl.") ¶2.)  Pursuant to 15 U.S.C. §1125(d)(2)(A),

1  the registrant of the Disputed Domain, Mortgages On Demand Limited, has been served
2  with the Complaint and Summons, yet has failed to answer the Complaint or serve any
3  other responsive pleading. (*Id.* ¶¶3-4 & Ex. A.) On July 12, 2007, the domain name
4  registrar for the Disputed Domain provided a registrar's certificate to the Court,
5  transferring dominion and control of the Disputed Domain to the Court. (*Id.* ¶5 & Ex. B.)
6  On November 19, 2007, the Court issued an Order Granting Plaintiffs' Request for a
7  Finding of Lack of Personal Jurisdiction Over Domain Name Registrant and Effective
8  Notice Thereon, and the Clerk of this Court entered default as to MOD.COM on
9  November 20, 2007. (*Id.* ¶¶6-7 & Exs. C-D.) Plaintiffs now seek default judgment based
10 on the following facts:

11    1.  Neither MOD.COM nor Mortgages On Demand Limited is an infant or
12 incompetent person or in the military service or otherwise exempted under the Soldiers'
13 and Sailors' Civil Relief Act of 1940. (*Id.* ¶10.)

14    2.  In their Complaint, Plaintiffs alleged a cause of action for Cybersquatting Under
15 Section 43(d) of The Lanham Act, 15 U.S.C. §1125(d)(2)(A), against the Disputed
16 Domain. Plaintiffs' Complaint requests injunctive relief against the Disputed Domain
17 under 15 U.S.C. §1125(d)(1)(C), which allows for a court order transferring the disputed
18 domain to the owner of the trademark contained in the disputed domain. (Kronenberger
19 Decl. ¶8.)

20    3.  Plaintiffs do not request an award of monetary damages or costs incurred in
21 bringing this action. (*Id.* ¶9.)

22    4.  Pursuant to 15 U.S.C. §1125(d)(1)(C), the Court should order the transfer of
23 the domain name MOD.COM to Plaintiffs, as the rightful owners of the MOD trademark
24 and MOD.COM domain name. (Kronenberger Decl. ¶8.)

25 ///
26 ///
27 ///
28 ///

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1    This Application is based on this Notice, the attached declaration of Karl S.
2  Kronenberger, and the pleadings, files and other matters that may be presented at the
3  hearing.

5  DATED:  December 18, 2007            **KRONENBERGER BURGOYNE, LLP**

7                                        By:        /s/
8                                             Karl S. Kronenberger

9                                        Attorneys for Plaintiffs ANN JENKINS
                                          and ERNEST F. JENKINS, JR.