**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
Margarita Calpotura (Cal. Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158

Attorneys for Plaintiffs
ANN JENKINS and ERNEST F. JENKINS, JR.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN JENKINS,** an individual, and **ERNEST F. JENKINS, JR.,** an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**MOD.COM**, an Internet domain name,<br><br>Defendant. | Case No. C07-03112 JSW<br><br>**DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT BY COURT**<br><br>Date:          February 8, 2008<br>Time:         9:00 a.m.<br>Courtroom:  2, 17th Floor |

I, Karl S. Kronenberger, declare the following:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California. I am a partner at the law firm of Kronenberger Burgoyne, LLP, counsel of record of Plaintiffs Ann Jenkins and Ernest F. Jenkins, Jr. ("Plaintiffs"). Unless otherwise stated, I have personal knowledge of the facts stated herein.

2. On June 13, 2007, Plaintiffs filed their Complaint for Cybersquatting *In Rem* (the "Complaint") in this action, seeking to recover the domain name, MOD.COM (the

"Disputed Domain").

3. On June 22, 2007, pursuant to the service requirement under 15 U.S.C. §1125(d)(2)(A), Plaintiffs served the Complaint and Summons on Mortgages On Demand Limited, the registrant of the Disputed Domain, via Registered International Mail and email at the contact information provided publicly by Tucows, Inc., the registrar of the Disputed Domain. Plaintiffs re-served the Complaint and Summons on Mortgages On Demand Limited via Federal Express on August 10, 2007. True and correct copies of the Proof of Service and supporting documents evidencing service as described are attached hereto as Exhibit A.

4. Despite being placed on notice several times of the action against the MOD.COM domain name, no party, including the registrant of the Disputed Domain, has filed an answer, made an appearance, or filed any other responsive pleading in the action to date.

5. On July 12, 2007, Tucows, Inc. provided a Registrar's Certificate to the Court, transferring dominion and control of the Disputed Domain to the Court. True and correct copies of the Notice of Deposit of Registrar Certificate and Registrar Certificate are attached hereto as Exhibit B.

6. On November 19, 2007, the Court issued an Order Granting Plaintiffs' Request for a Finding of Lack of Personal Jurisdiction Over Domain Name Registrant and Effective Notice Thereon (the "Order"). A true and correct copy of the Order is attached hereto as Exhibit C.

7. A Clerk's default was entered as to MOD.COM on November 20, 2007. A true and correct copy of the Entry of Default is attached hereto as Exhibit D.

8. This action involves a claim for injunctive relief by Plaintiffs against the defendant domain name MOD.COM under 15 U.S.C. §1125(d)(1)(C), which allows for a court order transferring the disputed domain name to the owner of the trademark contained in the disputed domain. Accordingly, as the owners of the MOD trademark, Plaintiffs are entitled to an order transferring the domain name MOD.COM to Plaintiffs.

9. Plaintiffs do not request an award of monetary damages or costs incurred in bringing this action.

10. Neither MOD.COM nor Mortgages On Demand Limited, is an infant, incompetent person, or a person in military service or otherwise exempted from default judgment under Soldiers' and Sailors' Civil Relief Act of 1940.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 18, 2007

/s/
Karl S. Kronenberger

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

No. C07-03112 JSW

3

DECL. OF K. KRONENBERGER IN SUP. OF APP. FOR DEFAULT JUDGMENT