KRONENBERGER BURGOYNE, LLP
Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
Margarita Calpotura (Cal. Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff
ANN JENKINS and ERNEST F. JENKINS, JR.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN JENKINS, an individual, and ERNEST F. JENKINS, JR., an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> MOD.COM, an Internet domain name, <br><br> Defendant. | Case No. C-07-03112 JSW <br><br> PROOF OF SERVICE |

PROOF OF SERVICE

Exh. A

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On June 22, 2007, I served the following document(s):

1. Summons
2. Complaint
3. Certificate of Interested Parties
4. Order Setting Initial Case Management Conference and ADR Deadlines
5. Court Guidelines
6. Order of the Chief Judge In Re: Electronic Filing in Cases with Unrepresented Parties
7. Civil Standing Orders – Judge Jeffrey S. White
8. Guidelines for Trial and Final Pretrial Conference in Civil Bench Cases Before the Hon. Jeffrey S. White
9. Standing Order for All Judges re Contents of Joint Case Management Statement
10. Consent to Proceed Before a United States Magistrate Judge Form
11. Dispute Resolution Procedures in the Northern District of California – ADR Handbook

on the parties listed below as follows:

Robert Pooke
Mortgages on Deman Limited
Cartref Garden Road, Bromley
Kent, UK BR1 3LU
Great Britain
Robert@uk.com

MOD.COM
c/o Robert Pooke
Mortgages on Deman Limited
Cartref Garden Road, Bromley
Kent, UK BR1 3LU
Great Britain
Robert@uk.com

[X] BY REGISTERED INTERNATIONAL MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with US Postal Service the same day as it is placed for processing. True and accurate copies of the registered mail receipts are attached as Exhibit A [court-filed copy only].

[X] BY EMAIL, to the address listed above.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Peter Touschner

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1  KRONENBERGER BURGOYNE, LLP
2  Karl S. Kronenberger (Cal. Bar No. 226112)
   Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
3  Margarita Calpotura (Cal. Bar No. 244711)
   150 Post Street, Suite 520
4  San Francisco, CA 94108
   Telephone:  (415) 955-1155
5  Facsimile:  (415) 955-1158

6  Attorneys for Plaintiff
7  ANN JENKINS and ERNEST F. JENKINS, JR.

8

9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10

11

12 ANN JENKINS, an individual, and            Case No. C-07-03112 JSW
   ERNEST F. JENKINS, JR., an individual,
13
          Plaintiffs,
14                                             PROOF OF SERVICE
       vs.
15
   MOD.COM, an Internet domain name,
16
          Defendant.
17

18
19
20
21
22
23
24
25
26
27
28

                                                        PROOF OF SERVICE

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On August 10, 2007, I served the following document(s):

1. Summons
2. Complaint
3. Certificate of Interested Parties
4. Order Setting Initial Case Management Conference and ADR Deadlines
5. Court Guidelines
6. Order of the Chief Judge In Re: Electronic Filing in Cases with Unrepresented Parties
7. Civil Standing Orders – Judge Jeffrey S. White
8. Guidelines for Trial and Final Pretrial Conference in Civil Bench Cases Before the Hon. Jeffrey S. White
9. Standing Order for All Judges re Contents of Joint Case Management Statement
10. Consent to Proceed Before a United States Magistrate Judge Form
11. Dispute Resolution Procedures in the Northern District of California – ADR Handbook

on the parties listed below as follows:

| | |
|---|---|
| Robert Pooke<br>Mortgages on Deman Limited<br>Cartref Garden Road, Bromley<br>Kent, UK BR1 3LU<br>Great Britain<br>Robert@uk.com | MOD.COM<br>c/o Robert Pooke<br>Mortgages on Deman Limited<br>Cartref Garden Road, Bromley<br>Kent, UK BR1 3LU<br>Great Britain<br>Robert@uk.com |

[X] BY FEDEX INTERNATIONAL DELIVERY containing a true copy thereof to the addresse(s) listed herein at the location listed herein. A true and accurate printout of the FedEx shipment results is attached as Exhibit A [court-filed copy only].

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Lauren Creamer*



Close Window

**Track Shipments**
## Detailed Results

Print

| | |
|---|---|
| Tracking number | 791363414986 |
| Signed for by | B.ACKHAM |
| Ship date | Aug 10, 2007 |
| Delivery date | Aug 13, 2007 11:00 AM |

| | |
|---|---|
| Reference | mod.com |
| Destination | KENT GB |
| Delivered to | Receptionist/Front Desk |
| Service type | Priority Envelope |
| Weight | 0.6 lbs. |

| | |
|---|---|
| Status | Delivered |
| Signature image available | No |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Aug 13, 2007 | 11:00 AM | Delivered | KENT GB | |
| | 7:51 AM | On FedEx vehicle for delivery | RIDGMONT GB | |
| | 4:48 AM | At local FedEx facility | RIDGMONT GB | |
| Aug 12, 2007 | 12:32 AM | In transit | STANSTED GB | |
| Aug 11, 2007 | 8:56 PM | Int'l shipment release | STANSTED GB | |
| | 8:56 PM | At dest sort facility | STANSTED GB | |
| | 5:23 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:49 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:02 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Aug 10, 2007 | 6:24 PM | Left origin | SAN FRANCISCO, CA | |
| | 3:06 PM | Picked up | SAN FRANCISCO, CA | |
| | 11:34 AM | Package data transmitted to FedEx | | |

E-mail results | Track more shipments

**Subscribe to tracking updates (optional)**

Your Name: [          ]   Your E-mail Address: [          ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

Select format:  ● HTML  ○ Text  ○ Wireless



EXHIBIT A

Shipment Details    https://www.fedex.com/fsmHistory/HistoryMainAction.do?method...



# FedEx

Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile

<< Log out | Home

Quick help

**Your Shipment Details:**

| | | | |
|---|---|---|---|
| Ship to: | Robert Pooke<br>Mortgages on Demand Limited<br>Cartref Garden Road<br>Bromley<br>Kent, BR13LU<br>GB<br>447970209056 | Package type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared value:<br>Shipper account number:<br>Bill transportation to:<br>Bill duty/taxes to: | FedEx Envelope<br>give to scheduled courier at my location<br>1 LBS<br>0 x 0 x 0 in<br>1 USD<br>285681774<br>285681774<br>0 |
| From: | Karl Kronenberger<br>KRONENBERGER BURGOYNE, LLP<br>150 POST STREET<br>SUITE 520<br>SAN FRANCISCO, CA 94108<br>US<br>4159551155 | Courtesy rate quote:*<br>Discounted variable %<br>Cod amount<br>Special services:<br>Shipment Purpose:<br>Shipment type:<br>Commercial/Residential Status: | 33<br><br><br><br><br>Express<br>Commercial |

Tracking no:    791363414986
Your reference:    mod.com
Ship date:    Aug 10 2007
Service type:    International Priority

[Print]    [Return to History] [Track shipment]

**Please note**

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.