1 **KRONENBERGER BURGOYNE, LLP**
2 Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
3 Margarita Calpotura (Cal. Bar No. 244711)
150 Post Street, Suite 520
4 San Francisco, CA 94108
Telephone: (415) 955-1155
5 Facsimile: (415) 955-1158

6 Attorneys for Plaintiff
7 ANN JENKINS and ERNEST F. JENKINS, JR.

8

9 **UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**
10

11

12 **ANN JENKINS**, an individual, and    Case No. C07-03112 JSW
**ERNEST F. JENKINS, JR.**, an individual,
13
Plaintiffs,
14                                         **NOTICE OF DEPOSIT
vs.                                        OF REGISTRAR CERTIFICATE**
15
**MOD.COM**, an Internet domain name,
16
Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DEPOSIT OF REGISTRAR CERTIFICATE

Exh. B

1 | Plaintiffs Ann Jenkins and Ernest F. Jenkins, Jr., hereby notice the deposit of the
2 | attached "REGISTRAR CERTIFICATE," dated July 12, 2007, submitted by Tucows, Inc.,
3 | regarding the present case.

5 | DATED: July 12, 2007

**KRONENBERGER BURGOYNE, LLP**

By: _____/s/_____
Margarita Calpotura

Attorneys for Plaintiffs, ANN JENKINS and ERNEST F. JENKINS, JR.

JUL-12-2007 08:34   TUCOWS.COM   4165312516   P.001/002
JUL-12-07 07:Case 3:07-cv-03112-JSW   Document 6-2   416-535-7099 07/12/2007 T-361 P.001/002 F-980

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN JENKINS, an individual, and ERNEST F. JENKINS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MOD.COM, an Internet domain name,<br><br>Defendant. | Case No. C07-03112 JSW<br><br>**REGISTRAR CERTIFICATE** |

18
19
20
21
22
23
24
25
26
27
28

REGISTRAR CERTIFICATE

| | |
|---|---|
| 1 | I, Paul Karkas, a representative of Tucows, Inc. ("Tucows"), hereby declare: |
| 2 | 1. I have personal knowledge of the facts stated herein, and would testify to |
| 3 | such facts if so called to testify. |
| 4 | 2. Tucows is the registrar of Internet domain names under the top level |
| 5 | domains .com, .org and .net, among others. |
| 6 | 3. Tucows is the registrar of the domain name at issue in this case, |
| 7 | MOD.COM. |
| 8 | 4. On June 15, 2007, Tucows received written notification of a filed, stamped |
| 9 | copy of the Complaint in the instant case. |
| 10 | 5. The Complaint alleges that the domain name MOD.COM has been used for |
| 11 | cybersquatting. |
| 12 | 6. Per the Complaint filed at this Court, Tucows placed the domain name |
| 13 | MOD.COM on registrar lock, thus preventing the MOD.COM domain name from being |
| 14 | transferred, modified or otherwise managed or manipulated. |
| 15 | 7. Furthermore, Tucows will not modify the status of the domain name |
| 16 | MOD.COM unless and until instructed to do so by Order of the court in the instant case. |
| 17 | 8. Therefore, the MOD.COM domain name should be construed to be under |
| 18 | the dominion and control of the court until such time as Tucows receives further |
| 19 | instruction with regard to the MOD.COM domain name. |
| 20 | I declare under penalty of perjury that the foregoing is true and correct. |

DATED: June ___, 2007

July 12/2007

TUCOWS, INC.

By: _____
Paul Karkas