```
 1  KRONENBERGER BURGOYNE, LLP
    Karl S. Kronenberger (Cal. Bar No. 226112)
 2  Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
    Margarita Calpotura (Cal. Bar No. 244711)
 3  150 Post Street, Suite 520
    San Francisco, CA 94108
 4  Telephone:  (415) 955-1155
 5  Facsimile:  (415) 955-1158

 6  Attorneys for Plaintiffs
    ANN JENKINS and ERNEST F. JENKINS, JR.
 7

 8
                   UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10

11

12  ANN JENKINS, an individual, and       Case No. C07-03112 JSW
    ERNEST F. JENKINS, JR., an individual,
13                                         [PROPOSED] ORDER GRANTING
                Plaintiffs,                PLAINTIFFS' REQUEST FOR A
14                                         FINDING OF LACK OF PERSONAL
         vs.                               JURISDICTION OVER DOMAIN
15                                         NAME REGISTRANT AND
    MOD.COM, an Internet domain name,      EFFECTIVE NOTICE THEREON
16
                Defendant.
17
```

On November 13, 2007, Plaintiffs Ann Jenkins and Ernest Jenkins (collectively, "Plaintiffs") filed their Request For A Finding Of Lack Of Personal Jurisdiction Over Domain Name Registrant And Effective Notice Thereon (the "Request"). Plaintiffs have brought the above-captioned lawsuit as an *in rem* proceeding, under the Anti Cybersquatting Consumer Protection Act, 15 U.S.C. §1125(d). Having considered Plaintiffs' Request, the Declaration of Calpotura in support thereof, the pleadings and papers on file in this action, and the relevant statutory and case law, and good cause appearing therefore,

IT IS ORDERED that Plaintiffs have demonstrated that this Court does not have

No. C07-03112 JSW                               [PROPOSED] ORDER

Exh. C

1  personal jurisdiction over the registrant of the domain name MOD.COM, Mortgages On
2  Demand, Limited.
3      IT IS FURTHER ORDERED that Plaintiffs have provided sufficient notice of this
4  lawsuit to the registrant of the domain name MOD.COM, as required under 15 U.S.C.
5  §1125(d)(2)(A).  This Order constitutes the requisite findings under 15 U.S.C. § 1125(d)(2)(A) regarding service of process.
6      IT IS SO ORDERED.

8  DATED: November 19, 2007                    _____
                                                HONORABLE JEFFREY S. WHITE
                                                Judge of the United States District Court for
                                                the Northern District of California

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

No. C07-03112 JSW                      2                      [PROPOSED] ORDER