**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 20, 2007

RE: CV 07-03112 JSW    ANN JENKINS, ET AL-v- MOD.COM

Default is entered as to Mod.com on November 20, 2007.

RICHARD W. WIEKING, Clerk

*(signature)*

by Hilary D. Jackson
Case Systems Administrator

NDC TR-4  Rev. 3/89

Exh. D