KRONENBERGER BURGOYNE, LLP
Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
Margarita Calpotura (Cal. Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiffs
ANN JENKINS and ERNEST F. JENKINS, JR.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN JENKINS**, an individual, and **ERNEST F. JENKINS, JR.**, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> **MOD.COM**, an Internet domain name, <br><br> Defendant. | Case No. C07-03112 JSW <br><br> **[PROPOSED] DEFAULT JUDGMENT** <br><br> Date: February 8, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 2, 17th Floor |

Plaintiffs Ann Jenkins's and Ernest F. Jenkins, Jr.'s ("Plaintiffs") Application for Default Judgment By Court was presented to this Court on February 8, 2008. In the above-captioned action, Plaintiffs sought to recover the domain name, MOD.COM (the "Disputed Domain"), through an *in rem* proceeding under the Lanham Act. Based on the uncontested pleadings and declarations submitted in this matter, the Court finds as follows:

1. The registrant of the Disputed Domain, Mortgages On Demand Limited was served with the Complaint for Cybersquatting *In Rem* (the "Complaint") and Summons pursuant to the service requirements of the Lanham Act, and has failed to answer the

Complaint within the time permitted by law.

2.   On July 12, 2007, Tucows, Inc., the domain name registrar for the Disputed Domain, provided a registrar's certificate to the Court, transferring dominion and control of the Disputed Domain to the Court. [Dct. 6-2.]

3.   On November 19, 2007, the Court issued an Order Granting Plaintiffs' Request for a Finding of Lack of Personal Jurisdiction Over Domain Name Registrant and Effective Notice Thereon. [Dct. 21.]

4.   The named registrant of the Disputed Domain name has not filed any responsive pleading with this Court or made any other appearance in connection with this matter.

5.   On November 20, 2007, the Court entered default in this matter as to the Disputed Domain. [Dct. 22.]

With default having been entered as to MOD.COM, and the Court having considered Plaintiffs' Application for Default Judgment by Court, the Declaration of Karl S. Kronenberger in support thereof, the pleadings and papers on file in this action, and the relevant statutory case law, and good cause appearing therefore,

IT HIS HEREBY ORDERED that default judgment is entered in favor of Plaintiffs;

IT IS HEREBY FURTHER ORDERED that pursuant to 15 U.S.C. §1125(d)(1)(C), Tucows, Inc., the registrar of the Disputed Domain MOD.COM, transfer MOD.COM to Plaintiffs Ann Jenkins and Ernest F. Jenkins, Jr.

IT IS SO ORDERED.

DATED: _____    _____

HONORABLE JEFFREY S. WHITE

Judge of the United States District Court for the Northern District of California