KRONENBERGER BURGOYNE, LLP
Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
Margarita Calpotura (Cal. Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff
ANN JENKINS and ERNEST F. JENKINS, JR.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN JENKINS, an individual, and ERNEST F. JENKINS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MOD.COM, an Internet domain name,<br><br>Defendant. | Case No. C-07-03112 JSW<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On December 18, 2007, I served the following document(s):

1. **NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGEMENT BY COURT**
2. **DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT BY COURT**
3. **[PROPOSED] ORDER**

on the parties listed below as follows:

| | |
|---|---|
| Robert Pooke<br>Mortgages on Deman Limited<br>Cartref Garden Road, Bromley<br>Kent, UK BR1 3LU<br>Great Britain<br>Robert@uk.com | MOD.COM<br>c/o Robert Pooke<br>Mortgages on Deman Limited<br>Cartref Garden Road, Bromley<br>Kent, UK BR1 3LU<br>Great Britain<br>Robert@uk.com |

[X] BY FEDEX INTERNATIONAL DELIVERY containing a true copy thereof to the addresse(s) listed herein at the location listed herein. A true and accurate printout of the FedEx shipment results is attached as Exhibit A [court-filed copy only].

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_/s/ Pete Touschner_
Pete Touschner