IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANN JENKINS, et al.,

    Plaintiffs,

v.

MOD.COM,

    Defendant.

No. C 07-03112 JSW

**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT FOR REPORT AND RECOMMENDATION**

Pursuant to Northern District Local Rule 72-1, the motion for default judgment filed by Plaintiffs on December 18, 2007, is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of preparing a report and recommendation on the motion. The hearing date of February 8, 2008 is VACATED.

**IT IS SO ORDERED.**

Dated: December 19, 2007

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE

cc:    Wings Hom

United States District Court
For the Northern District of California