1  **KRONENBERGER BURGOYNE, LLP**
2  Karl S. Kronenberger (Cal. Bar No. 226112)
   Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
3  Margarita Calpotura (Cal. Bar No. 244711)
   150 Post Street, Suite 520
4  San Francisco, CA 94108
   Telephone: (415) 955-1155
5  Facsimile:  (415) 955-1158

6  Attorneys for Plaintiffs
7  ANN JENKINS and ERNEST F. JENKINS, JR.

8

              **UNITED STATES DISTRICT COURT**
9             **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  **ANN JENKINS,** an individual, and          Case No. C07-03112 JSW (EMC)
    **ERNEST F. JENKINS, JR.,** an individual,
13
               Plaintiffs,                       **NOTICE OF WITHDRAWAL OF**
14                                               **APPLICATION FOR DEFAULT**
       vs.                                       **JUDGMENT BY COURT**
15
    **MOD.COM**, an Internet domain name,
16
               Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

No. C07-03112 JSW                                NOTICE OF WITHDRAWAL OF
                                                 APPLICATION FOR DEFAULT JUDGMENT

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2       PLEASE TAKE NOTICE THAT Plaintiffs Ann Jenkins and Ernest F. Jenkins, Jr.

3   hereby withdraw their Application for Default Judgment By Court as to the domain name

4   MOD.COM.

7   DATED:  April 9, 2008                              **KRONENBERGER BURGOYNE, LLP**

9                                                         By:        /s/

10                                                              Karl S. Kronenberger

11                                                               Attorneys for Plaintiffs ANN JENKINS and ERNEST F. JENKINS, JR.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

No. C07-03112 JSW                          1                  **NOTICE OF WITHDRAWAL OF APPLICATION FOR DEFAULT JUDGMENT**