IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANN JENKINS, et al.,

    Plaintiff,

v.

MOD.COM,

    Defendant.

No. C 07-03112 JSW

**ORDER REQUIRING STATUS REPORT**

On April 9, 2008, Plaintiffs filed a notice of withdrawal of their motion for default judgment. On April 10, 2008, the Court issued an Order requiring Plaintiffs to file a status report by April 18, 2008. However, it has come to the Court's attention that the Order was not posted correctly.

Accordingly, Plaintiffs are HEREBY ORDERED to submit a status report to the Court by no later than April 25, 2008, addressing whether they intend to dismiss this case or whether they intend to re-file a motion for default judgment.

**IT IS SO ORDERED.**

Dated: April 21, 2008

                                                     JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE