1

**KRONENBERGER BURGOYNE, LLP**

2

Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)

3

Margarita Calpotura (Cal. Bar No. 244711)
150 Post Street, Suite 520

4

San Francisco, CA 94108
Telephone:  (415) 955-1155

5

Facsimile:   (415) 955-1158

6

Attorneys for Plaintiffs

7

ANN JENKINS and ERNEST F. JENKINS, JR.

8

9

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

10

11

12

**ANN JENKINS,** an individual, and

Case No. C07-03112 JSW

13

**ERNEST F. JENKINS, JR.,** an individual,

14

Plaintiffs,

**PLAINTIFFS' STATUS REPORT**

15

vs.

16

**MOD.COM**, an Internet domain name,

17

Defendant.

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1    Pursuant to the Order Requiring Status Report [D.E. #31], Plaintiffs Ann Jenkins

2  and Ernest F. Jenkins, Jr. ("Plaintiffs") hereby submit this Status Report.  Plaintiffs intend

3  to file an Amended Complaint adding an *in personam* trover and conversion cause of

4  action against new defendant Tucows, Inc.

5

6

7  DATED:  April 22, 2008                    **KRONENBERGER BURGOYNE, LLP**

8

9                                         By:_____/s/_____

10                                            Margarita Calpotura

11                                            Attorneys for Plaintiffs ANN JENKINS
                                             and ERNEST F. JENKINS, JR.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

No. C07-03112 JSW                    1            **PLAINTIFFS' STATUS REPORT**