05/04/08 SUN 22:23 FAX 800 9961246    SI    ☑001
Case 3:07-cv-03112-JSW   Document 35   Filed 05/05/2008   Page 1 of 2
California Declaration (corporate service)   Page 1 of 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Kronenberger Burgoyne, LLP<br>150 Post St, #520<br>San Francisco, CA 94108<br>TELEPHONE NO.: 415 955-1155   FAX NO. *(Optional)*: 415 955-1158<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: ANN JENKINS, AN INDIVIDUAL, AND ERNEST F. JENKINS, JR., AN INDIVIDUAL, | |

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| PLAINTIFF/PETITIONER: | ANN JENKINS, AN INDIVIDUAL, AND ERNEST F. JENKINS, JR., AN INDIVIDUAL, | CASE NUMBER:<br>C07-03112 JSW |
|---|---|---|
| DEFENDANT/RESPONDENT: | TUCOWS, INC., A PENNSYLVANIA CORPORATION, | |
| PROOF OF SERVICE OF SUMMONS | | Ref. No. or File No.:<br>C07-03112 JSW |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   Summons; 1st Amended Complaint

3. a. Party served *(specify name of party as shown on documents served)*:
      TUCOWS, INC., A PENNSYLVANIA CORPORATION
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person ur item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Bob Sersch, REGISTERED AGENT, A white male approx. 30-35 years of age 5'6"-5'8" in height weighing 160-180 lb

4. Address where the party was served:
   CT Corporation, 116 PINE Street, Harrisburg, PA 17101

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to rec service of process for the party (1) on *(date)*: 5/1/2008 (2) at *(time)*: 1:38 PM
   b. [ ] **by substituted service.** On *(date)*: (2) at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual pla of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailin addresss of the person to be served, other than a United States Postal Service post office box. I informed l or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at t place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:    from *(city)*:    or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Order No. 8039396 SEA

| PLAINTIFF/PETITIONER: | ANN JENKINS, AN INDIVIDUAL, AND ERNEST F. JENKINS, JR., AN INDIVIDUAL, | CASE NUMBER: C07-03112 JSW |
|---|---|---|
| DEFENDANT/RESPONDENT: | TUCOWS, INC., A PENNSYLVANIA CORPORATION, | |

c. [ ] by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*:   (2) from *(city)*:
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] by other means *(specify means of service and authorizing code section)*:

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify)*:
  c. [ ] as occupant
  d. [X] On behalf of *(specify)*: TUCOWS, INC., A PENNSYLVANIA CORPORATION
     under the following Code of Civil Procedure section:

      [ ] 416.10 (corporation)              [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)    [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)             [ ] 415.46 (occupant)
                                             [ ] other

7. Person who served papers
  a. Name:                    John Shinkowsky
  b. Address:              316 Fawn Ridge North, HARRISBURG, PA 17110
  c. Telephone number:    800-276-0202
  d. The fee for service was: $
  e. I am:
    (1) [X] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] registered California process server:
       (i) [ ] owner  [ ] employee  [ ] independant contractor
       (ii) [ ] Registration No.:
       (iii) [ ] County:

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 5/4/2008

          John Shinkowsky
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)           (SIGNATURE)

POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Page 2 of 2

Order No. 8039396 SEA