1  Bret A. Fausett (SNB 139420)
   ADORNO YOSS ALVARADO & SMITH
2  A Professional Corporation
3  633 W. Fifth Street, Suite 1150
   Los Angeles, CA 90071
4  Tel.    (213) 229-2400
   Fax.    (213) 229-2499
5
   Attorneys for Defendant
6  TUCOWS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO

11

| | |
|---|---|
| ANN JENKINS, an individual, and ERNEST F. JENKINS, JR., an individual, | CASE No. C07-03112 JSW |
| Plaintiffs, | JUDGE:    Jeffrey S. White |
| v. | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16 |
| TUCOWS, INC., a Pennsylvania corporation, | |
| Defendant. | Action Filed: June 13, 2007 |

The undersigned, counsel of record for Defendant Tucows, Inc. certifies that the following persons or entities other than the named parties to the action either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding: Mortgages On Demand, Ltd., located in Kent, United Kingdom.

The representation is made to enable the Court to evaluate possible disqualification or recusal.

Respectfully submitted,

DATED: May 21, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: _____
BRET A. FAUSETT

Attorneys for Defendant TUCOWS, INC.