Bret A. Fausett (SNB 139420)
bfausett@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
633 W. Fifth Street, Suite 1150
Los Angeles, CA 90071
Tel.   (213) 229-2400
Fax.   (213) 229-2499

Attorneys for Defendant
TUCOWS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANN JENKINS, an individual, and ERNEST F. JENKINS, JR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TUCOWS, INC., a Pennsylvania corporation,<br><br>Defendant. | CASE No. C07-03112 JSW<br><br>JUDGE:   Jeffrey S. White<br><br>[PROPOSED] ORDER RE DEFENDANT TUCOWS, INC.'S MOTION TO DISMISS FOR LACK OF JURISDICTION<br><br>Action Filed: June 13, 2007 |

On May 21, 2008, Defendant Tucows, Inc. filed a motion to dismiss the present action for lack of personal jurisdiction, pursuant to Fed. R. Civ. P. (b)(2). Having considered the Defendant's request, the papers filed by the parties and the arguments of counsel, this Court finds that Tucows, Inc. is a Pennsylvania corporation, with a principal place of business in Toronto, Ontario, and the domain name at issue, MOD.COM, is registered to a non-party located in the United Kingdom. Accordingly, Plaintiffs have not met their burden of establishing that this Court has personal jurisdiction over Defendant Tucows, Inc., a non-resident domain name registrar either generally or specifically.

IT IS ORDERED that Plaintiffs First Amended Complaint is hereby dismissed; Tucows, Inc. is awarded its costs of suit, as according to proof (to be submitted within seven (7) days).

IT IS SO ORDERED.

DATED: _____   By: _____

HONORABLE JEFFREY S. WHITE

Judge of the United States District Court for the Northern District of California