Bret A. Fausett (SNB 139420)
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
633 W. Fifth Street, Suite 1150
Los Angeles, CA 90071
Tel.   (213) 229-2400
Fax.   (213) 229-2499

Attorneys for Defendant
TUCOWS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN JENKINS, an individual, and ERNEST F. JENKINS, JR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TUCOWS, INC., a Pennsylvania corporation,<br><br>Defendant. | CASE No. C07-03112 JSW<br><br>JUDGE:   Jeffrey S. White<br><br>DECLARATION OF ADAM EISNER IN SUPPORT OF DEFENDANT TUCOWS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION<br><br>DATE:   July 18, 2008<br>TIME:   9:00 a.m.<br>Courtroom:   2<br><br>Action Filed: June 13, 2007 |

I, Adam Eisner, hereby declare as follows:

1.   I am the Product Manager, Domains, of Tucows, Inc. ("Tucows"). In this position, I have primary responsibility for the management and oversight of Tucows' registrar business, including day-to-day management of the registrar system that allows the registration of domain names by Tucows' customers. The statements below are made of my own personal knowledge, and

1

if I were called to testify at the trial of this matter, I could and would testify competently and truthfully about them.

2. I make this Declaration solely and specially for the purpose of contesting this Court's jurisdiction over the present dispute.

3. Tucows is a Pennsylvania corporation with its principal place of business in Toronto, Ontario.

4. Tucows is a publicly traded company with a principal line of business as a domain name registrar.

5. As a domain name registrar, Tucows receives certain information from its customers, also know as domain name *registrants*, which Tucows then uses to provision domain names so the customer's domain name can be used on the Internet.

6. All of Tucows registrar personnel are located in Toronto, Canada. Tucows has no registrar employees located this judicial district or anywhere else in the State of California.

7. The Tucows infrastructure required to provision domain names for use on the Internet is located in Toronto, Canada. Tucows has no registrar infrastructure located in this judicial district or anywhere else in the State of California.

8. All domain names registered through Tucows, as the domain name registrar, are handled by Tucows solely within its offices in Toronto, Canada. This necessarily includes any domain name at issue in this litigation.

9. When Tucows registers a name on behalf of a customer in the .COM top-level domain, it connects its Toronto-based registrar systems to the .COM registry system based in Dulles, Virginia. The Internet Protocol ("IP") address to which Tucows connects for its registrar-registry connection is 198.41.3.53. As reflected in the authoritative IP Address whois, operated by the American Registry for Internet Numbers ("ARIN"), this IP address is assigned to "VeriSign Infrastructure & Operations" located in "Dulles, Virginia." A true and correct copy of the ARIN Whois for this IP address is attached to this Declaration as Exhibit "A."

10. A number of third-party services also provide location look-up information for IP addresses. One such reliable source of location based information is IP2Location.com. The location of the server to which Tucows connects for its registrar-registry operations can be found at the following URL: http://www.ip2location.com/198.41.3.53 (showing "Sterling, Virginia").

11. Another principal business line of Tucows is its software download service. This service allows users around the world to download commercial, shareware, and free software for evaluation and use. Because this download service requires substantial bandwidth, Tucows uses a number of third-party vendors, located at key Internet exchange points across North America, to serve these files. Some of the third-party vendors used by Tucows have network data centers in California. Any use by Tucows of these California-based data centers, however, is wholly unrelated to Tucows domain name registrar business.

DATED: May 21, 2008.

Signed under penalty of perjury,

_____
**Adam Eisner**
*Product Manager, Domains*
*Tucows, Inc.*

# EXHIBIT A

## ARIN WHOIS Database Search

Search ARIN WHOIS for: 198.41.3.53

```
OrgName:    VeriSign Infrastructure & Operations
OrgID:      VIO-2
Address:    21345 Ridgetop Circle
City:       Dulles
StateProv:  VA
PostalCode: 20166
Country:    US

NetRange:   198.41.0.0 - 198.41.3.255
CIDR:       198.41.0.0/22
NetName:    INTERNIC1
NetHandle:  NET-198-41-0-0-1
Parent:     NET-198-0-0-0-0
NetType:    Direct Assignment
NameServer: NS1.CRSNIC.NET
NameServer: NS2.NSIREGISTRY.NET
NameServer: NS3.VERISIGN-GRS.NET
NameServer: NS4.VERISIGN-GRS.NET
Comment:
RegDate:    1993-01-04
Updated:    2005-01-13

OrgTechHandle: NETWO480-ARIN
OrgTechName:   Network Admin
OrgTechPhone:  +1-703-948-4300
OrgTechEmail:  netadmin@verisign.com

# ARIN WHOIS database, last updated 2008-05-21 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

EXHIBIT A