**United States District Court**

For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   ANN JENKINS, et al.,

10              Plaintiffs,                          No. C 07-03112 JSW

11      v.                                   **ORDER SETTING BRIEFING**
                                             **SCHEDULE**
12   TUCOWS, INC.,

13              Defendant.
    _____/

14

15        On May 21, 2008, Defendant Tucows, Inc. filed a motion to dismiss for a lack of

16   personal jurisdiction and noticed that motion for a hearing on July 18, 2008.  The Court

17   HEREBY ORDERS Plaintiffs to file their opposition, if any, to the motion by no later than June

18   6, 2008.  Defendant shall file its reply brief by no later than June 13, 2008.  If the Court finds

19   the matter suitable for disposition without oral argument, it shall notify the parties in advance of

20   the hearing.

21        In the event either party wishes to modify this briefing schedule, they must submit a

22   request to the Court demonstrating good cause for any such modification.

23        **IT IS SO ORDERED.**

24

25   Dated: May 22, 2008                       _____
                                               JEFFREY S. WHITE
26                                             UNITED STATES DISTRICT JUDGE

27

28