1  **KRONENBERGER BURGOYNE, LLP**

2  Karl S. Kronenberger (Cal. Bar No. 226112)
   Jeffrey M. Rosenfeld (Cal. Bar No. 222187)

3  Deepa Krishnan (Cal. Bar No. 228664)
   Margarita Calpotura (Cal. Bar No. 244711)

4  150 Post Street, Suite 520
   San Francisco, CA 94108

5  Telephone:  (415) 955-1155

6  Facsimile:   (415) 955-1158

7  Attorneys for Plaintiff
   ANN JENKINS and ERNEST F. JENKINS, JR.

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12

13  **ANN JENKINS,** an individual, and          Case No. C07-03112 JSW
    **ERNEST F. JENKINS, JR.,** an individual,

14             Plaintiffs,                        **DECLARATION OF DEEPA**
                                                  **KRISHNAN IN SUPPORT OF**
15        vs.                                     **PLAINTIFFS' OPPOSITION TO**
                                                  **DEFENDANT TUCOWS, INC.'S**
16  **TUCOWS, INC.**, a Pennsylvania             **MOTION TO DISMISS FOR LACK OF**
    corporation,                                  **JURISDICTION**
17
               Defendant.                         **[Plaintiffs' Opposition to**
18                                                **Defendant's Motion to Dismiss Filed**
                                                  **Concurrently Herewith]**
19

20                                                DATE:    July 18, 2008
                                                  TIME:    9:00 a.m.
21                                                CTRM:    2

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

I, Deepa Krishnan, declare as follows:

1.      I am an attorney with Kronenberger Burgoyne, LLP, counsel to Plaintiffs Ann Jenkins and Ernest F. Jenkins, Jr. ("Plaintiffs") in this action.  Unless otherwise stated, I have personal knowledge of the facts stated herein and could competently testify thereto.

2.      In connection with this action, I have reviewed certain securities' filings regarding Defendant Tucows, Inc. ("Defendant").  Attached hereto as Exhibit "A" is a true and correct copy of select excerpts from Defendant's 2007 Annual Report (Form 10-K), filed with the United States Securities and Exchange Commission.  Attached hereto as Exhibit "B" is a true and correct copy of Defendant's March 31, 2008 Quarterly Report (Form 10-Q), filed with the United States Securities and Exchange Commission. Attached hereto as Exhibit "C" is a true and correct copy of Defendant's January 3, 2006 Current Report (Form 8-K), filed with the United States Securities and Exchange Commission.

3.      In connection with this action, I have reviewed certain business records regarding entities described in Plaintiffs' Opposition to Defendant's Motion to Dismiss. Attached hereto as Exhibit "D" is a true and correct copy of select excerpts from the ".Com Registry Agreement" between the Internet Corporation for Assigned Names and Numbers ("ICANN") and VeriSign, Inc., as downloaded from ICANN's website.

4.      Attached hereto as Exhibit "E" is a true and correct printout from the California Secretary of State's Business Portal website and reflecting "VeriSign, Inc."'s location in this District.

5.      Attached hereto as Exhibit "F" is a true and correct copy of a printout from VeriSign, Inc.'s website also reflecting "VeriSign, Inc."'s location in this District.

6.      Attached hereto as Exhibit "G" is a true and correct copy of the "Registrar Accreditation Agreement" between ICANN and Defendant.

7.      The Domain Tools website, located at www.domaintools.com, provides various types of data regarding domain names, registrars, and registrants.  In connection

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1  with this action, I visited the Domain Tools website and conducted registrar and registrant

2  searches to identify the number of domain names controlled by Defendant, and the

3  number of domain names associated with Defendant in California.  Attached hereto as

4  Exhibit "H" is a true and correct copy of a printout from the Domain Tools website,

5  containing 2007 ICANN registrar statistics.  Attached hereto as Exhibit "I" is a true and

6  correct copy of a printout from the Domain Tools website, containing the result from a

7  registrant search for "Tucows" and "California".

8      8.    In connection with this action, I have visited websites regarding the entities

9  described in Plaintiffs' Opposition to Defendant's Motion to Dismiss.  Attached hereto as

10  Exhibit "J" is a true and correct copy of a printout from the P. Sato Web Design website,

11  located at www.psato.com.  A true and correct copy of a printout from Defendant's

12  website, located at www.tucows.com, containing authorized reseller validation for P. Sato

13  Web Design, is attached hereto as Exhibit "K".

14      9.    A true and correct copy of a printout from the Rodopi Software website,

15  located at www.rodopi.com, containing a Rodopi Software press release, is attached

16  hereto as Exhibit "L".

17      10.    True and correct copies of printouts from VPOP Technologies' website,

18  located at www.vpop.net, containing information regarding VPOP Technologies' contract

19  programming and contact information, are attached hereto as Exhibit "M".

20      11.    A true and correct copy of the archived webpage, obtainable from

21  www.archive.org, describing Defendant's "Open SRS" platform, previously located at

22  www.opensrs.org/index.html, is attached hereto as Exhibit "N".

23      12.    A true and correct copy of a printout from the Internal Services Agency

24  County Clerk/Recorder for the County of Sacramento website, located at

25  www.erosi.saccounty.net, regarding a tax lien on Defendant's property, is attached

26  hereto as Exhibit "O".

27      13.    Upon information and belief, Defendant operates a blog available on its

28  website, www.tucows.com.  Attached hereto as Exhibit "P" are true and correct copies of

1   printouts from Defendant's blog, regarding Defendant's attendance at two conferences

2   held in California.

3        14.    Attached hereto as Exhibit "Q" is a true and correct copy of a table obtained

4   from     the     U.S.     Census     Bureau's     website,     located     at

5   www.census.gov/population/www/socdemo/computer/2003.html,     summarizing     select

6   data from the most recent census.

7       I declare under penalty of perjury under the laws of the United States of America

8   that the foregoing is true and correct, and was executed in San Francisco, California on

9   June 5, 2008.

10                                     /s/

11                                    Deepa Krishnan

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com