Exhibit A

10-K 1 a2184222z10-k.htm 10-K
QuickLinks -- Click here to rapidly navigate through this document

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 10-K

### FOR ANNUAL AND TRANSITION REPORTS PURSUANT TO
### SECTIONS 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2007**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number 0-28284**

# Tucows Inc.
(Exact Name of Registrant as Specified in Its Charter)

| | |
|---|---|
| **Pennsylvania** | **23-2707366** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| **96 Mowat Avenue** **Toronto, Ontario, Canada** | **M6K 3M1** |
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's telephone number, including area code: **(416) 535-0123**

Securities registered pursuant to Section 12(b) of the Act:

| **Title of Each Class** | **Name of Each Exchange on Which Registered** |
|---|---|
| Common Stock, no par value | American Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:
**None**
(Title of Class)

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by checkmark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer", "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐      Accelerated filer ☐      Non-accelerated filer ☐      Smaller reporting company ☒
                                                        (Do not check if a smaller
                                                        reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of Act). Yes ☐   No ☒

As of June 30, 2007 (the last day of our most recently completed second quarter), the aggregate market value of the common stock held by non-affiliates of the registrant was $67.2 million. Such aggregate market value was computed by reference to the closing sale price per share of $1.19 as reported on the American Stock Exchange on such date. For purposes of making this calculation only, the registrant has defined affiliates as including all officers, directors, and beneficial owners of more than five percent of the common stock of the Company. In making such calculation, the registrant is not making a determination of the affiliate or non-affiliate status of any holders of shares of the registrant's common stock.

The number of shares outstanding of the registrant's common stock as of March 24, 2008 was 73,888,542.

**TUCOWS INC.**

**ANNUAL REPORT ON FORM 10-K**

**For Fiscal Year Ended December 31, 2007**

**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| **PART I** | | |
| Item 1 | Business | 3 |
| Item 1A | Risk Factors | 10 |
| Item 1B | Unresolved Staff Comments | 32 |
| Item 2 | Properties | 32 |
| Item 3 | Legal Proceedings | 32 |
| **PART II** | | |
| Item 5 | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 33 |
| Item 7 | Management's Discussion and Analysis of Financial Condition and Results of Operations | 34 |
| Item 7A | Quantitative and Qualitative Disclosures About Market Risk | 61 |
| Item 8 | Financial Statements and Supplementary Data | 62 |
| Item 9 | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 62 |
| Item 9A | Controls and Procedures | 62 |
| Item 9B | Other Information | 62 |
| **PART III** | | |
| Item 10 | Directors, Executive Officers and Corporate Governance | 63 |
| Item 11 | Executive Compensation | 69 |
| Item 12 | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 74 |
| Item 13 | Certain Relationships and Related Transactions and Director Independence | 75 |
| Item 14 | Principal Accountant Fees and Services | 76 |
| **PART IV** | | |
| Item 15 | Exhibits and Financial Statement Schedules | 77 |

## Information Concerning Forward-Looking Statements

This Report on Form 10-K contains, in addition to historical information, forward-looking statements by us with regard to our expectations as to financial results and other aspects of our business that involve risks and uncertainties and may constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Words such as "may," "should," "anticipate," "believe," "plan," "estimate," "expect" and "intend," and other similar expressions are intended to identify forward-looking statements. The forward-looking statements contained in this report include statements regarding, among other things, the number of new, renewed and transferred-in domain names, the competition we expect to encounter as our business develops and competes in a broad range of Internet services, the effectiveness of our intellectual property protection, including our ability to license proprietary rights to network partners and to register additional trademarks and service marks, our belief that the market for domain name registration will trend upward gradually, our belief that it is more likely than not that net deferred assets will be realized; our expectations regarding our acquisition of the assets of Critical Path, Inc. and the equity of Mailbank.com Inc.; our expectations regarding the cost of compliance with Sarbanes-Oxley and our belief that, by increasing the number of applications and services we offer, we will be able to generate higher revenues. These statements are based on management's current expectations and are subject to a number of uncertainties and risks that could cause actual results to differ materially from those described in the forward-looking statements. Many factors affect our ability to achieve our objectives and to successfully develop and commercialize our services including:

Our ability to continue to generate sufficient working capital to meet our operating requirements;

Our ability to maintain a good working relationship with our vendors and customers;

The ability of vendors to continue to supply our needs;

Actions by our competitors;

Our ability to achieve gross profit margins at which we can be profitable;

Our ability to attract and retain qualified personnel in our business;

Our ability to effectively manage our business;

Our ability to obtain and maintain approvals from regulatory authorities on regulatory issues;

Pending or new litigation; and

Factors set forth herein under the caption "Item 1A Risk Factors".

This list of factors that may affect our future performance and financial and competitive position and also the accuracy of forward-looking statements is illustrative, but it is by no means exhaustive. Accordingly, all forward-looking statements should be evaluated with the understanding of their inherent uncertainty. All forward-looking statements included in this document are based on information available to us as of the date of this document, and we assume no obligation to update these cautionary statements or any forward-looking statements. These statements are not guarantees of future performance.

We qualify all the forward-looking statements contained in this Form 10-K by the foregoing cautionary statements.

http://sec.gov/Archives/edgar/data/909494/000104746908003631/a2184222z10-k.htm

# PART I

**ITEM 1.   BUSINESS**

**Overview**

Tucows, together with our consolidated subsidiaries provide domain names, email and other services through our extensive reseller network and directly to consumers and small businesses through our retail and content groups.

Our worldwide reseller network has grown to include more than 9,000 web-hosting companies, Internet Service Providers, or ISPs, and other resellers in more than 100 countries. Our primary focus is serving the needs of this network of resellers by providing superior services, easy-to-use interfaces, proactive and attentive customer service, reseller-oriented technology and agile design and development processes.

We seek to provide superior customer service to our resellers by anticipating their business needs and technical requirements. This includes providing easy-to-use interfaces to our services, so that resellers can quickly and easily integrate our services into their individual business processes, and offering brand-able end-user interfaces that emphasize simplicity and visual appeal. In the event resellers experience issues or problems with our services, we also provide "second tier" support to our resellers by email and phone. In addition, our Network Operating Center provides proactive support to our resellers by monitoring all services and network infrastructure to eliminate issues before they pose a problem for our resellers.

We believe that the underlying platforms for our services are the most mature, reliable and functional reseller-oriented provisioning and management platforms in our industry, and we continue to refine and evolve these services to make them better for both resellers and end-users.

Our Company is organized into four service and product related groups, which are discussed below in more detail.

Our *Reseller Services* group manages over eight million domain names, millions of mailboxes and tens of thousands of Secure Socket Layer, or SSL, certificates through a network of over 9,000 web hosts, ISPs, and other resellers around the world.

Our *Retail Services* group offers these services to consumers and small businesses through our three consumer brands: Domain Direct (domaindirect.com), NetIdentity (netidentity.com), and IYD (ItsYourDomain.com).

As of February 20, 2008, our *Domain Portfolio* group oversees over 150,000 domain names, most of which generate advertising revenue and many of which we offer for resale via our reseller network and other channels. Included in the Domain Portfolio are over 30,000 domains that are the basis of our Personal Names Service that allows over two-thirds of Americans to purchase a domain or email address based on their name.

Additionally, our *Content* group generates advertising revenue through tucows.com, one of the oldest and most popular software download sites on the Internet.

3

We periodically acquire companies or technology when we determine that the related products or technology are strategic or complementary to our current or future product or service offerings, as the opportunities arise. For example:

On July 25, 2007, we acquired Innerwise Inc., a privately held, ICANN-accredited registrar offering domain services through a worldwide wholesale network of over 2,500 affiliates.

On June 19, 2006, we acquired Mailbank.com, Inc. (doing business as NetIdentity). We use these assets to offer personalized Internet services directly to end-users through Domain Direct and its channel of resellers, as well as to generate income from the parked page of each domain address.

To expand our presence in the email market, on January 3, 2006, we acquired all of the hosted messaging assets of Critical Path, Inc.

On April 27, 2004, we acquired Boardtown Corporation, a total billing and customer management solution created specifically for ISPs and web hosting companies.

## Services

Our four main service and product related groups service our customers as set forth below.

### *Reseller Services*

Our Reseller Services group provides six primary service offerings: Domain Services, Email Services, Personal Names Service, SSL Service, Platypus ISP Billing Solutions and Blogware and web site Builder Publishing Service.

#### *Domain Service*

Our Domain Service allows resellers to register domains on behalf of their end-users using Tucows' accreditations with eight gTLD (generic top-level domain) registries and seventeen ccTLD (country-code top-level domain) registries.

Our pricing for gTLD domains is based on a transparent "cost-plus" pricing model and is offered on a per domain, per year, basis. When a domain is purchased or renewed, resellers are charged registry and ICANN fees (at cost) plus a Tucows Management Fee. ccTLDs pricing is based on a set bundled price that allows us to provide for currency fluctuations and additional administrative overhead for some registries. We impose no restrictions on the prices resellers charge their end-users.

Our Management Fee and our ccTLD pricing, provides resellers with access to many relevant provisioning and management tools such as a domain name suggestions, a share of net parked domain advertising revenues, access to Premium Names (a domain resale marketplace for names held by large domain portfolio owners), domain registrant privacy and other domain management tools.

Our Domain Service is available via our web-based control panels or API (Application Programming Interface). Additionally, ICANN-accredited registrars can also use our Domain Service to process domain registrations with their accreditation. This fee-based option allows registrars to use a proven system without incurring the costs of building their own technical infrastructure.

#### *Email Service*

Our Email Service offers resellers the ability to outsource the often costly and problematic need to host email accounts for their end-users. It also allows email to become a strategic part of the resellers'

4

businesses, which can increase customer loyalty and satisfaction while reducing support and infrastructure costs.

The Email Service is offered on a per account per month basis, and provides resellers with a reliable, scalable "white label" email hosting solution that can be customized to their branding and business model requirements. The Email Service also includes spam and virus filtering on all accounts. End-users can access the Email Service via a full-featured multi-language AJAX-enabled web interface, a WAP mobile interface, or through traditional desktop email clients, such as Microsoft Outlook or Apple Mail, using IMAP or POP/SMTP.

### Personal Names Service

Our Personal Names Service is based on our portfolio of over 30,000 domain names related to popular North American and international surnames. The Personal Names Service is offered on a per account per month basis, similar to our Email Service.

The Personal Names Service allows resellers to offer individual end-users domain names and email addresses based on their names. We estimate that two-thirds of Americans will find their name within our Personal Names Service, making it a unique service available only through our resellers. For example, Amy Smith could use amy.smith.net as the address of her personal web site and amy@smith.net as her email address.

### SSL Service

We have a partnership with GeoTrust to provide resellers with wholesale pricing on an array of SSL certificate options that they can in turn sell to end-users, primarily businesses. SSL digital certificates allow web sites to provide secure transactions and restrict access to information, and are sold on a per certificate per year basis.

### Other Services

*Platypus ISP Billing Solution*—Platypus is a Windows software solution that ISPs install in-house and that provides ISPs with an industry-specific solution to billing, service provisioning, and customer account management. Platypus includes an integrated help desk system that automatically routes, tracks and maintains customer support email and phone calls to improve service desk performance.

Revenue is generated through licensing fees, support contracts, professional services, and fees related to an outsourced statement printing service offered within Platypus that allows ISPs to outsource the sending of physical invoices to Tucows.

*Blogware and Web Site Builder Publishing Services*—Blogware is a hosted blogging solution that allows resellers to offer their end-users professional-looking blogs that are easy to create and update. Similarly, Web Site Builder allows resellers to provide their end-users with template-based web sites.

Both of our Platypus and Blogware services are sold on a per account per month basis.

### Retail Services

We offer consumers and small businesses domain registration, email and other Internet services through our three retail brands: Domain Direct (domaindirect.com), NetIdentity (netidentity.com) and IYD (itsyourdomain.com). Our Net Identity brand also offers Personal Names Services to consumers.

5

*Domain Portfolio*

We have over 150,000 domain names in our private domain name portfolio. We purchase and renew names based on their ability to generate advertising revenue and their appeal for resale to consumers, businesses and other large portfolio owners.

The size of our domain name portfolio varies over time, as we acquire and sell domains on a regular basis to increase the overall value and revenue generation potential of our portfolio.

Our domain name portfolio is made up of four classes of domain names: Gems, Premium Names, Direct Navigation Names and Surnames.

*Gems*

are considered to have the highest potential resale value in the portfolio. Many of the names in this class either generate significant advertising revenue or are highly brandable—or both. Typically, these names are sold to strategic investors or businesses through auction or direct negotiation with potential acquiring parties.

*Premium Names*

are domains that would be appropriate for websites and could potentially act as brands for the businesses operating at those domains. These domains generate small amounts of advertising revenue for Tucows but are primarily held for resale through the emerging aftermarket for domain names.

*Direct Navigation Names*

generally have nominal "brand value", but do generate advertising revenue from pay-per-click advertising that we place on these sites. Such domains typically generate traffic from Internet users typing the domain name directly into their web browser in an attempt to find information on that particular topic. Advertisements placed on the web site then direct such users to advertisers' web sites.

*Surnames*

are domain names related to last names found in the United States and Internationally. We do not typically sell these names as they are the basis of the Personal Names Service we offer to resellers through the NetIdentity retail brand.

**Content**

Since 1993, "tucows.com" has been one of the most popular directories of over 40,000 shareware, freeware and demo software packages available for download on the Internet. We redesigned the website in 2007 in order to place solutions to common technical problems in conspicuous locations on the homepage and throughout the site. The site is heavily community-centric offering visitors the ability to rate and review software and solutions found on the site. Visitors are also able to submit their own solutions and comment on those submitted by others. Since we launched the website, we have been committed to providing a quality experience for Internet users. Each title in our software directory is checked for spyware and viruses by a member of our editorial team. Advertisers and software developers of all sizes can reach Tucows' global readership through on-site ads or product placement within the directory.

**Intellectual Property**

We believe that we are well positioned in the wholesale domain registration and email markets due in part to our highly-recognized "Tucows" brand and the respect it confers on us as a defender of end-user rights and reseller friendly approaches to doing business. We were among the first group of thirty-four registrars to be accredited by the Internet Corporation for Assigned Names and Numbers (ICANN) in 1999 and we remain active in Internet governance issues.

6

*Future sales of shares of common stock by our existing shareholders could cause our share price to fall.*

If our shareholders sell substantial amounts of shares of common stock in the public market, the market price of the shares of common stock could fall. The perception among investors that these sales will occur could also produce this effect.

## ITEM 1B.  UNRESOLVED STAFF COMMENTS

None.

## ITEM 2.  PROPERTIES

We do not own any real property. Our principal administrative, engineering, marketing and sales office totals approximately 26,937 square feet and is located in Toronto, Ontario under a lease that expires on December 31, 2011. We also maintain offices of approximately 4,000 square feet in Starkville, Mississippi and approximately 500 square feet in London, United Kingdom.

Substantially all of our computer and communications hardware is located at our facilities or at server hosting facilities in Toronto, Ontario, San Jose, San Francisco and Santa Clara, California, Denver, Colorado and London, England.

## ITEM 3.  LEGAL PROCEEDINGS

We are involved in various investigations, claims and lawsuits arising in the normal conduct of our business, none of which, in our opinion will harm our business. We cannot assure that we will prevail in any litigation. Regardless of the outcome, any litigation may require us to incur significant litigation expense and may result in significant diversion of management attention.

32

# SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

TUCOWS INC.

By: /s/  ELLIOT NOSS

Elliot Noss
Name: Elliot Noss
Title: *Chief Executive Officer and President*

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons of behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/  ELLIOT NOSS | President, Chief Executive Officer (Principal Executive Officer) and Director | March 28, 2008 |
| Elliot Noss | | |
| /s/  MICHAEL COOPERMAN | Chief Financial Officer (Principal Financial and Accounting Officer) | March 28, 2008 |
| Michael Cooperman | | |
| /s/  STANLEY STERN | Director | March 28, 2008 |
| Stanley Stern | | |
| /s/  EUGENE FIUME | Director | March 28, 2008 |
| Eugene Fiume | | |
| /s/  EREZ GISSIN | Director | March 28, 2008 |
| Erez Gissin | | |
| /s/  LLOYD N. MORRISETT | Director | March 28, 2008 |
| Lloyd N. Morrisett | | |
| /s/  JEFFREY SCHWARTZ | Director | March 28, 2008 |
| Jeffrey Schwartz | | |
| /s/  ALLEN KARP | Director | March 28, 2008 |
| Allen Karp | | |

http://sec.gov/Archives/edgar/data/909494/000104746908003631/a2184222z10-k.htm

Exhibit B

10-Q 1 a08-11290_110q.htm 10-Q

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, DC 20549

_____

# FORM 10-Q

☒  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2008**

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from          to**

**Commission file number 1-32600**

# TUCOWS INC.
(Exact Name of Registrant as Specified in Its Charter)

| | |
|---|---|
| **Pennsylvania** | **23-2707366** |
| (State or Other Jurisdiction of | (I.R.S. Employer |
| Incorporation or Organization) | Identification No.) |

**96 Mowat Avenue,
Toronto, Ontario M6K 3M1, Canada**
(Address of Principal Executive Offices) (Zip Code)

**(416) 535-0123**
(Registrant's Telephone Number, Including Area Code)

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days: Yes ☒  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐                              Accelerated filer ☐

Non-accelerated filer ☐                        Smaller reporting company ☒
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act):
Yes ☐  No ☒

As of May 14, 2008, there were 73,888,542 outstanding shares of common stock, no par value, of the registrant.

**TUCOWS INC.**
**Form 10-Q Quarterly Report**
**INDEX**

**PART I**
**FINANCIAL INFORMATION**

| | | |
|---|---|---|
| Item 1 | Financial Statements | 3 |
| | Consolidated Balance Sheets as of March 31, 2008 (unaudited) and December 31, 2007 | 3 |
| | Consolidated Statements of Operations (unaudited) for the three months ended March 31, 2008 and 2007 | 4 |
| | Consolidated Statements of Cash Flows (unaudited) for the three months ended March 31, 2008 and 2007 | 5 |
| | Notes to Consolidated Financial Statements | 6 |
| Item 2 | Management's Discussion and Analysis of Financial Condition and Results of Operations | 15 |
| Item 3 | Quantitative and Qualitative Disclosures About Market Risk | 27 |
| Item 4T | Controls and Procedures | 27 |

**PART II**
**OTHER INFORMATION**

| | | |
|---|---|---|
| Item 1 | Legal Proceedings | 28 |
| Item 1A | Risk Factors | 28 |
| Item 6 | Exhibits | 28 |
| Signatures | | 29 |

2

Value Measurements." SFAS No. 157 defines fair value, establishes a framework for measuring fair value, and expands disclosures about fair value measurements which increase the consistency and the comparability of fair value measurements in financial statement disclosures. SFAS No. 157 applies in situations where other accounting pronouncements require or permit fair value measurements.

SFAS No. 157 establishes a valuation hierarchy for disclosure of the inputs to valuation used to measure fair value. This hierarchy prioritizes the inputs into three broad levels. Level 1 inputs are quoted prices (unadjusted) in active markets for identical assets or liabilities. Level 2 inputs are quoted prices for similar assets and liabilities in active markets or inputs that are observable for the asset or liability, either directly or indirectly through market corroboration, for substantially the full term of the financial instrument. Level 3 inputs are unobservable inputs based on the Company's own assumptions used to measure assets and liabilities at fair value. A financial asset or liability's classification within the hierarchy is determined based on the lowest level input that is significant to the fair value measurement.

The following table provides a summary of the fair values of the Company's liabilities measured at fair value on a recurring basis:

| | March 31, 2008 | | | | |
|---|---|---|---|---|---|
| | Fair Value Measurements Using | | | Liabilities at | |
| | Level 1 | Level 2 | Level 3 | Fair Value | |
| Forward Plus Contracts | $         — | $    255,433 | $         — | $    255,433 | |
| Total Liabilities | $         — | $    255,433 | $         — | $    255,433 | |

## 13. SUBSEQUENT EVENTS

a)  On May 7, 2008, Tucows.com Co, a wholly-owned subsidiary of the Company ("Tucows.com Co"), signed a definitive agreement with Hostopia.com, Inc. for Hostopia.com Inc. to purchase certain of the shared hosting customer assets of the Company for a purchase price of approximately $1.6 million in cash subject to certain adjustments. 20% of the purchase price was payable upon signing of the agreement and the remaining 80% is payable upon the closing of the transaction, which is scheduled to occur on May 15, 2008.

b)  On May 1, 2008, Tucows.com Co. entered into an agreement relating to, and completed, the sale of certain domain names to Portfolio Brains, LLC, a California limited liability company and an unaffiliated third party ("Portfolio"), pursuant to a Domain Name Acquisition Agreement.

The Agreement provided that the aggregate amount paid by Portfolio on the Effective Date with respect to the Domain Names and the liabilities and obligations arising out of the ownership, use and operation of such Domain Names, was $983,713, consisting of (a) $885,342 in cash, payable on the Effective Date; and (b) $98,371 in cash, which amount will be retained by Portfolio for a period of one year following the Effective Date as security for indemnification claims under the Agreement

c)  On May 7, 2008, the Company announced a new share buyback program whereby it may repurchase up to $10 million of its common stock either through the facilities of the American Stock Exchange or the Toronto Stock Exchange.

The Company may, during the twelve-month period commencing May 12, 2008, repurchase up to 6,361,769 shares of its common stock. All shares repurchased by the Company will be cancelled. The timing and exact number of shares purchased will be at the discretion of the Company and may be suspended or discontinued at any time.

d)  During April 2008, Tucows received a dividend declared by Afilias, Inc. in the amount of $177,000.

14

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Date: May 14, 2008                    TUCOWS INC.

                                       By:  /s/ Elliot Noss
                                            Elliot Noss
                                            President and Chief Executive Officer

                                       By:  /s/ Michael Cooperman
                                            Michael Cooperman Chief Financial Officer
                                            (Principal Financial and Accounting Officer)

29

Exhibit C

8-K 1 a06-1322_18k.htm CURRENT REPORT OF MATERIAL EVENTS OR CORPORATE CHANGES

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C.  20549

_____

# FORM 8-K

### CURRENT REPORT
### PURSUANT TO SECTION 13 OR 15(d) OF THE
### SECURITIES EXCHANGE ACT OF 1934

Date of report (Date of earliest event reported):    **January 3, 2006**

# TUCOWS INC.
(Exact Name of Registrant Specified in Charter)

| **Pennsylvania** | **0-28284** | **23-2707366** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| **96 Mowat Avenue, Toronto, Ontario, Canada** | **M6K 3M1** |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's telephone number, including area code: **(416) 535-0123**

**Not Applicable**
(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 1.01.  Entry into a Material Definitive Agreement.**

On January 3, 2006, Tucows.com Co., a subsidiary of Tucows, Inc. (the "Company"), Stapleflat Limited, a subsidiary of the Company ("Stapleflat"), and Critical Path, Inc., a California corporation ("Critical Path"), entered into an Amendment (the "Amendment") to the Asset Purchase Agreement, dated as of December 14, 2005, between the Company and Critical Path (the "Agreement"). The Amendment provides for the addition of Stapleflat as a party to the Agreement and for Stapleflat and the Company's purchase of substantially all of the assets and certain liabilities of Critical Path's Hosted Messaging business (the "Acquired Business").  Under the terms of the Amendment, Stapleflat will purchase the portion of the Acquired Business that is situated within the United Kingdom, while the Company will purchase the portion of the Acquired Business that is located outside of the United Kingdom.

A copy of the Agreement was previously filed on December 19, 2005 as Exhibit 2.1 to the Company's current report on Form 8-K and is incorporated herein by reference.

A copy of the Amendment is attached hereto as Exhibit 2.1 and is incorporated herein by reference. The foregoing description of the Amendment is qualified in its entirety by reference to the full text of the Amendment.

**Item 2.01.  Completion of Acquisition or Disposition of Assets**

On January 3, 2006, the Company and Stapleflat completed the acquisition of the Acquired Business pursuant to the Agreement, as amended by the Amendment.  The Company paid to Critical Path $6,250,000.00 as consideration for the Acquisition.  In addition, the Company placed an additional $1,750,000.00 into an escrow account, which shall be payable in whole or in part to Critical Path upon the satisfaction of certain conditions relating to the renewal of certain existing customer contracts.

Critical Path has also agreed that, for the period extending through January 3, 2007: (a) it will not own, operate, control or otherwise participate in any business of the Hosted Messaging business, as purchased by the Company, anywhere in the world; and (b) it will not solicit any person who is, or who has been within the past two years, a customer of the Hosted Messaging business, for the purpose of providing any service or product that competes with the Hosted Messaging business.

A copy of the Agreement was previously filed on December 19, 2005 as Exhibit 2.1 to the Company's current report on Form 8-K and is incorporated herein by reference.

**Item 9.01.  Financial Statements and Exhibits.**

*(a)*                    *Financial Statements of Business Acquired.*

The financial statements of the Acquired Business have not been prepared but will be filed by amendment no later than 71 calendar days after the date this report is required to be filed, pursuant to the instructions set forth in Item 9.01 of Form 8-K.

*(b)*                    *Pro Forma Financial Information.*

The pro forma financial information of the Acquired Business have not been prepared but will be filed by amendment no later than 71 calendar days after the date this report is required to be filed, pursuant to the instructions set forth in Item 9.01 of Form 8-K.

2

*(d)*        *Exhibits*

| Exhibit Number | Exhibit |
| --- | --- |

2.1      Amendment to Asset Purchase Agreement, dated as of January 3, 2006, between Critical Path, Stapleflat Limited and the Company.

In accordance with Item 601(b)(2) of Regulation S-K, the schedules and exhibits to the Amendment are omitted. We agree to furnish supplementally a copy of any omitted schedules and exhibits to the Commission upon request.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**TUCOWS INC.**

By:     */s/ Michael Cooperman*
           Michael Cooperman
           Chief Financial Officer

Dated: January 6, 2006

3

**EXHIBIT INDEX**

| Exhibit Number | Exhibit |
| --- | --- |
| 2.1 | Amendment to Asset Purchase Agreement, dated as of January 3, 2006, by Critical Path, Stapleflat Limited and the Company. |
| | In accordance with Item 601(b)(2) of Regulation S-K, the schedules and exhibits to the Amendment are omitted. We agree to furnish supplementally a copy of any omitted schedules and exhibits to the Commission upon request. |

4

# Exhibit D



# .com Registry Agreement
### (1 March 2006)

# REGISTRY AGREEMENT

This REGISTRY AGREEMENT (this "Agreement") is entered into by and between the Internet Corporation for Assigned Names and Numbers, a California nonprofit public benefit corporation ("ICANN"), and VeriSign, Inc. a Delaware corporation.

WHEREAS, the parties wish to work together cooperatively to promote and facilitate the security and stability of the Internet and the DNS, and to that end, hereby agree as follows:

### ARTICLE I   Introduction

Section 1.1     Effective Date.  The effective date ("Effective Date") for purposes of this Agreement shall be March 1, 2006.

Section 1.2     Top-Level Domain.  The Top-Level Domain to which this Agreement applies is .com ("TLD").

Section 1.3     Designation as Registry Operator.  Upon the Effective Date, until the Expiration Date as defined in Section 4.1 hereof, ICANN shall continue to recognize VeriSign, Inc. as the sole registry operator for the TLD ("Registry Operator").

### ARTICLE II   Representations and Warranties

Section 2.1     Registry Operator's Representations and Warranties.

(a)     Organization; Due Authorization and Execution.  Registry Operator is a corporation, duly organized, validly existing and in good standing under the laws of Delaware, and Registry Operator has all requisite power and authority to enter into this Agreement.  All corporate approvals and actions necessary for the entrance by Registry Operator into this Agreement have been obtained and this Agreement has been duly and validly executed and delivered by Registry Operator.

(b)     Statements made During Negotiation Process.  The factual statements made in writing by Registry Operator in negotiating this Agreement were true and correct in all material respects at the time made.  A violation or breach of any such representation or warranty shall not be a basis for termination, rescission or other equitable relief, and, instead shall only give rise to a claim for damages.

Section 2.2     ICANN's Representations and Warranties.

(a)     Organization; Due Authorization and Execution.  ICANN is a nonprofit

the provisions in the body of this Agreement and any provision in its Appendices, the provisions in the body of the Agreement shall control.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their duly authorized representatives.

**INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS**

By:_____
       Paul Twomey
       President and CEO

Date: 1 March 2006

**VeriSign, Inc.**

By:_____
       Stratton Sclavos
       President and CEO, VeriSign, Inc.

Date: 1 March 2006

---

Comments concerning the layout, construction and functionality of this site should be sent to webmaster@icann.org.

Page updated 9-Mar-2006

(c) 2007  The Internet Corporation for Assigned Names and Numbers. All rights reserved.

Exhibit E



**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of MAY 02, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
| --- | --- | --- |
| VERISIGN, INC. | | |
| **Number:** C1933410 | **Date Filed:** 4/26/1995 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| 487 EAST MIDDLEFIELD ROAD | | |
| MOUNTAIN VIEW, CA 94043 | | |
| **Agent for Service of Process** | | |
| C T CORPORATION SYSTEM | | |
| 818 WEST SEVENTH ST | | |
| LOS ANGELES, CA 90017 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

Exhibit F



US Home  |  ⊕ Worldwide Sites  |  Contact Us  |  Site Map

Search

| Products & Services | Solutions | Support | About VeriSign | Existing Customers |

You Are Here: US Home > About VeriSign > Contact Us

## About VeriSign

### Contact VeriSign, Inc.

VeriSign (Nasdaq: VRSN) is the trusted provider of Internet infrastructure services for the digital world. Billions of times each day, companies and consumers rely on our Internet infrastructure to communicate and conduct commerce with confidence.

**Contact Us**
**Contact VeriSign**
**Worldwide Headquarters at**
**650-961-7500**

**Learn More**

Investor Relations

News & Events

Government Relations

Careers

Contact Us

**Related Links**

Executive Briefing Center

Fact Sheet

Press Releases

Upcoming Events

VeriSign Corporate Brochure

### On this page:

- Product Sales
- Customer Support
- Billing Inquiries
- Regional Offices
- International Offices
- Employment
- Analyst Relations
- Government Relations
- Investor Relations
- Permissions

### Product Sales

**SSL Certificates**
Phone: 650-426-5112 or 866-893-6565
Submit inquiry online

**SSL Renewals**
Phone: 866-893-6565 - option 2
or 650-426-3347
E-mail: renewals-team@verisign.com

**SSL Channel Sales / ISP SSL Sales**
650-426-5106
E-mail: channel-partners@verisign.com

**Managed PKI for SSL
Multiple Server Certificates**
Phone: 650-426-5115
E-mail: verisales@verisign.com

**Managed PKI**
Phone: 650-426-5310
Submit inquiry online

**Managed PKI/Adobe Certified
Document Services**
Phone: 650-426-5310
Submit inquiry online

**MSS-Managed Security Services**
Phone: 650-426-5310
Submit inquiry online

**Global Security Consulting**
Consulting Services
Phone: 650-426-5310
Submit inquiry online

**Anti-Phishing Solution**
Phone: 650-426-5310
Submit inquiry online

**VeriSign Supply Chain Services**
E-mail: info@incodewireless.com

**DNS Assurance Services**
If you have questions about your existing account or the Brand Manager, call toll-free 1-866-907-DBMS (1-866-907-3267; outside the US, +1-650-426-3267)

**Digital Brand Management Services**
If you have questions about your existing account or the Brand Manager, call toll-free 1-866-907-DBMS (1-866-907-3267; outside the US, +1-650-426-3267)

**VeriSign Communications Services**
Phone: 650-426-5310
Submit inquiry online

### Billing Inquiries

**For SSL, MPKI or MSS Products**
E-mail: billing@verisign.com

### Regional Offices

**VeriSign Worldwide Headquarters**
487 East Middlefield Road
Mountain View, CA 94043
Phone: 650-961-7500
Fax: 650-961-7300

**California**
487 East Middlefield Road
Mountain View, CA 94043
Phone: 650-961-7500
Fax: 650-961-7300

**DC**
1666 K Street
Washington, DC 20006

**Massachusetts**
311 Arsenal Street
Watertown, MA 02472
Phone: 617-673-2400
Fax: 617-673-2401

**New York**
3 East 54th Street
Suite 1100
New York, NY 10022
Phone: 917-322-3600

**Rhode Island**
90 Royal Little Drive
Providence, RI 02904

Phone: 202-973-6600

**Florida**
2502 Rocky Point Drive
Suite 250
Tampa, FL 33607
Phone: 813-676-8711

**Georgia**
222 W Oglethorpe Ave
Savannah, GA 31401
Phone: 912-234-8899

**Illinois**
200 S. Wacker Street, 31st Floor
Chicago, IL 60606
Phone: 312 660-7800

**Kansas**
7400 West 129th St
Overland Park, KS 66213
Phone: 913-814-6200
Fax: 913-814-6501

Phone: 877-456-0500

**Texas**
17300 Dallas Parkway Suite 2000
Dallas, TX 75248
Phone: 214-640-4101

**Virginia**
21355 Ridgetop Circle - Lakeside III
Dulles, VA 20166
Phone: 703-948-3200

21345 Ridgetop Circle - Lakeside II
Dulles, VA 20166
Phone: 703-948-3200

22340 Dresdan Street
Ashburn, VA 20166
Phone: 703-948-7083

**Washington**
4501 Intelco Loop SE
PO Box 2909
Olympia, WA 98507
Phone: 360-493-6000

**International Offices**

**Europe Headquarters**
VeriSign Europe
8, Chemin de Blandonnet
Vernier-Geneva CH-1214
Switzerland
Phone: + 41 22 545 0200
Fax: + 41 22 545 0300

**Australia Headquarters**
VeriSign Australia
Lvl 5/6-10 O'Connell Street
Sydney, New South Wales, 2000
AUSTRALIA
Phone: +612 9236 0509
Fax: +612 9236 0532

**Japan Headquarters**
VeriSign Japan K.K.
Nittobo Bldg. 13F
8-1 Yaesu, 2-chome, Chuo-ku,
Tokyo 104-0028 Japan
Phone: +81 3 3271 7011
Fax: +81 3 3271 7027

**Africa**
Table Bay Building
Tygerberg Office Park
163 Hendrik Verwoerd Drive
Plattekloof 7500
Cape Town, South Africa
Phone: +27 21 937 8901
Fax: +27 21 937 8965

Mailing Address:
P O Box 2749
Durbanville
7551
South Africa

**Brazil**
VeriSign Brasil
Av. Maria Coelho Aguiar, 215 - Bloco B
5o. andar - JD. São Luís
CEP 05804-907 - São Paulo - SP
Brasil: (0) XX 11 5853 2900
Internacionais: + 55 11 5853 2900

**Austria**
Hasnerstrasse 123

**India**
VeriSign Services India Pvt Ltd.,
"Summit" 6/B, 7th Main, 80 Feet Road Koramangala,
Koramangala Industrial Layout, Corporation Ward No.68,

Koramangala, Bangalore - 560 034, KARNATAKA,
INDIA
Telephone: +91 80 6653 3000

VeriSign Services India Pvt Ltd.,
Suite #210, 21 Paharpur Business Centre
Nehru Place Greens
New Delhi 110019
Phone: +91 11 41207210
Fax: +91 11 41207207

**Germany**
VeriSign Deutschland GmbH
Karl-Liebknecht-Straße 5
10178 Berlin
Tel: +49 (0)30-269-32-0
Fax: +49 (0)30-269-32-100

**Sweden**
VeriSign Sweden AB
Angelholmsgatan 1 C
200 42 Malmö
Sweden
Digital Brand Management Services
Tel: +46 40 691 91 50
VeriSign Security Services
Tel: +46 85 85 369 10

**Switzerland**
VeriSign Sarl
Route des Arsenaux 41
CH-1705 Fribourg
Switzerland
Phone +41 22 54 50 288
Fax +45 70 30 03 61

**United Arab Emirates**
VeriSign Middle East
P.O. Box 502566 Al Shatha Tower (35th Floor)
Dubai Media City
Dubai, United Arab Emirates
Phone: +971 4 364 2330
Fax: +971 4 429 0635

1660 Vienna
Austria
Tel: +43 1 5955805-0
Fax: +43 1 5955805-55

**France**
VeriSign France SAS
Les Algorithmes, Bâtiment Aristote A
2000, route des Lucioles
Sophia Antipolis
06410 Biot
France
Tél : 0800 90 43 51
Fax : 0800 90 28 76

For SSL Sales & support please call: +41 22 54 50 288

**United Kingdom**
VeriSign UK Ltd.
2nd Floor, Waterfront
Chancellors Road
London W6 9RU
United Kingdom
Phone: 0800 032 2101 (UK calls only)
Outside of the UK call + 44 (0) 208 6000 740

## Customer Support

VeriSign Support Contacts

**Certificate Abuse**
Report Code Signing Misuse
Report Secured Seal Misuse
Report EV Certificate Complaint

## Employment

Careers at VeriSign

## Analyst Relations

Katie Hammler
Phone: 703-948-4367
E-mail: khammler@verisign.com

## Government Relations

Phone: 202-973-6600
E-mail: dcpolicy@verisign.com

## Investor Relations

Investor Relations Dept.
487 E. Middlefield Rd.
Mountain View, CA 94043
Phone: 800-922-4917
Fax: 650-961-7300
E-mail: IR@verisign.com

## Permissions



**ABOUT SSL CERTIFICATES**

If you have questions regarding the VeriSign Secured Seal, including how to obtain
it for use on your site, how to implement it, or how it is being used on a site you have
visited, please read our Frequently Asked Questions, at:
http://www.verisign.com/products-services/ security-services/secured-
seal/page_002751.html.

Contact Us  |  Careers  |  Legal Notices  |  Privacy  |  Repository  |  ©1995-2008 VeriSign, Inc. All rights reserved.

Exhibit G

EX-10.12 2 a2160561zex-10_12.htm EXHIBIT 10-12

**Exhibit 10.12**



**Registrar Accreditation
Agreement**

This REGISTRAR ACCREDITATION AGREEMENT ("Agreement") is by and between the Internet Corporation for Assigned Names and Numbers ("ICANN"), a California non-profit, public benefit corporation, and **Tucows.com Co.**, a Nova Scotia Corporation ("Registrar"), and shall be deemed made on 25 June 2005 at Los Angeles, California, USA.

1 **DEFINITIONS.** For purposes of this Agreement, the following definitions shall apply:

1.1      "Accredit" means to identify and set minimum standards for the performance of registration functions, to recognize persons or entities meeting those standards, and to enter into an accreditation agreement that sets forth the rules and procedures applicable to the provision of Registrar Services.

1.2           "DNS" refers to the Internet domain-name system.

1.3           The "Effective Date" is 25 June 2005.

1.4           The "Expiration Date" is 24 June 2010.

1.5      "ICANN" refers to the Internet Corporation for Assigned Names and Numbers, a party to this Agreement.

1.6           "Personal Data" refers to data about any identified or identifiable natural person.

1.7      "Registered Name" refers to a domain name within the domain of a TLD that is the subject of an appendix to this Agreement, whether consisting of two or more (e.g., john.smith.name) levels, about which a TLD Registry Operator (or an affiliate engaged in providing Registry Services) maintains data in a Registry Database, arranges for such maintenance, or derives revenue from such maintenance. A name in a Registry Database may be a Registered Name even though it does not appear in a zone file (e.g., a registered but inactive name).

1.8           "Registered Name Holder" means the holder of a Registered Name.

1.9      The word "Registrar," when appearing with an initial capital letter, refers to Tucows.com Co., a party to this Agreement.

1.10     The word "registrar," when appearing without an initial capital letter, refers to a person or entity that contracts with Registered Name Holders and with a Registry Operator and collects registration data about the Registered Name Holders and submits registration information for entry in the Registry Database.

1.11     "Registrar Services" means services provided by a registrar in connection with a TLD as to which it has an agreement with the TLD's Registry Operator, and includes contracting with Registered Name Holders, collecting registration data

http://sec.gov/Archives/edgar/data/909494/000104746905019049/a2160561zex-10_12.htm

about the Registered Name Holders, and submitting registration information for entry in the Registry Database.

1.12

"Registry Data" means all Registry Database data maintained in electronic form, and shall include TLD Zone-File Data, all data used to provide Registry Services and submitted by registrars in electronic form, and all other data used to provide Registry Services concerning particular domain name registrations or nameservers maintained in electronic form in a Registry Database.

1.13

"Registry Database" means a database comprised of data about one or more DNS domain names within the domain of a registry that is used to generate either DNS resource records that are published authoritatively or responses to domain-name availability lookup requests or Whois queries, for some or all of those names.

1.14

A "Registry Operator" is the person or entity then responsible, in accordance with an agreement between ICANN (or its assignee) and that person or entity (those persons or entities) or, if that agreement is terminated or expires, in accordance with an agreement between the US Government and that person or entity (those persons or entities), for providing Registry Services for a specific TLD.

1.15

"Registry Services," with respect to a particular TLD, shall have the meaning defined in the agreement between ICANN and the Registry Operator for that TLD.

1.16

A Registered Name is "sponsored" by the registrar that placed the record associated with that registration into the registry. Sponsorship of a registration may be changed at the express direction of the Registered Name Holder or, in the event a registrar loses accreditation, in accordance with then-current ICANN specifications and policies.

1.17

"Term of this Agreement" begins on the Effective Date and continues to the earlier of (a) the Expiration Date, or (b) termination of this Agreement.

1.18

A "TLD" is a top-level domain of the DNS.

1.19

"TLD Zone-File Data" means all data contained in a DNS zone file for the registry, or for any subdomain for which Registry Services are provided and that contains Registered Names, as provided to nameservers on the Internet.

## 2   ICANN OBLIGATIONS.

2.1

Accreditation. During the Term of this Agreement, Registrar is hereby accredited by ICANN to act as a registrar (including to insert and renew registration of Registered Names in the Registry Database) for the TLD(s) that are the subject of appendices to this Agreement according to Subsection 5.5.

2.2

Registrar Use of ICANN Name and Website. ICANN hereby grants to Registrar a non-exclusive, worldwide, royalty-free license during the Term of this Agreement (a) to state that it is accredited by ICANN as a registrar for each TLD that is the subject of an appendix to this Agreement and (b) to link to pages and documents within the ICANN web site. No other use of ICANN's name or

2

website is licensed hereby. This license may not be assigned or sublicensed by Registrar.

2.3     General Obligations of ICANN. With respect to all matters that impact the rights, obligations, or role of Registrar, ICANN shall during the Term of this Agreement:

2.3.1     exercise its responsibilities in an open and transparent manner;

2.3.2     not unreasonably restrain competition and, to the extent feasible, promote and encourage robust competition;

2.3.3     not apply standards, policies, procedures or practices arbitrarily, unjustifiably, or inequitably and not single out Registrar for disparate treatment unless justified by substantial and reasonable cause; and

2.3.4     ensure, through its reconsideration and independent review policies, adequate appeal procedures for Registrar, to the extent it is adversely affected by ICANN standards, policies, procedures or practices.

## 3  REGISTRAR OBLIGATIONS.

3.1     Obligations to Provide Registrar Services. During the Term of this Agreement, Registrar agrees that it will operate as a registrar for each TLD for which it is accredited by ICANN in accordance with this Agreement.

3.2     Submission of Registered Name Holder Data to Registry. During the Term of this Agreement:

3.2.1     As part of its registration of Registered Names in a TLD as to which it is accredited, Registrar shall submit to, or shall place in the Registry Database operated by, the Registry Operator for the TLD the following data elements:

3.2.1.1     The name of the Registered Name being registered;

3.2.1.2     The IP addresses of the primary nameserver and secondary nameserver(s) for the Registered Name;

3.2.1.3     The corresponding names of those nameservers;

3.2.1.4     Unless automatically generated by the registry system, the identity of the Registrar;

3.2.1.5     Unless automatically generated by the registry system, the expiration date of the registration; and

3.2.1.6     Any other data the Registry Operator requires be submitted to it.

The appendix to this Agreement for a particular TLD may state substitute language for Subsections 3.2.1.1 through 3.2.1.6 as applicable to that TLD; in that event the substitute language shall

3

replace and supersede Subsections 3.2.1.1 through 3.2.1.6 stated above for all purposes under this Agreement but only with respect to that particular TLD.

3.2.2

Within five (5) business days after receiving any updates from the Registered Name Holder to the data elements listed in Subsections 3.2.1.2, 3.1.2.3, and 3.2.1.6 for any Registered Name Registrar sponsors, Registrar shall submit the updated data elements to, or shall place those elements in the Registry Database operated by the Registry Operator.

3.2.3

In order to allow reconstitution of the Registry Database in the event of an otherwise unrecoverable technical failure or a change in the designated Registry Operator, within ten days of any such request by ICANN, Registrar shall submit an electronic database containing the data elements listed in Subsections 3.2.1.1 through 3.2.1.6 for all active records in the registry sponsored by Registrar, in a format specified by ICANN, to the Registry Operator for the appropriate TLD.

3.3          <u>Public Access to Data on Registered Names</u>. During the Term of this Agreement:

3.3.1

At its expense, Registrar shall provide an interactive web page and a port 43 Whois service providing free public query-based access to up-to-date (i.e., updated at least daily) data concerning all active Registered Names sponsored by Registrar for each TLD for which it is accredited. The data accessible shall consist of elements that are designated from time to time according to an ICANN adopted specification or policy. Until ICANN otherwise specifies by means of an ICANN adopted specification or policy, this data shall consist of the following elements as contained in Registrar's database:

3.3.1.1         The name of the Registered Name;

3.3.1.2

The names of the primary nameserver and secondary nameserver(s) for the Registered Name;

3.3.1.3         The identity of Registrar (which may be provided through Registrar's website);

3.3.1.4         The original creation date of the registration;

3.3.1.5         The expiration date of the registration;

3.3.1.6         The name and postal address of the Registered Name Holder;

3.3.1.7

The name, postal address, e-mail address, voice telephone number, and (where available) fax number of the technical contact for the Registered Name; and

4

3.3.1.8

    The name, postal address, e-mail address, voice telephone number, and (where available) fax number of the administrative contact for the Registered Name.

The appendix to this Agreement for a particular TLD may state substitute language for Subsections 3.3.1.1 through 3.3.1.8 as applicable to that TLD; in that event the substitute language shall replace and supersede Subsections 3.3.1.1 through 3.3.1.8 stated above for all purposes under this Agreement but only with respect to that particular TLD.

3.3.2

Upon receiving any updates to the data elements listed in Subsections 3.3.1.2, 3.3.1.3, and 3.3.1.5 through 3.3.1.8 from the Registered Name Holder, Registrar shall promptly update its database used to provide the public access described in Subsection 3.3.1.

3.3.3

Registrar may subcontract its obligation to provide the public access described in Subsection 3.3.1 and the updating described in Subsection 3.3.2, provided that Registrar shall remain fully responsible for the proper provision of the access and updating.

3.3.4

Registrar shall abide by any ICANN specification or policy established as a Consensus Policy according to Section 4 that requires registrars to cooperatively implement a distributed capability that provides query-based Whois search functionality across all registrars. If the Whois service implemented by registrars does not in a reasonable time provide reasonably robust, reliable, and convenient access to accurate and up-to-date data, the Registrar shall abide by any ICANN specification or policy established as a Consensus Policy according to Section 4 requiring Registrar, if reasonably determined by ICANN to be necessary (considering such possibilities as remedial action by specific registrars), to supply data from Registrar's database to facilitate the development of a centralized Whois database for the purpose of providing comprehensive Registrar Whois search capability.

3.3.5

In providing query-based public access to registration data as required by Subsections 3.3.1 and 3.3.4, Registrar shall not impose terms and conditions on use of the data provided, except as permitted by policy established by ICANN. Unless and until ICANN establishes a different policy according to Section 4, Registrar shall permit use of data it provides in response to queries for any lawful purposes except to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass, unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of any Registry Operator or ICANN-Accredited registrar, except as reasonably necessary to register domain names or modify existing registrations.

5

3.3.6    In addition, Registrar shall provide third-party bulk access to the data subject to public access under Subsection 3.3.1 under the following terms and conditions:

3.3.6.1
Registrar shall make a complete electronic copy of the data available at least one time per week for download by third parties who have entered into a bulk access agreement with Registrar.

3.3.6.2
Registrar may charge an annual fee, not to exceed US$10,000, for such bulk access to the data.

3.3.6.3
Registrar's access agreement shall require the third party to agree not to use the data to allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass, unsolicited, commercial advertising or solicitations to entities other than such third party's own existing customers.

3.3.6.4
Registrar's access agreement shall require the third party to agree not to use the data to enable high-volume, automated, electronic processes that send queries or data to the systems of any Registry Operator or ICANN-Accredited registrar, except as reasonably necessary to register domain names or modify existing registrations.

3.3.6.5
Registrar's access agreement may require the third party to agree not to sell or redistribute the data except insofar as it has been incorporated by the third party into a value-added product or service that does not permit the extraction of a substantial portion of the bulk data from the value-added product or service for use by other parties.

3.3.6.6
Registrar may enable Registered Name Holders who are individuals to elect not to have Personal Data concerning their registrations available for bulk access for marketing purposes based on Registrar's "Opt-Out" policy, and if Registrar has such a policy, Registrar shall require the third party to abide by the terms of that Opt-Out policy; provided, however, that Registrar may not use such data subject to opt-out for marketing purposes in its own value-added product or service.

3.3.7
Registrar's obligations under Subsection 3.3.6 shall remain in effect until the earlier of (a) replacement of this policy with a different ICANN policy, established according to Section 4, governing bulk access to the data subject to public access under Subsection 3.3.1, or (b) demonstration, to the satisfaction of the United States Department of Commerce, that no individual or entity is able to exercise market

6

power with respect to registrations or with respect to registration data used for development of value-added products and services by third parties.

3.3.8
To comply with applicable statutes and regulations and for other reasons, ICANN may from time to time adopt policies and specifications establishing limits (a) on the Personal Data concerning Registered Names that Registrar may make available to the public through a public-access service described in this Subsection 3.3 and (b) on the manner in which Registrar may make such data available.  In the event ICANN adopts any such policy, Registrar shall abide by it.

3.4    Retention of Registered Name Holder and Registration Data.

3.4.1

During the Term of this Agreement, Registrar shall maintain its own electronic database, as updated from time to time, containing data for each active Registered Name sponsored by it within each TLD for which it is accredited. The data for each such registration shall include the elements listed in Subsections 3.3.1.1 through 3.3.1.8; the name and (where available) postal address, e-mail address, voice telephone number, and fax number of the billing contact; and any other Registry Data that Registrar has submitted to the Registry Operator or placed in the Registry Database under Subsection 3.2.

3.4.2

During the Term of this Agreement and for three years thereafter, Registrar (itself or by its agent(s)) shall maintain the following records relating to its dealings with the Registry Operator(s) and Registered Name Holders:

3.4.2.1

In electronic form, the submission date and time, and the content, of all registration data (including updates) submitted in electronic form to the Registry Operator(s);

3.4.2.2

In electronic, paper, or microfilm form, all written communications constituting registration applications, confirmations, modifications, or terminations and related correspondence with Registered Name Holders, including registration contracts; and

3.4.2.3

In electronic form, records of the accounts of all Registered Name Holders with Registrar, including dates and amounts of all payments and refunds.

3.4.3

During the Term of this Agreement and for three years thereafter, Registrar shall make these records available for inspection and copying by ICANN upon reasonable notice. ICANN shall not disclose the content of such records except as expressly permitted by an ICANN specification or policy.

http://sec.gov/Archives/edgar/data/909494/000104746905019049/a2160561zex-10_12.htm

3.5         Rights in Data. Registrar disclaims all rights to exclusive ownership or use of the data elements listed in Subsections 3.2.1.1 through 3.2.1.3 for all Registered Names submitted by Registrar to the Registry Database for, or sponsored by Registrar in, each TLD for which it is accredited. Registrar does not disclaim rights in the data elements listed in Subsections 3.2.1.4 through 3.2.1.6 and Subsections 3.3.1.3 through 3.3.1.8 concerning active Registered Names sponsored by it in each TLD for which it is accredited, and agrees to grant non-exclusive, irrevocable, royalty-free licenses to make use of and disclose the data elements listed in Subsections 3.2.1.4 through 3.2.1.6 and 3.3.1.3 through 3.3.1.8 for the purpose of providing a service or services (such as a Whois service under Subsection 3.3.4) providing interactive, query-based public access. Upon a change in sponsorship from Registrar of any Registered Name in a TLD for which it is accredited, Registrar acknowledges that the registrar gaining sponsorship shall have the rights of an owner to the data elements listed in Subsections 3.2.1.4 through 3.2.1.6 and 3.3.1.3 through 3.3.1.8 concerning that Registered Name, with Registrar also retaining the rights of an owner in that data. Nothing in this Subsection prohibits Registrar from (1) restricting bulk public access to data elements in a manner consistent with this Agreement and any ICANN specifications or policies or (2) transferring rights it claims in data elements subject to the provisions of this Subsection.

3.6         Data Escrow. During the Term of this Agreement, on a schedule, under the terms, and in the format specified by ICANN, Registrar shall submit an electronic copy of the database described in Subsection 3.4.1 to ICANN or, at Registrar's election and at its expense, to a reputable escrow agent mutually approved by Registrar and ICANN, such approval also not to be unreasonably withheld by either party. The data shall be held under an agreement among Registrar, ICANN, and the escrow agent (if any) providing that (1) the data shall be received and held in escrow, with no use other than verification that the deposited data is complete, consistent, and in proper format, until released to ICANN; (2) the data shall be released from escrow upon expiration without renewal or termination of this Agreement; and (3) ICANN's rights under the escrow agreement shall be assigned with any assignment of this Agreement. The escrow shall provide that in the event the escrow is released under this Subsection, ICANN (or its assignee) shall have a non-exclusive, irrevocable, royalty-free license to exercise (only for transitional purposes) or have exercised all rights necessary to provide Registrar Services.

3.7         Business Dealings, Including with Registered Name Holders.

     3.7.1         In the event ICANN adopts a specification or policy, supported by a consensus of ICANN-Accredited registrars, establishing or approving a Code of Conduct for ICANN-Accredited registrars, Registrar shall abide by that Code.

     3.7.2         Registrar shall abide by applicable laws and governmental regulations.

     3.7.3         Registrar shall not represent to any actual or potential Registered Name Holder that Registrar enjoys access to a registry for which

Registrar is Accredited that is superior to that of any other registrar Accredited for that registry.

3.7.4

Registrar shall not activate any Registered Name unless and until it is satisfied that it has received a reasonable assurance of payment of its registration fee. For this purpose, a charge to a credit card, general commercial terms extended to creditworthy customers, or other mechanism providing a similar level of assurance of payment shall be sufficient, provided that the obligation to pay becomes final and non-revocable by the Registered Name Holder upon activation of the registration.

3.7.5

Registrar shall register Registered Names to Registered Name Holders only for fixed periods. At the conclusion of the registration period, failure by or on behalf of the Registered Name Holder to pay a renewal fee within the time specified in a second notice or reminder shall, in the absence of extenuating circumstances, result in cancellation of the registration. In the event that ICANN adopts a specification or policy concerning procedures for handling expiration of registrations, Registrar shall abide by that specification or policy.

3.7.6

Registrar shall not insert or renew any Registered Name in any registry for which Registrar is accredited by ICANN in a manner contrary to an ICANN policy stating a list or specification of excluded Registered Names that is in effect at the time of insertion or renewal.

3.7.7

Registrar shall require all Registered Name Holders to enter into an electronic or paper registration agreement with Registrar including at least the following provisions:

3.7.7.1

The Registered Name Holder shall provide to Registrar accurate and reliable contact details and promptly correct and update them during the term of the Registered Name registration, including: the full name, postal address, e-mail address, voice telephone number, and fax number if available of the Registered Name Holder; name of authorized person for contact purposes in the case of an Registered Name Holder that is an organization, association, or corporation; and the data elements listed in Subsections 3.3.1.2, 3.3.1.7 and 3.3.1.8.

3.7.7.2

A Registered Name Holder's willful provision of inaccurate or unreliable information, its willful failure promptly to update information provided to Registrar, or its failure to respond for over fifteen calendar days to inquiries by Registrar concerning the accuracy of contact details associated with the Registered Name Holder's registration shall constitute a material breach of the Registered Name.

9

Holder-registrar contract and be a basis for cancellation of the Registered Name registration.

3.7.7.3

Any Registered Name Holder that intends to license use of a domain name to a third party is nonetheless the Registered Name Holder of record and is responsible for providing its own full contact information and for providing and updating accurate technical and administrative contact information adequate to facilitate timely resolution of any problems that arise in connection with the Registered Name. A Registered Name Holder licensing use of a Registered Name according to this provision shall accept liability for harm caused by wrongful use of the Registered Name, unless it promptly discloses the identity of the licensee to a party providing the Registered Name Holder reasonable evidence of actionable harm.

3.7.7.4    Registrar shall provide notice to each new or renewed Registered Name Holder stating:

3.7.7.4.1    The purposes for which any Personal Data collected from the applicant are intended;

3.7.7.4.2    The intended recipients or categories of recipients of the data (including the Registry Operator and others who will receive the data from Registry Operator);

3.7.7.4.3    Which data are obligatory and which data, if any, are voluntary; and

3.7.7.4.4    How the Registered Name Holder or data subject can access and, if necessary, rectify the data held about them.

3.7.7.5    The Registered Name Holder shall consent to the data processing referred to in Subsection 3.7.7.4.

3.7.7.6    The Registered Name Holder shall represent that notice has been provided equivalent to that described in Subsection 3.7.7.4 to any third-party individuals whose Personal Data are supplied to Registrar by the Registered Name Holder, and that the Registered Name Holder has obtained consent equivalent to that referred to in Subsection 3.7.7.5 of any such third-party individuals.

3.7.7.7    Registrar shall agree that it will not process the Personal Data collected from the Registered Name Holder in a way incompatible with the purposes and other limitations about

10

which it has provided notice to the Registered Name Holder in accordance with Subsection 3.7.7.4 above.

3.7.7.8

Registrar shall agree that it will take reasonable precautions to protect Personal Data from loss, misuse, unauthorized access or disclosure, alteration, or destruction.

3.7.7.9

The Registered Name Holder shall represent that, to the best of the Registered Name Holder's knowledge and belief, neither the registration of the Registered Name nor the manner in which it is directly or indirectly used infringes the legal rights of any third party.

3.7.7.10

For the adjudication of disputes concerning or arising from use of the Registered Name, the Registered Name Holder shall submit, without prejudice to other potentially applicable jurisdictions, to the jurisdiction of the courts (1) of the Registered Name Holder's domicile and (2) where Registrar is located.

3.7.7.11

The Registered Name Holder shall agree that its registration of the Registered Name shall be subject to suspension, cancellation, or transfer pursuant to any ICANN adopted specification or policy, or pursuant to any registrar or registry procedure not inconsistent with an ICANN adopted specification or policy, (1) to correct mistakes by Registrar or the Registry Operator in registering the name or (2) for the resolution of disputes concerning the Registered Name.

3.7.7.12

The Registered Name Holder shall indemnify and hold harmless the Registry Operator and its directors, officers, employees, and agents from and against any and all claims, damages, liabilities, costs, and expenses (including reasonable legal fees and expenses) arising out of or related to the Registered Name Holder's domain name registration.

3.7.8

Registrar shall abide by any specifications or policies established according to Section 4 requiring reasonable and commercially practicable (a) verification, at the time of registration, of contact information associated with a Registered Name sponsored by Registrar or (b) periodic re-verification of such information. Registrar shall, upon notification by any person of an inaccuracy in the contact information associated with a Registered Name sponsored by Registrar, take reasonable steps to investigate that claimed inaccuracy. In the event Registrar learns of inaccurate contact

11

information associated with a Registered Name it sponsors, it shall take reasonable steps to correct that inaccuracy.

3.7.9

Registrar shall abide by any ICANN adopted specifications or policies prohibiting or restricting warehousing of or speculation in domain names by registrars.

3.7.10

Nothing in this Agreement prescribes or limits the amount Registrar may charge Registered Name Holders for registration of Registered Names.

3.8        Domain-Name Dispute Resolution. During the Term of this Agreement, Registrar shall have in place a policy and procedures for resolution of disputes concerning Registered Names. Until different policies and procedures are established by ICANN under Section 4, Registrar shall comply with the Uniform Domain Name Dispute Resolution Policy identified on ICANN's website (www.icann.org/general/consensus-policies.htm).

3.9        Accreditation Fees. As a condition of accreditation, Registrar shall pay accreditation fees to ICANN. These fees consist of yearly and variable fees.

3.9.1        Yearly Accreditation Fee. Registrar shall pay ICANN a yearly accreditation fee in an amount established by the ICANN Board of Directors, in conformity with ICANN's bylaws and articles of incorporation. This yearly accreditation fee shall not exceed US$4,000 for the first TLD for which Registrar is Accredited plus US$500 for each additional TLD for which Registrar is Accredited at any time during the year. Payment of the yearly fee shall be due within thirty days after invoice from ICANN.

3.9.2        Variable Accreditation Fee. Registrar shall pay the variable accreditation fees established by the ICANN Board of Directors, in conformity with ICANN's bylaws and articles of incorporation, provided that in each case such fees are reasonably allocated among all registrars that contract with ICANN and that any such fees must be expressly approved by registrars accounting, in the aggregate, for payment of two-thirds of all registrar-level fees.  Registrar shall pay such fees in a timely manner for so long as all material terms of this Agreement remain in full force and effect, and notwithstanding the pendency of any dispute between Registrar and ICANN.

3.9.3

On reasonable notice given by ICANN to Registrar, accountings submitted by Registrar shall be subject to verification by an audit of Registrar's books and records by an independent third-party that shall preserve the confidentiality of such books and records (other than its findings as to the accuracy of, and any necessary corrections to, the accountings).

12

3.10        Insurance. Registrar shall maintain in force commercial general liability insurance with policy limits of at least US$500,000 covering liabilities arising from Registrar's registrar business during the term of this Agreement.

## 4  PROCEDURES FOR ESTABLISHMENT OR REVISION OF SPECIFICATIONS AND POLICIES.

4.1        Registrar's Ongoing Obligation to Comply With New or Revised Specifications and Policies. During the Term of this Agreement, Registrar shall comply with the terms of this Agreement on the schedule set forth in Subsection 4.4, with

4.1.1

new or revised specifications (including forms of agreement to which Registrar is a party) and policies established by ICANN as Consensus Policies in the manner described in Subsection 4.3,

4.1.2        in cases where:

4.1.2.1 this Agreement expressly provides for compliance with revised specifications or policies established in the manner set forth in one or more subsections of this Section 4; or

4.1.2.2 the specification or policy concerns one or more topics described in Subsection 4.2.

4.2 <u>Topics for New and Revised Specifications and Policies</u>. New and revised specifications and policies may be established on the following topics:

4.2.1 issues for which uniform or coordinated resolution is reasonably necessary to facilitate interoperability, technical reliability, and/or operational stability of Registrar Services, Registry Services, the DNS, or the Internet;

4.2.2 registrar policies reasonably necessary to implement ICANN policies or specifications relating to a DNS registry or to Registry Services;

4.2.3 resolution of disputes concerning the registration of Registered Names (as opposed to the use of such domain names), including where the policies take into account use of the domain names;

4.2.4 principles for allocation of Registered Names (e.g., first-come/first-served, timely renewal, holding period after expiration);

4.2.5 prohibitions on warehousing of or speculation in domain names by registries or registrars;

4.2.6 maintenance of and access to accurate and up-to-date contact information regarding Registered Names and nameservers;

4.2.7 reservation of Registered Names that may not be registered initially or that may not be renewed due to reasons reasonably related to (a) avoidance of confusion among or misleading of users, (b) intellectual

13

property, or (c) the technical management of the DNS or the Internet (e.g., "example.com" and names with single-letter/digit labels);

4.2.8

procedures to avoid disruptions of registration due to suspension or termination of operations by a registry operator or a registrar, including allocation of responsibility among continuing registrars of the Registered Names sponsored in a TLD by a registrar losing accreditation; and

4.2.9

the transfer of registration data upon a change in registrar sponsoring one or more Registered Names.

Nothing in this Subsection 4.2 shall limit Registrar's obligations as set forth elsewhere in this Agreement.

4.3          Manner of Establishment of New and Revised Specifications and Policies.

4.3.1

"Consensus Policies" are those specifications or policies established based on a consensus among Internet stakeholders represented in the ICANN process, as demonstrated by (a) action of the ICANN Board of Directors establishing the specification or policy, (b) a recommendation, adopted by at least a two-thirds vote of the council of the ICANN Supporting Organization to which the matter is delegated, that the specification or policy should be established, and (c) a written report and supporting materials (which must include all substantive submissions to the Supporting Organization relating to the proposal) that (i) documents the extent of agreement and disagreement among impacted groups, (ii) documents the outreach process used to seek to achieve adequate representation of the views of groups that are likely to be impacted, and (iii) documents the nature and intensity of reasoned support and opposition to the proposed policy.

4.3.2

In the event that Registrar disputes the presence of such a consensus, it shall seek review of that issue from an Independent Review Panel established under ICANN's bylaws.  Such review must be sought within fifteen working days of the publication of the Board's action establishing the policy. The decision of the panel shall be based on the report and supporting materials required by Subsection 4.3.1. In the event that Registrar seeks review and the Independent Review Panel sustains the Board's determination that the policy is based on a consensus among Internet stakeholders represented in the ICANN process, then Registrar must implement such policy unless it promptly seeks and obtains a stay or injunctive relief under Subsection 5.6.

4.3.3

If, following a decision by the Independent Review Panel convened under Subsection 4.3.2, Registrar still disputes the presence of such a consensus, it may seek further review of that issue within fifteen

14

working days of publication of the decision in accordance with the dispute resolution procedures set forth in Subsection 5.6; provided, however, that Registrar must continue to implement the policy unless it has obtained a stay or injunctive relief under Subsection 5.6 or a final decision is rendered in accordance with the provisions of Subsection 5.6 that relieves Registrar of such obligation.  The decision in any such further review shall be based on the report and supporting materials required by Subsection 4.3.1.

4.3.4    A specification or policy established by the ICANN Board of Directors on a temporary basis, without a prior recommendation by the council of an ICANN Supporting Organization, shall also be considered to be a Consensus Policy if adopted by the ICANN Board of Directors by a vote of at least two-thirds of its members, so long as the Board reasonably determines that immediate temporary establishment of a specification or policy on the subject is necessary to maintain the operational stability of Registrar Services, Registry Services, the DNS, or the Internet, and that the proposed specification or policy is as narrowly tailored as feasible to achieve those objectives.  In establishing any specification or policy under this provision, the ICANN Board of Directors shall state the period of time for which the specification or policy is temporarily adopted and shall immediately refer the matter to the appropriate Supporting Organization for its evaluation and review with a detailed explanation of its reasons for establishing the temporary specification or policy and why the Board believes the policy should receive the consensus support of Internet stakeholders. If the period of time for which the specification or policy is adopted exceeds ninety days, the Board shall reaffirm its temporary establishment every ninety days for a total period not to exceed one year, in order to maintain such specification or policy in effect until such time as it meets the standard set forth in Subsection 4.3.1.  If the standard set forth in Subsection 4.3.1 is not met within the temporary period set by the Board, or the council of the Supporting Organization to which it has been referred votes to reject the temporary specification or policy, it will no longer be a "Consensus Policy."

4.3.5    For all purposes under this Agreement, the policies specifically identified by ICANN on its website (www.icann.org/general/consensus-policies.htm) at the date of this Agreement as having been adopted by the ICANN Board of Directors before the date of this Agreement shall be treated in the same manner and have the same effect as "Consensus Policies" and accordingly shall not be subject to review under Subsection 4.3.2.

4.3.6    In the event that, at the time the ICANN Board of Directors establishes a specification or policy under Subsection 4.3.1 during the Term of this Agreement, ICANN does not have in place an Independent Review Panel established under ICANN's bylaws, the fifteen-working-day period allowed under Subsection 4.3.2 to seek review shall be

15

extended until fifteen working days after ICANN does have such an Independent Review Panel in place and Registrar shall not be obligated to comply with the specification or policy in the interim.

4.4        Time Allowed for Compliance. Registrar shall be afforded a reasonable period of time after receiving notice of the establishment of a specification or policy under Subsection 4.3 in which to comply with that specification or policy, taking into account any urgency involved.

# 5  MISCELLANEOUS PROVISIONS.

5.1        Specific Performance. While this Agreement is in effect, either party may seek specific performance of any provision of this Agreement in the manner provided in Section 5.6 below, provided the party seeking such performance is not in material breach of its obligations.

5.2        Termination of Agreement by Registrar. This Agreement may be terminated before its expiration by Registrar by giving ICANN thirty days written notice.  Upon such termination by Registrar, Registrar shall

not be entitled to any refund of fees paid to ICANN pursuant to this Agreement.

5.3        Termination of Agreement by ICANN. This Agreement may be terminated before its expiration by ICANN in any of the following circumstances:

5.3.1        There was a material misrepresentation, material inaccuracy, or materially misleading statement in Registrar's application for accreditation or any material accompanying the application.

5.3.2        Registrar:

5.3.2.1        is convicted by a court of competent jurisdiction of a felony or other serious offense related to financial activities, or is judged by a court of competent jurisdiction to have committed fraud or breach of fiduciary duty, or is the subject of a judicial determination that ICANN reasonably deems as the substantive equivalent of those offenses; or

5.3.2.2        is disciplined by the government of its domicile for conduct involving dishonesty or misuse of funds of others.

5.3.3        Any officer or director of Registrar is convicted of a felony or of a misdemeanor related to financial activities, or is judged by a court to have committed fraud or breach of fiduciary duty, or is the subject of a judicial determination that ICANN deems as the substantive equivalent of any of these; provided, such officer or director is not removed in such circumstances.

5.3.4        Registrar fails to cure any breach of this Agreement (other than a failure to comply with a policy adopted by ICANN during the term of this Agreement as to which Registrar is seeking, or still has time to seek, review under Subsection 4.3.2 of whether a consensus is

16

present) within fifteen working days after ICANN gives Registrar notice of the breach.

5.3.5

Registrar fails to comply with a ruling granting specific performance under Subsections 5.1 and 5.6.

5.3.6

Registrar continues acting in a manner that ICANN has reasonably determined endangers the stability or operational integrity of the Internet after receiving three days notice of that determination.

5.3.7            Registrar becomes bankrupt or insolvent.

This Agreement may be terminated in circumstances described in Subsections 5.3.1 — 5.3.6 above only upon fifteen days written notice to Registrar (in the case of Subsection 5.3.4 occurring after Registrar's failure to cure), with Registrar being given an opportunity during that time to initiate arbitration under Subsection 5.6 to determine the appropriateness of termination under this Agreement. In the event Registrar initiates litigation or arbitration concerning the appropriateness of termination by ICANN, the termination shall be stayed an additional thirty days to allow Registrar to obtain a stay of termination under Subsection 5.6 below. If Registrar acts in a manner that ICANN reasonably determines endangers the stability or operational integrity of the Internet and upon notice does not immediately cure, ICANN may suspend this Agreement for five working days pending ICANN's application for more extended specific performance or injunctive relief under Subsection 5.6.  This Agreement may be terminated immediately upon notice to Registrar in circumstance described in Subsection 5.3.7 above.

5.4            Term of Agreement; Renewal; Right to Substitute Updated Agreement. This Agreement shall be effective on the Effective Date and shall have an initial term running until the Expiration Date, unless sooner terminated. Thereafter, if Registrar seeks to continue its accreditation, it may apply for renewed accreditation, and shall be entitled to renewal provided it meets the ICANN-adopted specification or policy on accreditation criteria then in effect, is in compliance with its obligations under this Agreement, as it may be amended, and agrees to be bound by terms and conditions of the then-current Registrar accreditation agreement (which may differ from those of this Agreement) that ICANN adopts in accordance with Subsection 2.3 and Subsection 4.3. In connection with renewed accreditation, Registrar shall confirm its assent to the terms and conditions of the then-current Registrar accreditation agreement by signing that accreditation agreement. In the event that, during the Term of this Agreement, ICANN posts on its web site an updated form of registrar accreditation agreement applicable to Accredited registrars, Registrar (provided it has not received (1) a notice of breach that it has not cured or (2) a notice of termination of this Agreement under Subsection 5.3 above) may elect, by giving ICANN written notice, to enter an agreement in the updated form in place of this Agreement. In the event of such election, Registrar and ICANN shall promptly sign a new accreditation agreement that contains the provisions of the updated form posted on the web site, with the length of the term of the substituted

17

agreement as stated in the updated form posted on the web site, calculated as if it commenced on the date this Agreement was made, and this Agreement will be deemed terminated.

5.5    <u>Addition or Deletion of TLDs for Which Registrar Accredited</u>. On the Effective Date, Registrar shall be accredited according to Subsection 2.1 for each TLD as to which an appendix executed by both parties is attached to this Agreement.  During the Term of this Agreement, Registrar may request accreditation for any additional TLD(s) by signing an additional appendix for each additional TLD in the form prescribed by ICANN and submitting the appendix to ICANN.  In the event ICANN agrees to the request, ICANN will sign the additional appendix and return a copy of it to Registrar.  The mutually signed appendix shall thereafter be an appendix to this Agreement. During the Term of this Agreement, Registrar may abandon its accreditation for any TLD under this Agreement (provided that Registrar will thereafter remain accredited for at least one TLD under this Agreement) by giving ICANN written notice specifying the TLD as to which accreditation is being abandoned. The abandonment shall be effective thirty days after the notice is given.

5.6    <u>Resolution of Disputes Under this Agreement</u>. Disputes arising under or in connection with this Agreement, including (1) disputes arising from ICANN's failure to renew Registrar's accreditation and (2) requests for specific performance, shall be resolved in a court of competent jurisdiction or, at the election of either party, by an arbitration conducted as provided in this Subsection 5.6 pursuant to the International Arbitration Rules of the American Arbitration Association ("AAA").  The arbitration shall be conducted in English and shall occur in Los Angeles County, California, USA. There shall be three arbitrators: each party shall choose one arbitrator and, if those two arbitrators do not agree on a third arbitrator, the third shall be chosen by the AAA.  The parties shall bear the costs of the arbitration in equal shares, subject to the right of the arbitrators to reallocate the costs in their award as provided in the AAA rules.  The parties shall bear their own attorneys' fees in connection with the arbitration, and the arbitrators may not reallocate the attorneys' fees in conjunction with their award. The arbitrators shall render their decision within ninety days of the conclusion of the arbitration hearing.  In the event Registrar initiates arbitration to contest the appropriateness of termination of this Agreement by ICANN, Registrar may at the same time request that the arbitration panel stay the termination until the arbitration decision is rendered, and that request shall have the effect of staying the termination until the arbitration panel has granted an ICANN request for specific performance and Registrar has failed to comply with such ruling.  In the event Registrar initiates arbitration to contest an Independent Review Panel's decision under Subsection 4.3.3 sustaining the Board's determination that a specification or policy is supported by consensus, Registrar may at the same time request that the arbitration panel stay the requirement that it comply with the policy until the arbitration decision is rendered, and that request shall have the effect of staying the requirement until the decision or until the arbitration panel has granted an ICANN request for lifting of the stay. In all litigation involving ICANN concerning this Agreement (whether in a case where arbitration has not been elected or to enforce an arbitration award), jurisdiction

18

and exclusive venue for such litigation shall be in a court located in Los Angeles, California, USA; however, the parties shall also have the right to enforce a judgment of such a court in any court of competent jurisdiction.  For the purpose of aiding the arbitration and/or preserving the rights of the parties during the pendency of an arbitration, the parties shall have the right to seek temporary or preliminary injunctive relief from the arbitration panel or in a court located in Los Angeles, California, USA, which shall not be a waiver of this arbitration agreement.

5.7    <u>Limitations on Monetary Remedies for Violations of this Agreement</u>. ICANN's aggregate monetary liability for violations of this Agreement shall not exceed the amount of accreditation fees paid by Registrar to ICANN under Subsection 3.9 of this Agreement. Registrar's monetary liability to ICANN for violations of this Agreement shall be limited to accreditation fees owing to ICANN under this Agreement. In no event shall either party be liable for special, indirect, incidental, punitive, exemplary, or consequential damages for any violation of this Agreement.

5.8    <u>Handling by ICANN of Registrar-Supplied Data</u>. Before receiving any Personal Data from Registrar, ICANN shall specify to Registrar in writing the purposes for and conditions under which ICANN intends to use the Personal Data.  ICANN may from time to time provide Registrar with a revised specification of such purposes and conditions, which specification shall become effective no fewer than thirty days after it is

provided to Registrar. ICANN shall not use Personal Data provided by Registrar for a purpose or under conditions inconsistent with the specification in effect when the Personal Data was provided. ICANN shall take reasonable steps to avoid uses of the Personal Data by third parties inconsistent with the specification.

5.9          <u>Assignment</u>. Either party may assign or transfer this Agreement only with the prior written consent of the other party, which shall not be unreasonably withheld, except that ICANN may, with the written approval of the United States Department of Commerce, assign this agreement by giving Registrar written notice of the assignment. In the event of assignment by ICANN, the assignee may, with the approval of the United States Department of Commerce, revise the definition of "Consensus Policy" to the extent necessary to meet the organizational circumstances of the assignee, provided the revised definition requires that Consensus Policies be based on a demonstrated consensus of Internet stakeholders.

5.10          <u>No Third-Party Beneficiaries</u>. This Agreement shall not be construed to create any obligation by either ICANN or Registrar to any non-party to this Agreement, including any Registered Name Holder.

5.11          <u>Notices, Designations, and Specifications</u>. All notices to be given under this Agreement shall be given in writing at the address of the appropriate party as set forth below, unless that party has given a notice of change of address in writing. Any notice required by this Agreement shall be deemed to have been properly given when delivered in person, when sent by electronic facsimile with receipt of confirmation of delivery, or when scheduled for delivery by internationally

19

recognized courier service. Designations and specifications by ICANN under this Agreement shall be effective when written notice of them is deemed given to Registrar.

If to ICANN, addressed to:

Internet Corporation for Assigned Names and Numbers
Registrar Accreditation
4676 Admiralty Way, Suite 330
Marina del Rey, California 90292 USA
Attention: General Counsel
Telephone: 1/310/823-9358
Facsimile: 1/310/823-8649

If to Registrar, addressed to:

Tucows.com Co.
a Nova Scotia Corporation
96 Mowat Ave.
Toronto, Ontario M6K 3M1
Canada

Attention: James Woods
Registrar Website URL: www.tucows.com
Telephone: 416-538-5453
Facsimile: 416-531-5584
e-mail: jwoods@tucows.com

5.12    <u>Dates and Times</u>. All dates and times relevant to this Agreement or its performance shall be computed based on the date and time observed in Los Angeles, California, USA.

5.13    <u>Language</u>. All notices, designations, and specifications made under this Agreement shall be in the English language.

5.14    <u>Amendments and Waivers</u>. No amendment, supplement, or modification of this Agreement or any provision hereof shall be binding unless executed in writing by both parties. No waiver of any provision of this Agreement shall be binding unless evidenced by a writing signed by the party waiving compliance with such provision. No waiver of any of the provisions of this Agreement shall be deemed or shall constitute a waiver of any other provision hereof, nor shall any such waiver constitute a continuing waiver unless otherwise expressly provided.

5.15    <u>Counterparts</u>. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

5.16    <u>Entire Agreement</u>. Except to the extent (a) expressly provided in a written agreement executed by both parties concurrently herewith or (b) of written assurances provided by Registrar to ICANN in connection with its Accreditation, this Agreement (including the appendices, which form part of it) constitutes the

20

entire agreement of the parties pertaining to the accreditation of Registrar and supersedes all prior agreements, understandings, negotiations and discussions, whether oral or written, between the parties on that subject.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed in duplicate by their duly authorized representatives.

ICANN                                          Tucows.com Co.

By:    /s/ Kurt J. Pritz                        By:    /s/ Elliot Noss
       Kurt J. Pritz                            Name: Elliot Noss
       Vice President, Business Operations      Title:  President & CEO

21

---

## .BIZ APPENDIX

The Internet Corporation for Assigned Names and Numbers, a California non-profit, public benefit corporation ("ICANN"), and **Tucows.com Co.**, a Nova Scotia Corporation ("Registrar") have entered into a Registrar Accreditation Agreement ("Registrar Accreditation Agreement"), of which this appendix ("**.biz Appendix**") is a part.

Registrar wishes to be accredited in the .biz TLD pursuant to and subject to the Registrar Accreditation Agreement and ICANN wishes to accredit Registrar in the .biz TLD.  Pursuant to and subject to the Registrar Accreditation Agreement, Registrar and ICANN hereby agree as follows:

1.            Definitions. All initially capitalized terms not otherwise defined herein shall have the definitions assigned to such terms in the Registrar Accreditation Agreement.

2.            Registrar Election. Registrar hereby elects and agrees to become accredited by ICANN to provide Registration Services in the .biz TLD.

3.            ICANN's Acceptance. ICANN hereby accepts Registrar's election to become accredited by ICANN to provide Registration Services in the .biz TLD.

IN WITNESS WHEREOF, the parties hereto have caused this **.biz Appendix** to be executed by their duly authorized representatives.

ICANN                                          Tucows.com Co.

By:    /s/ Kurt J. Pritz                        By:    /s/ Elliot Noss
       Kurt J. Pritz                            Name: Elliot Noss
       Vice President, Business Operations      Title:  President & CEO
                                                Date:  6/21/05

## .COM APPENDIX

The Internet Corporation for Assigned Names and Numbers, a California non-profit, public benefit corporation ("ICANN"), and **Tucows.com Co.**, a Nova Scotia Corporation ("Registrar") have entered into a Registrar Accreditation Agreement ("Registrar Accreditation Agreement"), of which this appendix (".com Appendix") is a part.

Registrar wishes to be accredited in the .com TLD pursuant to and subject to the Registrar Accreditation Agreement and ICANN wishes to accredit Registrar in the .com TLD.  Pursuant to and subject to the Registrar Accreditation Agreement, Registrar and ICANN hereby agree as follows:

1.          Definitions. All initially capitalized terms not otherwise defined herein shall have the definitions assigned to such terms in the Registrar Accreditation Agreement.

2.          Registrar Election. Registrar hereby elects and agrees to become accredited by ICANN to provide Registration Services in the .com TLD.

3.          ICANN's Acceptance. ICANN hereby accepts Registrar's election to become accredited by ICANN to provide Registration Services in the .com TLD.

IN WITNESS WHEREOF, the parties hereto have caused this .com Appendix to be executed by their duly authorized representatives.

ICANN                                                        Tucows.com Co.


By:     /s/ Kurt J. Pritz                                  By:      /s/ Elliot Noss
         Kurt J. Pritz                                         Name:  Elliot Noss
         Vice President, Business Operations         Title:   President & CEO
                                                                     Date:    06/21/05

## .INFO APPENDIX

The Internet Corporation for Assigned Names and Numbers, a California non-profit, public benefit corporation ("ICANN"), and **Tucows.com Co.**, a Nova Scotia Corporation ("Registrar") have entered into a Registrar Accreditation Agreement ("Registrar Accreditation Agreement"), of which this appendix ("**.info Appendix**") is a part.

Registrar wishes to be accredited in the .info TLD pursuant to and subject to the Registrar Accreditation Agreement and ICANN wishes to accredit Registrar in the .info TLD.  Pursuant to and subject to the Registrar Accreditation Agreement, Registrar and ICANN hereby agree as follows:

1.          Definitions. All initially capitalized terms not otherwise defined herein shall have the definitions assigned to such terms in the Registrar Accreditation Agreement.

2.          Registrar Election. Registrar hereby elects and agrees to become accredited by ICANN to provide Registration Services in the .info TLD.

3.          ICANN's Acceptance. ICANN hereby accepts Registrar's election to become accredited by ICANN to provide Registration Services in the .info TLD.

IN WITNESS WHEREOF, the parties hereto have caused this **.info Appendix** to be executed by their duly authorized representatives.

ICANN                                                        Tucows.com Co.


By:    /s/ Kurt J. Pritz                                    By:    /s/ Elliot Noss
       Kurt J. Pritz                                        Name:  Elliot Noss
       Vice President, Business Operations                  Title: President & CEO
                                                            Date:  06/21/05

---

## .NAME APPENDIX

The Internet Corporation for Assigned Names and Numbers, a California non-profit, public benefit corporation ("ICANN"), and **Tucows.com Co.**, a Nova Scotia Corporation ("Registrar") have entered into a Registrar Accreditation Agreement ("Registrar Accreditation Agreement"), of which this appendix ("**.name Appendix**") is a part.

Registrar wishes to be accredited in the .name TLD pursuant to and subject to the Registrar Accreditation Agreement and ICANN wishes to accredit Registrar in the .name TLD.  Pursuant to and subject to the Registrar Accreditation Agreement, Registrar and ICANN hereby agree as follows:

1.          Definitions. All initially capitalized terms not otherwise defined herein shall have the definitions assigned to such terms in the Registrar Accreditation Agreement.

2.          Registrar Election. Registrar hereby elects and agrees to become accredited by ICANN to provide Registration Services in the .name TLD.

3.          ICANN's Acceptance. ICANN hereby accepts Registrar's election to become accredited by ICANN to provide Registration Services in the .name TLD.

4.          Data Submission. Pursuant to Subsection 3.2.1, as part of its registration for SLD E-mail forwarding, the NameWatch Service, and Defensive Registrations, Registrar shall submit to, or shall place in the Registry Database operated by, the Registry Operator for the TLD that Registry Operator, consistent with Appendix C to its Registry Agreement with ICANN, data elements Registry Operator requires be submitted to it.

IN WITNESS WHEREOF, the parties hereto have caused this **.name Appendix** to be executed by their duly authorized representatives.

ICANN                                         Tucows.com Co.

By:  /s/ Kurt J. Pritz                        By:    /s/ Elliot Noss
     Kurt J. Pritz                            Name:  Elliot Noss
     Vice President, Business Operations      Title:  President & CEO
                                              Date:  06/21/05

## .NET APPENDIX

The Internet Corporation for Assigned Names and Numbers, a California non-profit, public benefit corporation ("ICANN"), and **Tucows.com Co.**, a Nova Scotia Corporation ("Registrar") have entered into a Registrar Accreditation Agreement ("Registrar Accreditation Agreement"), of which this appendix ("**.net Appendix**") is a part.

Registrar wishes to be accredited in the .net TLD pursuant to and subject to the Registrar Accreditation Agreement and ICANN wishes to accredit Registrar in the .net TLD.  Pursuant to and subject to the Registrar Accreditation Agreement, Registrar and ICANN hereby agree as follows:

1.        Definitions. All initially capitalized terms not otherwise defined herein shall have the definitions assigned to such terms in the Registrar Accreditation Agreement.

2.        Registrar Election. Registrar hereby elects and agrees to become accredited by ICANN to provide Registration Services in the .net TLD.

3.        ICANN's Acceptance. ICANN hereby accepts Registrar's election to become accredited by ICANN to provide Registration Services in the .net TLD.

IN WITNESS WHEREOF, the parties hereto have caused this **.net Appendix** to be executed by their duly authorized representatives.

ICANN                                                          Tucows.com Co.


By:      /s/ Kurt J. Pritz                                    By:      /s/ Elliot Noss
         Kurt J. Pritz                                        Name:  Elliot Noss
         Vice President, Business Operations                  Title:   President & CEO
                                                              Date:   06/21/05

## .ORG APPENDIX

The Internet Corporation for Assigned Names and Numbers, a California non-profit, public benefit corporation ("ICANN"), and **Tucows.com Co.**, a Nova Scotia Corporation ("Registrar") have entered into a Registrar Accreditation Agreement ("Registrar Accreditation Agreement"), of which this appendix ("**.org Appendix**") is a part.

Registrar wishes to be accredited in the .org TLD pursuant to and subject to the Registrar Accreditation Agreement and ICANN wishes to accredit Registrar in the .org TLD.  Pursuant to and subject to the Registrar Accreditation Agreement, Registrar and ICANN hereby agree as follows:

1.                Definitions. All initially capitalized terms not otherwise defined herein shall have the definitions assigned to such terms in the Registrar Accreditation Agreement.

2.                Registrar Election. Registrar hereby elects and agrees to become accredited by ICANN to provide Registration Services in the .org TLD.

3.                ICANN's Acceptance. ICANN hereby accepts Registrar's election to become accredited by ICANN to provide Registration Services in the .org TLD.

IN WITNESS WHEREOF, the parties hereto have caused this **.org Appendix** to be executed by their duly authorized representatives.

ICANN                                                    Tucows.com Co.


By:      /s/ Kurt J. Pritz                              By:      /s/ Elliot Noss
         Kurt J. Pritz                                  Name: Elliot Noss
         Vice President, Business Operations            Title:   President & CEO
                                                        Date:   06/21/05

---

## .PRO APPENDIX

ICANN and **Tucows.com Co.**
have entered into a Registrar Accreditation Agreement ("RAA"), of which this .pro Appendix ("Appendix") is a part.  Pursuant to and subject to the RAA, Registrar and ICANN hereby agree as follows:

1.  **Definitions**. As used in the RAA (including this appendix) with respect to the .pro TLD, all initially capitalized terms not otherwise defined in this Appendix shall have the definitions assigned to such terms in the RAA.

2.  **Registrar Election**. Registrar hereby elects and agrees to become accredited by ICANN to provide Registrar Services in the .pro TLD.

3.  **ICANN's Acceptance**. ICANN hereby accepts Registrar's election to become accredited by ICANN to provide Registrar Services in the .pro TLD.

IN WITNESS WHEREOF, the parties hereto have caused this .pro Appendix to be executed by their duly authorized representatives.

ICANN                                                    Tucows.com Co.


By:      /s/ Kurt J. Pritz                              By:      /s/ Elliot Noss
         Kurt J. Pritz                                  Name: Elliot Noss
         Vice President, Business Operations            Title:   President & CEO
                                                        Date:   06/21/05

### LOGO LICENSE APPENDIX

The Internet Corporation for Assigned Names and Numbers, a California non-profit, public benefit corporation ("ICANN"), and **Tucows.com Co.**, a Nova Scotia Corporation ("Registrar") have entered into a Registrar Accreditation Agreement ("Registrar Accreditation Agreement"), of which this appendix ("Logo License Appendix") is a part. Definitions in the Registrar Accreditation Agreement apply in this Logo License Appendix.

Registrar wishes to acquire from ICANN, and ICANN wishes to grant to Registrar, a license to use the trademarks listed below the signature block of this Logo License Appendix ("Trademarks") in connection with Registrar's role as an ICANN-accredited registrar. Pursuant to and subject to the Registrar Accreditation Agreement, Registrar and ICANN hereby agree as follows:

1 LICENSE

    1.1        <u>Grant of License</u>. ICANN grants to Registrar a non-exclusive, worldwide right and license to use the Trademarks, during the term of this appendix and solely in connection with the provision and marketing of Registrar Services in order to indicate that Registrar is accredited as a registrar of domain names by ICANN. Except as provided in this subsection and Subsection 2.2 of the Registrar Accreditation Agreement, Registrar shall not use the Trademarks, any term, phrase, or design which is confusingly similar to the Trademarks or any portion of the Trademarks in any manner whatsoever.

    1.2        <u>Ownership of Trademarks</u>. Any and all rights in the Trademarks that may be acquired by Registrar shall inure to the benefit of, and are herby assigned to, ICANN. Registrar shall not assert ownership of the Trademarks or any associated goodwill.

    1.3        <u>No Sublicense</u>. Registrar shall not sublicense any of its rights under this appendix to any other person or entity (including any of Registrar's resellers) without the prior written approval of ICANN.

2 REGISTRATION AND ENFORCEMENT

    2.1        <u>Registration</u>. Registration and any other form of protection for the Trademarks shall only be obtained by ICANN in its name and at its expense.

    2.2        <u>Enforcement</u>. Registrar shall promptly notify ICANN of any actual or suspected infringement of the Trademarks by third parties, including Registrar's resellers or affiliates. ICANN shall have the sole discretion to initiate and maintain any legal proceedings against such third parties; Registrar shall not take any such actions without the prior written approval of ICANN; and ICANN shall retain any and all recoveries from such actions.

    2.3        <u>Further Assurances</u>. Registrar agrees to execute such other documents and to take all such actions as ICANN may request to effect the terms of this appendix, including providing such materials (for example URLs and samples of any promotional materials bearing the Trademarks), cooperation, and assistance as may be reasonably required to assist ICANN in obtaining, maintaining, and

enforcing trademark registration(s) and any other form of protection for the Trademarks.

3  TERM AND TERMINATION

This Logo License Appendix shall be effective from the date it is signed below by both parties until the Expiration Date, unless this appendix or the Registrar Accreditation Agreement is earlier terminated. Each party shall have the right to terminate this appendix at any time by giving the other party written notice.  Upon expiration or termination of this appendix, Registrar shall immediately discontinue all use of the Trademarks.

IN WITNESS WHEREOF, the parties have caused this Logo License Appendix to be executed by their duly authorized representatives.

ICANN                                                      Tucows.com Co.


By:   /s/ Kurt J. Pritz                              By:    /s/ Elliot Noss
      Kurt J. Pritz                                  Name: Elliot Noss
      Vice President, Business Operations            Title:  President & CEO
                                                     Date:  06/21/05

**TRADEMARKS:**
1.                          ICANN Accredited Registrar
2.



# Exhibit H



[Back to Registrar Statistics](#)

Name Intelligence takes Registrar Statistics seriously. As an independent third party we are unbiased, we compute all statistics for all the registrars daily. We track changes in the (.COM, .NET, .ORG, .INFO, .BIZ, and .US) registries.

### Summary of 2007

| # | Total | | | | | | Registrar |
|---|---|---|---|---|---|---|---|
| 1 | 21,683,746 | 1,796,789 | 2,509,230 | 1,524,769 | 1,170,001 | 7,000,789 | GoDaddy.com |
| 2 | 8,113,940 | 1,762,334 | 162,574 | 304,579 | 294,608 | 2,524,095 | eNom.com |
| 3 | 6,678,361 | -35,209 | 1,252 | 73,306 | -9,398 | 29,951 | Network Solutions |
| 4 | 6,119,854 | 256,186 | 133,629 | 98,540 | 142,772 | 631,127 | Tucows |
| 5 | 4,711,440 | 214,928 | 180,706 | 163,703 | 100,475 | 659,812 | INWW.com |
| 6 | 3,931,598 | 223,251 | 214,916 | 282,222 | 180,732 | 901,121 | Schlund.de |
| 7 | 2,737,951 | 59,045 | 243,417 | 173,308 | 107,956 | 583,726 | Wild West Domains |
| 8 | 2,668,530 | 163,173 | 266,210 | 198,343 | 219,264 | 846,990 | Moniker Online Services |
| 9 | 2,573,194 | 4,239 | -39,948 | -180,617 | 44,283 | -172,043 | Register.com |
| 10 | 1,361,420 | 111,706 | 110,242 | 101,821 | 61,458 | 385,227 | DomainDiscount24 |
| 11 | 1,287,267 | -25,388 | 19,993 | 134,712 | -314,953 | -185,636 | Dotster |
| 12 | 1,249,575 | 111,719 | 110,152 | 129,782 | 111,469 | 463,122 | PublicDomainRegistry.com |
| 13 | 1,247,301 | 31,021 | 8,300 | -26,374 | -15,709 | -2,762 | DirectNic.com |
| 14 | 1,176,898 | 38,512 | 10,728 | 37,858 | 27,994 | 115,092 | China-Channel.com |
| 15 | 1,047,823 | 26,839 | 36,685 | 60,807 | 94,964 | 219,295 | Fabulous.com |
| 16 | 1,036,650 | 66,434 | 132,117 | 30,161 | -6,128 | 222,584 | DomainDiscover.com |
| 17 | 1,008,040 | 57,581 | 88,364 | 96,484 | 57,054 | 299,483 | Name.com aka DomainSite |
| 18 | 851,069 | 85,102 | 111,586 | 104,262 | 164,504 | 465,454 | Basic Fusion, Inc. |
| 19 | 818,982 | -1,082 | 26,336 | 47,688 | 43,630 | 116,572 | Xin Net |
| 20 | 818,962 | 15,872 | -10,699 | 8,051 | -26,166 | -12,942 | DSTR Acquistion VII, Inc |
| 21 | 790,981 | 46,515 | 47,384 | 41,654 | 38,261 | 173,814 | Cronon AG |
| 22 | 778,891 | -362,731 | -58,865 | -11,593 | -45,269 | -478,458 | NameKing |
| 23 | 693,941 | 28,213 | 85,051 | -8,705 | 7,906 | 112,465 | ItsYourDomain.com |
| 24 | 662,694 | 80,743 | 107,276 | 62,262 | 26,558 | 276,839 | HiChina |

| 25 | 657,695 | -300 | -2,672 | 4,170 | -19,023 | -17,825 | Compana |
| 26 | 637,865 | 12,636 | 14,715 | 17,039 | 16,581 | 60,971 | Joker.com |
| 27 | 614,768 | 0 | 0 | 405,128 | 209,640 | 614,768 | UltraRPM, Inc. dba metapredict.com |
| 28 | 588,129 | 217,914 | 578,189 | -408,632 | -874,398 | -486,927 | DomainDoorman, llc |
| 29 | 568,517 | 253,087 | 650,812 | -405,479 | -862,126 | -363,706 | BelgiumDomains |
| 30 | 566,535 | 170,577 | 679,460 | -389,435 | -889,801 | -429,199 | CapitolDomains |
| 31 | 490,814 | -3,243 | 10,404 | 25,244 | 14,129 | 46,534 | Gandi |
| 32 | 485,144 | 84,141 | 29,632 | -68,349 | -109,785 | -64,361 | DirectI.com |
| 33 | 451,992 | 27,764 | -14,686 | 26,308 | 26,703 | 66,089 | OVH |
| 34 | 428,819 | 21,100 | 5,075 | 11,497 | 1,462 | 39,134 | NameView |
| 35 | 425,654 | 6,328 | -10,716 | 29,368 | 5,274 | 30,254 | PSI-USA |
| 36 | 382,635 | 34,814 | 26,018 | 18,207 | 11,730 | 90,769 | Discount-Domain.com |
| 37 | 381,820 | -5,952 | 7,280 | 1,630 | -297 | 2,661 | Names4Ever.com |
| 38 | 368,117 | 3,578 | 5,894 | 2,992 | -13 | 12,451 | Domain Name Sales Corp |
| 39 | 363,583 | 6,827 | 7,607 | 10,541 | 9,721 | 34,696 | SRSplus |
| 40 | 353,616 | 31,535 | 33,122 | 43,022 | 30,923 | 138,602 | Domain People, Inc. |
| 41 | 353,047 | 8,425 | 14,938 | 9,853 | 8,230 | 41,446 | Ascio Inc. |
| 42 | 349,694 | 0 | 0 | 0 | 349,694 | 349,694 | |
| 43 | 348,122 | -182,972 | -24,631 | 284,624 | 14,634 | 91,655 | MarkMonitor |
| 44 | 332,952 | 59,649 | 56,242 | 101,784 | 59,328 | 277,003 | FastDomain, Inc. |
| 45 | 327,597 | 27,199 | 9,974 | 18,288 | 6,302 | 61,763 | Nicline.com |
| 46 | 319,486 | 40,425 | 19,807 | -19,878 | -9,793 | 30,561 | Dns.com.cn |
| 47 | 314,794 | 1,475 | 52,339 | 226,813 | 8,679 | 289,306 | Corporate Domains |
| 48 | 299,781 | -2,697 | -15,259 | -2,535 | 1,082 | -19,409 | CORE |
| 49 | 295,119 | -55,907 | 23,871 | -62,042 | 34,125 | -59,953 | Name.net llc |
| 50 | 282,543 | 24,690 | 28,887 | 29,760 | 20,727 | 104,064 | New Dream Network |
| 51 | 273,747 | 15,636 | 17,503 | 8,850 | 2,974 | 44,963 | Webnic.cc |
| 52 | 257,979 | 13,710 | 6,264 | -2,595 | 3,516 | 20,895 | Bizcn.com |
| 53 | 252,599 | 9,518 | -7,808 | 7,945 | -3,177 | 6,478 | NameSecure.com |
| 54 | 251,481 | 8,644 | 5,631 | 3,689 | 233,115 | 251,079 | Red Register, Inc. |
| 55 | 235,595 | 15,920 | 7,020 | 4,644 | -10,485 | 17,099 | YesNIC |
| 56 | 225,558 | 7,215 | 7,260 | 10,071 | -427 | 24,119 | Registration Tech, Inc. |
| 57 | 218,094 | 46,267 | 96,768 | 17,618 | -86 | 160,567 | Critical Internet, Inc. |
| 58 | 205,330 | 20,963 | 20,534 | 24,781 | 13,622 | 79,900 | NetFirms, Inc. |
| 59 | 202,799 | 50,466 | 52,061 | 16,631 | -47 | 119,111 | AOL |

| 60 | 197,286 | -1,288 | 5,341 | 6,915 | 6,562 | 17,530 | NetNames.com |
|---|---|---|---|---|---|---|---|
| 61 | 183,189 | 313,697 | 885,898 | -743,832 | -613,601 | -157,838 | Deleted (purging) |
| 62 | 181,420 | -1,469 | 5,392 | 6,286 | 4,456 | 14,665 | GKG.net |
| 63 | 174,718 | 5,945 | 6,052 | 7,760 | 10,645 | 30,402 | PlanetDomain |
| 64 | 166,592 | 488 | 2,912 | -151 | 411 | 3,660 | Easyspace Ltd. |
| 65 | 162,702 | 13,456 | 23,231 | 6,681 | 5,644 | 49,012 | Active 24 |
| 66 | 158,531 | -12 | 1,654 | 812 | 2,348 | 4,802 | StarGate |
| 67 | 157,869 | 3,480 | 14,232 | -3,350 | -2,465 | 11,897 | AitDomains.com |
| 68 | 148,879 | -3,025 | 10,220 | 3,346 | 1,812 | 12,353 | PSI Japan |
| 69 | 143,712 | -660 | -2,588 | -257 | -1,356 | -4,861 | Gabia, Inc |
| 70 | 137,519 | 7,863 | 4,002 | 7,790 | 5,253 | 24,908 | Register.it SPA |
| 71 | 136,369 | 1,828 | 2,792 | 188 | 2,592 | 7,400 | NordNet |
| 72 | 132,614 | -20,238 | -22,429 | -26,117 | -20,331 | -89,115 | Aaaq.com |
| 73 | 132,200 | -507 | 2,535 | -665 | -894 | 469 | NameJuice.com |
| 74 | 127,091 | 2,937 | 1,023 | 4,276 | 2,108 | 10,344 | NameBay |
| 75 | 123,256 | 1,972 | 142 | 86,136 | 34,037 | 122,287 | Rebel.com |
| 76 | 118,739 | -48 | 145 | -779 | 1,365 | 683 | DSTR Acquistion DBA 000Domains.com |
| 77 | 115,926 | -5,144 | -515 | 702 | -3,444 | -8,401 | Dstr Acquistion - DomainBank.com |
| 78 | 115,461 | 10,957 | 10,707 | 16,710 | 18,729 | 57,103 | EstDomains, Inc |
| 79 | 112,753 | -96 | -428 | -6,234 | 5,858 | -900 | Blue Razor Domains |
| 80 | 111,988 | 3,460 | 1,878 | 3,766 | 3,105 | 12,209 | NameScout.com |
| 81 | 111,131 | 190 | 1,619 | -1,134 | -1,348 | -673 | DotRegistrar.com |
| 82 | 109,300 | 3,198 | 922 | 2,227 | 896 | 7,243 | In2net |
| 83 | 107,466 | 10,782 | 17,492 | 29,699 | 17,450 | 75,423 | Dynadot, llc |
| 84 | 102,074 | 1,243 | 1,160 | 1,831 | 1,137 | 5,371 | InterDomain |
| 85 | 101,925 | 1,761 | 1,782 | 4,524 | 157 | 8,224 | Omnis, llc |
| 86 | 101,660 | 1,758 | 1,812 | -142 | -6,828 | -3,400 | Deutsche |
| 87 | 99,371 | 570,103 | -465,967 | -7,135 | 1,375 | 98,376 | Name Perfections, Inc. |
| 88 | 88,084 | 6,740 | 380 | 6,143 | 3,793 | 17,056 | ONLINE SAS |
| 89 | 86,910 | 1,361 | 2,972 | 1,849 | 198 | 6,380 | Pair.com |
| 90 | 81,418 | 2,577 | -6,177 | 3,036 | 1,658 | 1,094 | Nominalia |
| 91 | 78,322 | -25,501 | -14,726 | -1,400 | -10,867 | -52,494 | Domain Contender |
| 92 | 74,680 | 8,019 | 3,850 | 5,176 | 3,977 | 21,022 | Advantage Interactive |
| 93 | 72,896 | 18,212 | 16,621 | 17,071 | 8,396 | 60,300 | DomainBullies, llc |
| 94 | 71,168 | 0 | 0 | 53,587 | 17,581 | 71,168 | DOTNAME KOREA CORP |

| 95 | 71,143 | 9,879 | -6,167 | -98 | -5,597 | -1,983 | Nicco Ltd. |
| 96 | 67,226 | 16,009 | 13,511 | 9,467 | 2,437 | 41,424 | Net 4 India limited |
| 97 | 67,211 | 1,292 | 520 | -2,141 | -3,856 | -4,185 | Internetters |
| 98 | 66,948 | -8,372 | -19,766 | -17,832 | -19,944 | -65,914 | Communi Gal |
| 99 | 65,987 | 19 | -1,591 | 431 | -1,606 | -2,747 | TotalRegistrations |
| 100 | 65,708 | -107 | -153 | -70 | 65,551 | 65,221 | First Instant, Inc. |
| 101 | 62,935 | 1,891 | -201 | -164 | 1,521 | 3,047 | INames Co. |
| 102 | 58,004 | 5,943 | 2,696 | 4,277 | 5,159 | 18,075 | Todaynic.com, Inc. |
| 103 | 54,574 | 320 | -115 | -285 | 54,502 | 54,422 | Gee Whiz Domains |
| 104 | 54,167 | 4,595 | -536 | -906 | 11,691 | 14,844 | DomReg ltd |
| 105 | 52,540 | 7,048 | 3,273 | 5,082 | 3,890 | 19,293 | ePag AG |
| 106 | 48,467 | 13,140 | -1,612 | 3,216 | 2,484 | 17,228 | Annulet |
| 107 | 47,724 | -2,139 | -34,362 | -4,164 | -3,780 | -44,445 | Naame.com |
| 108 | 46,849 | 526 | 2,469 | 530 | -416 | 3,109 | EasyDNS |
| 109 | 46,733 | 1,928 | 656 | -204 | 556 | 2,936 | Cypack.com |
| 110 | 43,115 | -1,122 | -1,899 | 861 | -5,244 | -7,404 | AllinDomains, llc |
| 111 | 41,883 | 0 | 0 | 37,621 | 4,262 | 41,883 | REG2C.COM, INC. |
| 112 | 40,906 | 0 | 0 | 28,592 | 12,314 | 40,906 | ENAME, INC |
| 113 | 40,375 | 1,929 | 2,682 | 1,081 | 11,858 | 17,550 | DomainCA.com |
| 114 | 40,349 | 7,298 | 8,380 | 11,857 | 9,454 | 36,989 | Dynamic Dolphin, Inc. |
| 115 | 39,869 | 826 | 382 | -201 | -975 | 32 | Catalog.com |
| 116 | 39,496 | 1,407 | -4,714 | 15,969 | 513 | 13,175 | Webagentur.at |
| 117 | 38,466 | 4,064 | 4,329 | 5,000 | 4,385 | 17,778 | Ano Regional Network |
| 118 | 38,444 | -594 | -976 | 12,358 | 6,539 | 17,327 | uDomainName.com LLC |
| 119 | 38,310 | 1,206 | 1,433 | 1,469 | 325 | 4,433 | SafeNames, Ltd |
| 120 | 38,136 | 907 | -390 | 600 | 31 | 1,148 | DomainInfo.com |
| 121 | 37,672 | -667 | 2,029 | 8 | -318 | 1,052 | Netpia.com |
| 122 | 37,120 | -3,068 | 1,341 | 1,130 | -66 | -663 | Misk.com |
| 123 | 35,880 | 4,719 | 5,285 | 5,716 | 3,096 | 18,816 | Everyones Internet, Resellone.net |
| 124 | 35,444 | 5,183 | 5,195 | 4,850 | 7,179 | 22,407 | Transecute |
| 125 | 34,790 | 6,442 | 8,134 | 9,242 | 5,525 | 29,343 | LocalWeb Ltda |
| 126 | 34,320 | 3,059 | 4,815 | 3,324 | 1,486 | 12,684 | Global Media Online Inc |
| 127 | 32,561 | 2,861 | 1,185 | 2,913 | 935 | 7,894 | Active ISP |
| 128 | 31,626 | 58 | -11 | -7 | -7 | 33 | LibertyTest |
| 129 | 31,413 | 696 | -475 | 516 | -887 | -150 | Transpac |

| | | | | | | |
|---|---|---|---|---|---|---|
| 130 | 31,205 | -22,272 | -473 | 28,829 | -1,637 | 4,447 4dDomains.com |
| 131 | 30,917 | -10,801 | 1,540 | 1,615 | 1,053 | -6,593 Asadal |
| 132 | 30,773 | 3,066 | 4,030 | 4,415 | 1,395 | 12,906 NetRegistry PTY. Ltd. |
| 133 | 29,884 | 1,129 | 2,164 | 1,525 | 1,318 | 6,136 First Server |
| 134 | 29,459 | 1,679 | 1,867 | 471 | 771 | 4,788 NicTrade Internet |
| 135 | 29,328 | 1,314 | 1,136 | 1,688 | 1,941 | 6,079 Enetica |
| 136 | 28,339 | -6,925 | 5,897 | 2,757 | 3,293 | 5,022 SaveMoreNames.com Inc |
| 137 | 28,124 | 829 | 4,503 | 4,907 | 13,363 | 23,602 eNomX Inc. |
| 138 | 27,588 | -71 | -87 | 37 | 27,399 | 27,278 Domain Mode, Inc. |
| 139 | 27,224 | 578 | 26,690 | -15,229 | 6,198 | 18,237 Sipence |
| 140 | 26,945 | 1,247 | 8,259 | 2,120 | 14,389 | 26,015 eNom4 Inc. |
| 141 | 26,502 | 205 | -489 | -137 | -1,319 | -1,740 DotEarth.com |
| 142 | 26,238 | -1,448 | -726 | -293 | -720 | -3,187 DoRegi.com |
| 143 | 26,212 | 674 | 6,206 | 8,723 | 10,248 | 25,851 eNomAU, Inc. |
| 144 | 26,041 | 698 | 7,164 | 5,703 | 3,376 | 16,941 DomainName.at |
| 145 | 25,890 | -342 | 7,760 | 9,690 | 7,980 | 25,088 eNomNZ Inc |
| 146 | 25,830 | 59 | 7,939 | 9,028 | 8,033 | 25,059 eNom1 Inc. |
| 147 | 25,704 | 0 | 0 | 18,217 | 7,487 | 25,704 DOMENESHOP AS |
| 148 | 25,243 | 589 | 7,192 | 6,316 | 10,571 | 24,668 eNom World Inc |
| 149 | 25,241 | -421 | 8,902 | 5,534 | 9,912 | 23,927 eNomV |
| 150 | 25,208 | 28 | 11,151 | 1,410 | 11,820 | 24,409 eNom GMP Services |
| 151 | 24,613 | -193 | 8,732 | 5,963 | 9,045 | 23,547 eNomEU Inc. |
| 152 | 24,246 | -325 | 5,828 | 9,241 | 8,868 | 23,612 eNomToo Inc |
| 153 | 24,092 | -673 | 9,382 | 8,603 | 4,709 | 22,021 eNom Corporate Inc |
| 154 | 24,058 | 394 | 8,979 | 2,755 | 11,522 | 23,650 eNomTen Inc. |
| 155 | 24,036 | 4,233 | 6,503 | 7,090 | 5,435 | 23,261 Http.net |
| 156 | 24,010 | 397 | 7,220 | 6,177 | 9,646 | 23,440 eNom5, Inc |
| 157 | 23,962 | 1,013 | 7,184 | 8,212 | 6,685 | 23,094 eNomate Inc |
| 158 | 23,867 | 6,536 | 6,650 | 3,910 | 2,502 | 19,598 Cheapies.com, Inc. |
| 159 | 23,469 | 0 | 0 | 18,101 | 5,368 | 23,469 ABSYSTEMS INC |
| 160 | 23,387 | 0 | 0 | 19,349 | 4,038 | 23,387 Dinahosting sl |
| 161 | 22,860 | -19 | 9,051 | 10,060 | 2,826 | 21,918 eNomMX |
| 162 | 22,854 | 1,260 | 5,524 | 4,872 | 7,106 | 18,762 Enom2 Inc. |
| 163 | 22,820 | 675 | 4,438 | 12,218 | 5,382 | 22,713 Nicreg LLC |
| 164 | 22,435 | 4,087 | 6,436 | 6,935 | 4,066 | 21,524 InDomCo |
| 165 | 22,384 | 2,868 | 2,623 | 2,505 | 2,540 | 10,536 12 Register BV |

| 166 | 22,244 | 722 | 8,984 | 4,791 | 7,553 | 22,050 | eNomFor Inc |
| 167 | 21,935 | 0 | 0 | 17,807 | 4,128 | 21,935 | DYNAMIC NETWORK SERVICES, INC |
| 168 | 21,535 | 574 | -2,512 | -842 | -438 | -3,218 | Capital Networks |
| 169 | 21,531 | -1,615 | 18 | 1,651 | -1,074 | -1,020 | IA Registry |
| 170 | 21,242 | 2,538 | 2,949 | 3,154 | 4,760 | 13,401 | Dynadot |
| 171 | 20,699 | 5,604 | 4,312 | 5,206 | 2,419 | 17,541 | CPS-DataenSysteme GMBH |
| 172 | 20,678 | 2,298 | 1,895 | 2,773 | 1,030 | 7,996 | Domain-it, Inc |
| 173 | 20,671 | -490 | 6,978 | 5,588 | 7,319 | 19,395 | eNomA1 Inc |
| 174 | 20,644 | 1,100 | -1,611 | -1,289 | 411 | -1,389 | Domain Bank Inc. |
| 175 | 20,463 | 633 | 4,449 | 4,130 | 6,445 | 15,657 | eNom3 Inc. |
| 176 | 18,989 | 755 | -736 | -570 | 373 | -178 | 000Domains.com |
| 177 | 18,935 | 7,019 | 12,110 | -707 | -917 | 17,505 | SiteName |
| 178 | 18,854 | 29 | 377 | 3,946 | -1,308 | 3,044 | Gal Comm. Ltd. |
| 179 | 17,937 | -868 | -1,692 | -1,551 | 4 | -4,107 | Tuonome.it |
| 180 | 17,557 | -2,415 | -882 | -755 | -428 | -4,480 | Today & Tomorrow co. ltd. |
| 181 | 17,208 | -939 | 84 | 1,128 | 371 | 644 | The Planet Internet |
| 182 | 16,917 | 0 | 13,654 | 2,429 | 834 | 16,917 | Visesh Infotecnics |
| 183 | 16,851 | -369 | -36 | -1,612 | 560 | -1,457 | ATcom Technology |
| 184 | 16,701 | 838 | -78 | 561 | 14,442 | 15,763 | ABOUT DOMAIN DOT COM SOLUTIONS |
| 185 | 16,176 | 1,964 | 130 | 1,666 | 1,223 | 4,983 | WebNames.CA |
| 186 | 16,134 | -893 | -988 | 656 | 219 | -1,006 | AW Registry |
| 187 | 16,025 | -178 | -2,776 | 1,180 | 1,892 | 118 | Signature Domains |
| 188 | 15,945 | 1,059 | -242 | 410 | 1,280 | 2,507 | 007 Names |
| 189 | 15,868 | 3,213 | 3,120 | 4,994 | 948 | 12,275 | Ditribute It Pty |
| 190 | 14,873 | 196 | -317 | 585 | -518 | -54 | BB Online UK |
| 191 | 13,824 | 175 | -479 | 91 | 13,725 | 13,512 | Black Ice Domains |
| 192 | 13,058 | 811 | 135 | 257 | -387 | 816 | Bottle Domains |
| 193 | 12,667 | -845 | -740 | 269 | -458 | -1,774 | NameZero.com |
| 194 | 12,503 | 2,372 | 1,539 | 1,632 | 645 | 6,188 | Nomer.com |
| 195 | 12,458 | -479 | -72 | -201 | 306 | -446 | Globedom |
| 196 | 12,336 | -201 | -1,204 | -1,112 | -295 | -2,812 | RgNames.com |
| 197 | 12,324 | 764 | 5,193 | 2,300 | 2,750 | 11,007 | Australian Style pty ltd |
| 198 | 11,850 | 824 | -6 | 2,229 | 2,759 | 5,806 | Lead Networks |
| 199 | 11,827 | -8,046 | 0 | 0 | 11,827 | 3,781 | GMO Internet, Inc. |
| 200 | 11,612 | -289 | -64 | 518 | -580 | -415 | 1 eName Co. |

| 201 | 11,512 | 1,055 | 891 | -460 | -954 | 532 | Webmasters.com |
| 202 | 11,011 | 1,662 | 2,344 | 2,715 | 1,280 | 8,001 | Tpp Domains PTY Ltd |
| 203 | 10,555 | 510 | -534 | 448 | 9,804 | 10,228 | Vibrand Networks |
| 204 | 10,418 | 1,836 | 9 | 540 | 1,403 | 3,788 | BookMyName.com |
| 205 | 10,279 | -149 | -19 | -332 | 10,210 | 9,710 | DropLimited.com |
| 206 | 10,174 | -82 | -7 | 8,696 | 1,219 | 9,826 | Rank USA, Inc. |
| 207 | 9,872 | 844 | 895 | 1,215 | 554 | 3,508 | ELB Group |
| 208 | 9,524 | 120 | 710 | 341 | 958 | 2,129 | Domain the net |
| 209 | 9,445 | 404 | -462 | -453 | -123 | -634 | Internetters |
| 210 | 9,407 | 67 | -117 | -337 | 386 | -1 | NJ Tech Solutions |
| 211 | 9,165 | 644 | -1,078 | 1,410 | -581 | 395 | DomainRegistry.com |
| 212 | 9,057 | 57 | 2,934 | 3,925 | 1,935 | 8,851 | Nuclear Names, Inc. |
| 213 | 8,889 | 3,841 | -668 | 596 | -813 | 2,956 | IPnic, Inc. |
| 214 | 8,721 | 503 | 614 | 1,030 | -462 | 1,685 | IP Mirror |
| 215 | 8,678 | 194 | -30 | -428 | -403 | -667 | Secura GMBH |
| 216 | 8,343 | 1,944 | 1,288 | 1,545 | 355 | 5,132 | SiberName.com |
| 217 | 8,171 | 714 | 552 | 328 | 497 | 2,091 | Tiger Technologies llc |
| 218 | 8,164 | 1,163 | -244 | -624 | 1,030 | 1,325 | AvailableDomains.ca |
| 219 | 8,126 | -665 | 113 | 462 | 251 | 161 | name2host |
| 220 | 7,896 | 160 | -734 | 830 | -717 | -461 | DomainName, Inc. |
| 221 | 7,877 | 1,021 | 1,685 | 1,583 | 1,287 | 5,576 | Alantron |
| 222 | 7,607 | 496 | 551 | -2,306 | 196 | -1,063 | Udamain.com |
| 223 | 7,525 | -48 | 64 | 3,458 | 3,740 | 7,214 | Rapid Choice |
| 224 | 7,285 | 438 | 384 | -479 | 15 | 358 | Internet Service Registrar |
| 225 | 7,229 | -797 | 380 | -189 | 1,874 | 1,268 | AbDomaination.ca |
| 226 | 7,183 | 441 | -271 | -1,249 | 1,106 | 27 | AdoptaDomain.net |
| 227 | 6,788 | -485 | 1,024 | 708 | 2,048 | 3,295 | PokcetDomain.com |
| 228 | 6,395 | 773 | -197 | -72 | -235 | 269 | bestregistrar.com |
| 229 | 6,383 | 0 | 0 | 5,075 | 1,308 | 6,383 | DOMENESHOP AS DBA DOMAINNAMESHOP.COM |
| 230 | 6,325 | 339 | 555 | -120 | -36 | 738 | Cadiware |
| 231 | 6,044 | 0 | 0 | 0 | 6,044 | 6,044 | EstDomains |
| 232 | 5,542 | 161 | 272 | 418 | 527 | 1,378 | NetDorm Inc |
| 233 | 5,496 | 275 | -461 | 54 | -196 | -328 | All Global Names |
| 234 | 5,396 | 422 | -620 | -235 | -57 | -490 | Address Creation, llc |
| 235 | 5,270 | -782 | 129 | -407 | -961 | -2,021 | 1st Domain.net |

| 236 | 5,259 | 0 | 3,096 | 2,112 | 51 | 5,259 | OwnRegistrar.com |
| 237 | 5,246 | 188 | 82 | 143 | 196 | 609 | Rockenstein |
| 238 | 5,165 | 893 | 1,069 | 180 | 479 | 2,621 | Entorno Digital |
| 239 | 5,047 | -1,217 | 967 | -2,321 | 1,338 | -1,233 | IServeYourDoman.com |
| 240 | 4,991 | 107 | -369 | 134 | -93 | -221 | ABR Products |
| 241 | 4,848 | 0 | 0 | 3,432 | 1,416 | 4,848 | Dynamic Network Services, Inc. |
| 242 | 4,819 | -10 | -170 | -962 | 1,008 | -134 | FindYouAName.com |
| 243 | 4,670 | 0 | 0 | 710 | 3,960 | 4,670 | REGTIME LTD. |
| 244 | 4,666 | 199 | 36 | -95 | 926 | 1,066 | LiveDoor |
| 245 | 4,621 | 536 | -576 | 133 | 66 | 159 | 123 Registration Inc. |
| 246 | 4,406 | -104 | -271 | 221 | 292 | 138 | NamesBeyond.com DBA GoodLuckDomain.com |
| 247 | 4,298 | -73 | -260 | 241 | -37 | -129 | DNS Net Internet |
| 248 | 4,265 | -733 | -350 | -1,644 | 1,040 | -1,687 | FindYouADomain.com |
| 249 | 4,244 | 677 | 530 | 616 | 399 | 2,222 | YourSRS.com |
| 250 | 4,177 | 0 | 0 | 3,850 | 327 | 4,177 | Webair Internet Development, Inc. |
| 251 | 4,145 | 886 | 959 | 764 | 1,494 | 4,103 | NeuDomain LLC |
| 252 | 4,068 | 926 | -277 | 1,568 | 1,851 | 4,068 | eNom469 |
| 253 | 3,952 | -487 | 39 | -1,165 | 530 | -1,083 | GoServeYourDomain.com |
| 254 | 3,951 | -650 | -3 | -437 | 242 | -848 | Encirca, Inc. |
| 255 | 3,946 | -264 | 728 | -51 | 2,499 | 2,912 | AsiaDomains |
| 256 | 3,812 | -826 | -477 | 254 | -471 | -1,520 | eBrandSecure |
| 257 | 3,753 | -116 | -45 | 226 | 3,301 | 3,366 | Wish Names, Inc. |
| 258 | 3,743 | 804 | 809 | 105 | -2,104 | -386 | Retal Studio |
| 259 | 3,730 | 88 | -18 | 2,311 | 490 | 2,871 | FeNominal Inc. |
| 260 | 3,727 | 469 | 590 | 478 | 2,054 | 3,591 | eNom415 |
| 261 | 3,648 | 334 | 182 | -176 | -122 | 218 | Domain Processor |
| 262 | 3,640 | -239 | 1,031 | -1,633 | -146 | -987 | FindUAName.com |
| 263 | 3,627 | 246 | -978 | -341 | 541 | -532 | YouDamain.com LLC |
| 264 | 3,626 | 102 | -870 | 643 | -95 | -220 | Universal Reg. Services |
| 265 | 3,597 | 63 | -80 | 818 | 1,480 | 2,281 | DomainArmada.com |
| 266 | 3,567 | -428 | -475 | 1,055 | -807 | -655 | SignatureDomains |
| 267 | 3,532 | 735 | 805 | 964 | 294 | 2,798 | DomainsCostless.ca |
| 268 | 3,513 | -77 | 761 | 1,294 | 971 | 2,949 | Domain Rouge Inc. |
| 269 | 3,443 | 886 | -2,360 | -1,233 | 865 | -1,842 | PostalDomains |

| 270 | 3,379 | 0 | 0 | 1,497 | 1,882 | 3,379 | Variomedia |
| 271 | 3,364 | 144 | -133 | 305 | 1,831 | 2,147 | eNom427 |
| 272 | 3,344 | 0 | 0 | 1,542 | 1,802 | 3,344 | Go Canada Domains, Inc. |
| 273 | 3,329 | 653 | -12 | 241 | -97 | 785 | HyperStreet.com, Inc. |
| 274 | 3,306 | 360 | 1,266 | 1,154 | 392 | 3,172 | OpenName LLC |
| 275 | 3,201 | -69 | 1,542 | -460 | 567 | 1,580 | Domains2be.com |
| 276 | 3,188 | 527 | 659 | -361 | -24 | 801 | INAMES Corp. (Korea) |
| 277 | 3,118 | 784 | 1,404 | -509 | 1,163 | 2,842 | Entertainment Names |
| 278 | 3,115 | -552 | 268 | 251 | 1,862 | 1,829 | SNSnames |
| 279 | 3,101 | 459 | 606 | 601 | 1,164 | 2,830 | eNom389 |
| 280 | 3,096 | 224 | 197 | 601 | 1,677 | 2,699 | Internet.bs Corp. |
| 281 | 3,088 | 609 | 830 | 491 | 837 | 2,767 | eNom371 |
| 282 | 3,085 | 499 | -209 | 1,406 | 656 | 2,352 | NameFinger.com |
| 283 | 3,045 | 250 | -117 | 397 | 1,461 | 1,991 | DomainHysteria.com |
| 284 | 3,020 | 783 | 653 | 1,991 | -900 | 2,527 | Big House Services Inc. |
| 285 | 3,003 | 628 | 1,244 | 740 | 237 | 2,849 | InstantNames LLC |
| 286 | 2,992 | -152 | 5 | 1,306 | 707 | 1,866 | AllWorldNames.com |
| 287 | 2,989 | -845 | -1,529 | -41 | -1,930 | -4,345 | Name Thread |
| 288 | 2,985 | 345 | 520 | -43 | 1,337 | 2,159 | Sssasss |
| 289 | 2,984 | 515 | -19 | -45 | 1,967 | 2,418 | eNom441 |
| 290 | 2,973 | 1,318 | 409 | -306 | -112 | 1,309 | Atomic Giant, Inc. |
| 291 | 2,960 | 958 | 968 | 626 | 254 | 2,806 | MisterNic LLC |
| 292 | 2,935 | -487 | -1,150 | -1,897 | -156 | -3,690 | Name Nelly |
| 293 | 2,918 | -100 | -3,689 | -872 | -179 | -4,840 | Private Domains |
| 294 | 2,916 | 73 | 132 | 238 | -142 | 301 | Netracorp aka Global Internet |
| 295 | 2,901 | 0 | 0 | 1,104 | 1,797 | 2,901 | M.G INFOCOM PVT. LTD. DBA MINDGENIES |
| 296 | 2,894 | 467 | -222 | -383 | -3 | -141 | NameSystem.com |
| 297 | 2,882 | -421 | 297 | 268 | 443 | 587 | Register Names, llc |
| 298 | 2,873 | 794 | 515 | -74 | -87 | 1,148 | DNGlobe |
| 299 | 2,856 | -31 | -800 | -275 | 1,113 | 7 | DomainDucks |
| 300 | 2,785 | 230 | 1,022 | 529 | 193 | 1,974 | eNom463 |
| 301 | 2,768 | -66 | 954 | 847 | 492 | 2,227 | eNom391 |
| 302 | 2,766 | 1,692 | -756 | 70 | 1,410 | 2,416 | eNom383 |
| 303 | 2,765 | 31 | 851 | 1,261 | 487 | 2,630 | eNom397 |
| 304 | 2,738 | 681 | -258 | 299 | 1,046 | 1,768 | GradeADomainNames.com |

| 305 | 2,738 | 88 | 209 | -129 | 1,542 | 1,710 | AllEarthDomains.com |
|-----|-------|-----|------|-------|-------|-------|----------------------|
| 306 | 2,727 | -70 | -346 | 881 | 801 | 1,266 | ImminentDomains.net |
| 307 | 2,727 | -286 | 956 | 166 | 1,271 | 2,107 | eNom413 |
| 308 | 2,718 | -181 | 654 | -299 | 1,300 | 1,474 | BetterThanAverageDomains.com |
| 309 | 2,679 | -230 | 170 | 384 | 1,056 | 1,380 | DomainSouffle.com |
| 310 | 2,665 | 670 | -4 | 64 | 1,259 | 1,989 | eNom461 |
| 311 | 2,652 | 2,019 | 1,165 | -768 | 68 | 2,484 | eNom381 |
| 312 | 2,639 | -51 | 421 | 213 | 839 | 1,422 | eNom443 |
| 313 | 2,638 | -45 | 161 | 1,071 | 396 | 1,583 | BearTrapDomains.com |
| 314 | 2,632 | 296 | 134 | 691 | 347 | 1,468 | BelmontDomains.com |
| 315 | 2,617 | -275 | 283 | 7 | 1,220 | 1,235 | BullRunDomains.com |
| 316 | 2,605 | 0 | 0 | 1,584 | 1,021 | 2,605 | Planet Online Corp. |
| 317 | 2,605 | 208 | 128 | -17 | 970 | 1,289 | FreshBrewedDomains.com |
| 318 | 2,604 | 0 | 0 | 2,034 | 570 | 2,604 | ENOM407 INCORPORATED |
| 319 | 2,567 | 538 | 884 | 556 | 86 | 2,064 | eNom425 |
| 320 | 2,555 | -735 | 153 | 478 | 856 | 752 | DeschutesDomains.com |
| 321 | 2,552 | 366 | 1,426 | -1,363 | 1,292 | 1,721 | Dagnabit |
| 322 | 2,524 | 148 | 133 | -3 | 1,085 | 1,363 | OregonEU.com |
| 323 | 2,514 | 46 | 70 | -297 | 1,198 | 1,017 | Columbianames.com |
| 324 | 2,488 | 1,333 | 618 | 33 | 233 | 2,217 | eNom385 |
| 325 | 2,469 | 426 | 1,202 | -914 | 1,169 | 1,883 | AfterDark Domains |
| 326 | 2,453 | 352 | 297 | -220 | 1,056 | 1,485 | PdxPrivateNames.com |
| 327 | 2,450 | 388 | 399 | -474 | 1,117 | 1,430 | Nerd Names |
| 328 | 2,442 | 0 | 0 | 1,941 | 501 | 2,442 | |
| 329 | 2,437 | 0 | 0 | 2,066 | 371 | 2,437 | LEDL.NET GMBH |
| 330 | 2,429 | 521 | -290 | 290 | 748 | 1,269 | DomainsOvereigns.com |
| 331 | 2,426 | 202 | 165 | -50 | 896 | 1,213 | NameEmperor.com |
| 332 | 2,419 | 1,233 | -1,026 | 673 | 640 | 1,520 | DomainHawks.net |
| 333 | 2,408 | 470 | 228 | 492 | 813 | 2,003 | eNom409 |
| 334 | 2,405 | -45 | 263 | 97 | 824 | 1,139 | PlayMadrid.com |
| 335 | 2,403 | 667 | 707 | -239 | 997 | 2,132 | eNom419 |
| 336 | 2,400 | 375 | -80 | -101 | 1,037 | 1,231 | DomainTimeMachine.com |
| 337 | 2,399 | -39 | 1,124 | 1,273 | -143 | 2,215 | eNom373 |
| 338 | 2,398 | -247 | 29 | 617 | 573 | 972 | AtomicDomainNames.com |
| 339 | 2,397 | 525 | 931 | -220 | 871 | 2,107 | eNom387 |
| 340 | 2,390 | 259 | 1,295 | -948 | 887 | 1,493 | Whiteglove Domains |

| 341 | 2,386 | 547 | -319 | 352 | 490 | 1,070 | AtlanticFriendNames.com |
| 342 | 2,373 | 615 | 450 | -702 | 1,127 | 1,490 | OregonURLs.com |
| 343 | 2,370 | 392 | 497 | 397 | -21 | 1,265 | KingDomains |
| 344 | 2,366 | -415 | 501 | -285 | 914 | 715 | GoDomainGo.com |
| 345 | 2,362 | 147 | 402 | 216 | 322 | 1,087 | DomainsOfTheDay.net |
| 346 | 2,360 | -212 | 337 | 257 | 472 | 854 | NameCroc.com |
| 347 | 2,352 | -422 | 202 | 248 | 876 | 904 | DomainSprouts.com |
| 348 | 2,335 | 359 | 272 | 125 | 558 | 1,314 | InterlakeNames.com |
| 349 | 2,331 | 985 | -547 | -214 | 713 | 937 | PearlnameService.com |
| 350 | 2,309 | 1,021 | -219 | -440 | 1,177 | 1,539 | OctopusDomains.net |
| 351 | 2,293 | -226 | 824 | 746 | -93 | 1,251 | Nom Infinitum |
| 352 | 2,293 | -2,726 | -355 | 1,171 | -1,501 | -3,411 | Fushi Tarazu |
| 353 | 2,293 | -658 | 1,104 | -252 | 1,012 | 1,206 | Traffic Names |
| 354 | 2,292 | 232 | 282 | 945 | 112 | 1,571 | Extra Threads Corporation |
| 355 | 2,289 | -189 | 698 | -340 | -52 | 117 | Initial Online Limited |
| 356 | 2,287 | 276 | 63 | 2,437 | -943 | 1,833 | eNom447 |
| 357 | 2,285 | 575 | -565 | 621 | 478 | 1,109 | DomainsAreForever.net |
| 358 | 2,263 | -203 | -433 | 1,336 | 270 | 970 | Internet Internal Affairs |
| 359 | 2,241 | -71 | 467 | 350 | 692 | 1,438 | Retail Domain Inc. |
| 360 | 2,241 | 0 | 0 | 1,353 | 888 | 2,241 | Big Time Sale, Inc. |
| 361 | 2,229 | 140 | -280 | -131 | -115 | -386 | Domain Monkeys |
| 362 | 2,211 | 533 | -75 | 6 | 693 | 1,157 | DomainsInTheBag.com |
| 363 | 2,208 | 315 | 1,150 | -785 | 968 | 1,648 | eNom393 |
| 364 | 2,206 | 553 | -414 | 203 | -147 | 195 | |
| 365 | 2,194 | 0 | 0 | 0 | 2,194 | 2,194 | AB NameISP |
| 366 | 2,188 | 845 | 565 | 667 | -84 | 1,993 | eNom429 |
| 367 | 2,188 | -1,897 | 1,259 | -127 | -2,676 | -3,441 | Blisternet |
| 368 | 2,182 | 399 | -14 | -473 | 909 | 821 | DomainSalsa.com |
| 369 | 2,168 | 898 | 816 | 279 | -385 | 1,608 | eNom459 |
| 370 | 2,165 | 162 | 455 | -531 | 823 | 909 | DomainRoyale.com |
| 371 | 2,164 | 779 | -89 | 197 | 297 | 1,184 | Domainamania.com |
| 372 | 2,163 | 86 | -46 | 323 | 632 | 995 | OldWorldAliases.com |
| 373 | 2,156 | 2,266 | -952 | 1,312 | -605 | 2,021 | eNom455 |
| 374 | 2,134 | -283 | 138 | 526 | -526 | -145 | Cydentity, Inc. |
| 375 | 2,128 | -626 | 1,009 | 176 | 758 | 1,317 | eNom431 |
| 376 | 2,125 | 644 | -184 | -315 | 798 | 943 | BaronOfDomains.com |

| 377 | 2,120 | -164 | -85 | 727 | 224 | 702 | EuropeamConnectionOnline.com |
| 378 | 2,117 | -380 | 703 | 241 | 215 | 779 | TravelDomains |
| 379 | 2,117 | -242 | 1,004 | 98 | -62 | 798 | Small Business Names and Certs |
| 380 | 2,110 | 365 | -379 | 621 | 586 | 1,193 | WillametteNames.com |
| 381 | 2,107 | 57 | 1,311 | -167 | 346 | 1,547 | eNom457 |
| 382 | 2,091 | 299 | -114 | 133 | 507 | 825 | DomainRaker.net |
| 383 | 2,088 | 778 | 571 | 62 | -433 | 978 | C I Host, Inc. |
| 384 | 2,086 | 49 | 104 | 577 | 210 | 940 | DomainNovations |
| 385 | 2,085 | 853 | 80 | -21 | 729 | 1,641 | Mark Barker |
| 386 | 2,084 | 344 | -306 | 100 | 848 | 986 | ThridFloorDNS.com |
| 387 | 2,069 | 144 | 414 | 288 | 1,013 | 1,859 | Red Pillar, Inc. |
| 388 | 2,034 | 514 | -168 | 62 | 351 | 759 | DomainInTheBasket.com |
| 389 | 2,024 | -167 | 998 | -164 | 91 | 758 | Gunga Galunga |
| 390 | 2,022 | -85 | 38 | 1,417 | -59 | 1,311 | eNom453 |
| 391 | 2,017 | 704 | -110 | -183 | 736 | 1,147 | DomainParkBlock.com |
| 392 | 2,014 | 373 | 3 | 47 | 427 | 850 | DomainCapitan.com |
| 393 | 2,011 | -624 | 1,239 | -591 | 483 | 507 | DomainSails.net |
| 394 | 2,006 | 179 | 512 | 1,423 | -417 | 1,697 | eNom417 |
| 395 | 1,995 | -384 | 524 | -139 | 524 | 525 | DuckBilledDomains.com |
| 396 | 1,986 | -473 | 518 | 223 | 94 | 362 | PortlandNames.com |
| 397 | 1,980 | 384 | -300 | 637 | 46 | 767 | CompuGlobalHyperMega.com |
| 398 | 1,961 | -167 | 493 | -851 | 1,046 | 521 | DropOutlet |
| 399 | 1,954 | 606 | -8 | 1,258 | -462 | 1,394 | eNom421 |
| 400 | 1,950 | -260 | 1,288 | 351 | 166 | 1,545 | eNom411 |
| 401 | 1,942 | 681 | 17 | 9 | 350 | 1,057 | SearchResQ, Inc. |
| 402 | 1,930 | 61 | -45 | 36 | 206 | 258 | Ladas Domains |
| 403 | 1,930 | 0 | 0 | 1,166 | 764 | 1,930 | Hawthornedomains.com LLC |
| 404 | 1,930 | -622 | 802 | -154 | 437 | 463 | DomainJungle.net |
| 405 | 1,896 | 128 | 531 | -84 | 155 | 730 | FrontStreetDomains.com |
| 406 | 1,895 | 490 | -69 | 487 | 2 | 910 | FlanCrestDomains.com |
| 407 | 1,892 | -294 | 100 | 339 | 185 | 330 | DomainInTheHole.com |
| 408 | 1,886 | 565 | 685 | -693 | 1,310 | 1,867 | eNom337 |
| 409 | 1,857 | 576 | 112 | 744 | 271 | 1,703 | eNom465 |
| 410 | 1,856 | 0 | 0 | 1,256 | 600 | 1,856 | Protondomains.com LLC |
| 411 | 1,842 | 4 | -239 | 96 | 361 | 222 | DomainsOfTheWorld.net |

| 412 | 1,818 | 152 | 332 | 70 | 227 | 781 | EuNamesOregon |
| 413 | 1,814 | 0 | 0 | 1,356 | 458 | 1,814 | Snappyregistrar.com LLC |
| 414 | 1,798 | -773 | 353 | -294 | -192 | -906 | #1 Domain Names |
| 415 | 1,797 | 51 | 457 | -513 | 387 | 382 | EyroTrashNames.com |
| 416 | 1,793 | 299 | 328 | 154 | 134 | 915 | HeavyDomains.net |
| 417 | 1,783 | 0 | 0 | 1,106 | 677 | 1,783 | Savethename.com LLC |
| 418 | 1,780 | 126 | 794 | -356 | 70 | 634 | DomainYeti.com |
| 419 | 1,749 | 0 | 0 | 0 | 1,749 | 1,749 | Netlynx Inc. |
| 420 | 1,743 | -317 | 479 | -133 | 440 | 469 | MyPreciousDomain.com |
| 421 | 1,741 | 18 | 491 | -260 | 187 | 436 | NameAresenal.com |
| 422 | 1,735 | 287 | 682 | -1,030 | 497 | 436 | EuNameFlood.com |
| 423 | 1,711 | -48 | 374 | 620 | -19 | 927 | Sicher Register |
| 424 | 1,699 | 130 | -162 | 1,867 | -234 | 1,601 | Alfena, LLC |
| 425 | 1,696 | 79 | 1,264 | -603 | -23 | 717 | Indirection Identity |
| 426 | 1,696 | -88 | -6 | 592 | 22 | 520 | Fat Frim, Inc. |
| 427 | 1,695 | 781 | 576 | 441 | -508 | 1,290 | eNom405 |
| 428 | 1,692 | 95 | 361 | 1,076 | -763 | 769 | eNombre |
| 429 | 1,667 | 0 | 0 | 853 | 814 | 1,667 | GO AUSTRALIA DOMAINS INC |
| 430 | 1,659 | 1,324 | -172 | 301 | 72 | 1,525 | eNom451 |
| 431 | 1,659 | 471 | 396 | -82 | 633 | 1,418 | Own Indentity, Inc |
| 432 | 1,656 | 7 | -241 | 589 | -160 | 195 | eSoftWiz |
| 433 | 1,642 | -219 | 519 | 1,027 | -245 | 1,082 | eNom423 |
| 434 | 1,642 | 503 | 1,220 | -44 | -442 | 1,237 | eNom403 |
| 435 | 1,598 | 24 | 291 | 1,494 | -461 | 1,348 | InterDominios, Inc. |
| 436 | 1,579 | 0 | 0 | 1,183 | 396 | 1,579 | Go France Domains, Inc. |
| 437 | 1,576 | -146 | 809 | 1,496 | -874 | 1,285 | eNom437 |
| 438 | 1,572 | -34 | 120 | 488 | -226 | 348 | DomainGazelle.com |
| 439 | 1,554 | 0 | 0 | 1,286 | 268 | 1,554 | Namevolcano.com LLC |
| 440 | 1,525 | 105 | -47 | -14 | -242 | -198 | Comitnet |
| 441 | 1,523 | -141 | -95 | -230 | 126 | -340 | NamesBeyond.com |
| 442 | 1,514 | 287 | -12 | 357 | 668 | 1,300 | Fortune Internet |
| 443 | 1,495 | 912 | 970 | -3,393 | -918 | -2,429 | eNomSky, Inc. |
| 444 | 1,488 | 0 | 0 | 1,057 | 431 | 1,488 | Klaatudomains.com LLC |
| 445 | 1,480 | 0 | 0 | 798 | 682 | 1,480 | Net-Chinese Co., Ltd. |
| 446 | 1,479 | 628 | 686 | 704 | -674 | 1,344 | eNom467 |
| 447 | 1,475 | 0 | 0 | 1,761 | -286 | 1,475 | ENOM433 INCORPORATED |

| | | | | | | |
|---|---|---|---|---|---|---|
| 448 | 1,445 | 0 | 0 | 1,192 | 253 | 1,445 Santiamdomains.com LLC |
| 449 | 1,427 | 741 | 1,188 | -793 | 157 | 1,293 eNom379 |
| 450 | 1,424 | 328 | 1,037 | -1,130 | 899 | 1,134 eNom435 |
| 451 | 1,422 | -124 | 1,017 | -455 | -229 | 209 1-877-NameBid |
| 452 | 1,417 | 0 | 0 | 1,393 | 24 | 1,417 KuwaitNET General Trading Co. |
| 453 | 1,409 | 109 | 431 | -322 | -60 | 158 DomainSurgeon.com |
| 454 | 1,382 | 594 | 164 | 197 | -319 | 636 BigLizardDomains.com |
| 455 | 1,381 | -30 | 223 | 533 | 323 | 1,049 Solid Hub, Inc. |
| 456 | 1,381 | 0 | 0 | 1,869 | -488 | 1,381 Go Italy Domains, Inc. |
| 457 | 1,373 | 0 | 0 | 911 | 462 | 1,373 Namesalacarte.com LLC |
| 458 | 1,340 | 0 | 0 | 678 | 662 | 1,340 Lakeodomains.com LLC |
| 459 | 1,312 | 439 | 64 | 502 | -442 | 563 ZigZagNames.com |
| 460 | 1,311 | 243 | 188 | 298 | 41 | 770 eNom395 |
| 461 | 1,308 | 199 | 225 | 33 | -91 | 366 Alantron.com |
| 462 | 1,301 | 0 | 179 | 979 | 143 | 1,301 Arctic Names, Inc. |
| 463 | 1,300 | 80 | -595 | 1,215 | 85 | 785 DotAlliance.com |
| 464 | 1,297 | -97 | -192 | 760 | -28 | 443 Get Yer Name |
| 465 | 1,287 | 0 | 0 | 774 | 513 | 1,287 Samjung Data Service Co., Ltd. |
| 466 | 1,262 | 0 | 0 | 1,020 | 242 | 1,262 GO ITALY DOMAINS INC |
| 467 | 1,252 | 326 | 501 | 639 | -214 | 1,252 eNom399 |
| 468 | 1,219 | 168 | 951 | -298 | -378 | 443 Mobile Name Services |
| 469 | 1,210 | 271 | -140 | 247 | -132 | 246 Internet Domain Registry, Ltd |
| 470 | 1,192 | 482 | -255 | 742 | -601 | 368 DomainsOverBoard.com |
| 471 | 1,181 | 563 | 260 | -576 | 185 | 432 GozerDomains.com |
| 472 | 1,172 | 0 | 0 | 658 | 514 | 1,172 GateKeeperDomains.net LLC |
| 473 | 1,171 | 6 | 134 | -52 | 476 | 564 Domus |
| 474 | 1,166 | -174 | 1,048 | 824 | -1,455 | 243 Arab Internet Names |
| 475 | 1,135 | 0 | 0 | 681 | 454 | 1,135 GO FRANCE DOMAINS INC |
| 476 | 1,133 | 67 | 31 | 377 | -438 | 37 Alice's Registry Inc. |
| 477 | 1,128 | 166 | -440 | 375 | 644 | 745 Afternic |
| 478 | 1,117 | -564 | -140 | 89 | 949 | 334 DomainWar.net, Inc. |
| 479 | 1,117 | -138 | 193 | 283 | -511 | -173 DomainStreetDirect.com |
| 480 | 1,102 | 0 | 0 | 574 | 528 | 1,102 ENOM445 INCORPORATED |
| 481 | 1,093 | 359 | 1,497 | -413 | -774 | 669 eNom375 |
| 482 | 1,090 | 127 | -316 | 48 | -111 | -252 Funpeas llc |

| 483 | 1,090 | 59 | 446 | 805 | -220 | 1,090 | Ignitela, Inc |
| 484 | 1,088 | -1,989 | -1,653 | 6 | -143 | -3,779 | R Lee Chambers |
| 485 | 1,075 | 282 | -799 | 55 | 895 | 433 | NameStream.com |
| 486 | 1,070 | 0 | 0 | 829 | 241 | 1,070 | Snoqulamiedomains.com LLC |
| 487 | 1,038 | -407 | 288 | -1,482 | -84 | -1,685 | Blue Fractal |
| 488 | 1,024 | 180 | 96 | 217 | -403 | 90 | Fiducia |
| 489 | 1,021 | -340 | -25 | -109 | 374 | -100 | NeoNic |
| 490 | 1,002 | 372 | 475 | 47 | -754 | 140 | DomainComesAround.com |

All data is copyright Name Intelligence and is not for reproduction without written permission.

Exhibit I



## Registrant Search

### Search the Database

**Match ALL of these terms:**

1. tucows

2. california

3.

**We found 456,038 whois records!**

**AND exclude ALL of these terms:**

1.

2.

**See Report Preview**

### Reports You've Ordered

**You have not ordered any reports yet!** After you order a report you can come back to this page to view it.

To order a report first do a search and click "See Report Preview" where you will be presented with the price and shopping cart button.

### Order This Report

Here is a preview of what this report will look like after you order them. After you have purchased the report return here and we will unblur all the domain names and the dates will link to the historical whois record that matched your search. A Silver, Gold, or Elite membership is required to view historical whois records.

We are currently only showing the oldest 1,000 whois records. There are 10,293 other records that will be displayed when the report has been ordered.

**Click here to get a quote**

**Note: It may take a while to calculate.**

### Free Searches

DomainTools wants you to see the real power behind Registrant Search by allowing you to search for **your own email addresses for free.**

The only thing we require is that you validate that the email address is yours by clicking a link in a message from us.

**Validate an Email Address**

### Search Results for "tucows" AND "santa clara"

1. **I**          .     - <u>Current</u>, <u>2001-04-03</u>

2. **M**         .    - <u>Current</u>, <u>2001-10-17</u>

3. **R**              .     - <u>Current</u>, <u>2001-11-22</u>

4. **N**        .    - <u>Current</u>, <u>2002-07-22</u>

5. **F**              .     - <u>Current</u>, <u>2002-08-02</u>   <u>2004-12-09</u>

6. **F**              .     - <u>Current</u>, <u>2002-08-02</u>

7. **E**        .    - <u>Current</u>, <u>2002-08-02</u>

8. **J**          .     - <u>Current</u>, <u>2002-08-04</u>

9. **R**          .     - <u>Current</u>, <u>2002-08-07</u>(2)

10. **S**         .     - <u>Current</u>, <u>2002-08-14</u>

11. **J**        .    - <u>Current</u>, <u>2002-08-25</u>

Exhibit J



**PROFESSIONAL WEB DESIGN**

portfolio ► | services ► | about us ► | contact ► | privacy ►

## A clear, compelling message works best on the Web

You'll be a lot more persuasive online if your website gives your visitors what they want. Studies show they want fast-loading, easy-to-use pages with accurate, up-to-date information.

My job is to make you a website that gives your visitors what they want so they'll give you what you want - more business!

## Give visitors what they want, when they want it

If you're a small business owner who wants a well-designed website that:

- represents the real you
- establishes your trustworthiness
- reaches out with a clear, compelling message
- appeals to your most qualified prospects
- converts visitors into dollar-spending customers
- makes it easy for people to do business with you
- saves you money on customer service
- increases customer loyalty
- functions properly on all computers
- ranks well with major search engines

then let's talk. After all, web-marketing dollars are a terrible thing to waste.

If you'd like to see some of my current websites, please click on Portfolio.

### Full service web design

If you prefer, I have the capabilities to take care of the whole package for you, including website design and hosting, E-mailbox setup, shopping cart, content management system, information architecture, and domain name registration. Or just web design. It's up to you.

In partnership with TUCOWS, P. Sato Web Design is an OpenSRS Registration Service Provider and registers domain names for clients.
Domain Name Dispute Policy
Domain Name Registration Agreement



**Home** :: **Portfolio** :: **Services** :: **About us** :: **Contact** :: **Privacy**

© 1998-2004
All rights reserved
P. Sato Web Design
Riverside, California 92509

Exhibit K

 **Authorized Reseller Validation**



# www.psato.com

| Company Name | **P. Sato Web Design** |
|---|---|
| Status | **VERIFIED** |
| Referring URL | **www.psato.com** |

Exhibit L



Home ▶ News & Events ▶ News ▶ News Archives ▶ 2002 News ▶ March 6, 2002

**2002 News**

**2002 NEWS**

July 18, 2002

July 3, 2002

June 18, 2002

▶ March 6, 2002

February 21, 2002

### RODOPI™ SOFTWARE TEAMS WITH TUCOWS INC. TO OFFER INTEGRATED DOMAIN REGISTRATION SOLUTION



**San Diego, CA - March 6, 2002 - Rodopi Software™**, a leading provider of customer billing and management solutions for ISPs and ASPs, today announced it has signed an agreement with **Tucows Inc. (OTCBB: TCOW)**, a leading provider of Internet services to ISPs and web hosting companies, to provide an integrated solution based on Tucows' OpenSRS domain registration platform and Rodopi's billing software.

"Internet service providers are faced with challenges acquiring, renewing and accurately billing for high volume products such as domain names," said Art Ekroos, Rodopi's Executive Vice President. "It is a fast-growing market and there are few solutions for businesses faced with these troublesome operational issues."

By using Tucows' OpenSRS platform along with Rodopi's billing software, ISPs, ASPs and web hosting companies will be able to use a single integrated system, offering their customers simplified domain registration processes, while ensuring fast, accurate and automated billing for those services.

"The integration of Tucows' OpenSRS with Rodopi Software gives ISPs and ASPs a powerful new tool to increase the depth and breadth of the service they offer their customers," said David Woroch, Tucows' Vice President, Sales. "Tucows OpenSRS provides them with a revenue-generating tool and Rodopi ensures that they realize that revenue."

"Our shared commitment to this market makes the combination of Tucows and Rodopi a great fit," said Ekroos. "We feel we have put together a total solution for domain businesses to operate efficiently and automatically, allowing customers to easily scale as they grow their businesses."

**About Rodopi**

Rodopi Software is a worldwide leading solution for billing, provisioning and customer care automation software for ISP, Web Hosting, Telco and Wireless companies. Offering a robust end-to-end solution that is 100% web enabled, Rodopi is dedicated to helping Internet businesses reduce data-entry errors, expenses and customer churn, while immediately increasing customer service and profitability for an extremely fast ROI. For more information, please visit http://www.rodopi.com or call 877-4-Rodopi. Rodopi Software is a division of Abacus America, Inc., founded in 1992 and headquartered in San Diego, California.

**About Tucows**

Tucows Inc. is a leading provider of Internet services to ISPs and web hosting companies. An ICANN-accredited registrar, Tucows provides wholesale domain name registrations for generic and country code top-level domains (TLDs), plus web certificates. Liberty Registry Management Services Inc. (LibertyRMS), a wholly owned subsidiary of Tucows, provides global registry management services for top-level domain name registries including .INFO. Tucows also distributes software and other digital content through its integrated network of resellers. Tucows offers more than 30,000 software titles in libraries located around the world and operates search and reference media sites including Electric Library, Encyclopedia.com, and NewsDirectory.com. For more information, please visit: http://www.tucows.com.

**Contact:**                                    **Contact:**

Anthony Sanchez
Rodopi Software
858-558-4932 ext. 119
anthony@rodopi.com

Joanna Becket
Tucows Inc.
416-538-5451
jbecket@tucows.com

*This news release contains, in addition to historical information, forward-looking statements that involve risks and uncertainties. These forward-looking statements may include statements regarding, for example, the continued growth and success of Tucows' business and new business relationships, the introduction of new products and services and their success, the ability to further develop and achieve commercial success for the company's business strategy, and the deployment of the company's resources. Such statements are based on management's current expectations and are subject to a number of uncertainties and risks that could cause actual results to differ materially from those described in the forward-looking statements. More information about potential factors that could affect Tucows is included in the Risk Factors sections of Tucows filings with the Securities and Exchange Commission. All forward-looking statements included in this document are based on information available to Tucows as of the date of this document, and Tucows assumes no obligation to update such forward-looking statements.*

*TUCOWS, ENCYCLOPEDIA.COM and NEWSDIRECTORY.COM are registered trademarks of Tucows Inc. or its subsidiaries. All other trademarks and service marks are the properties of their respective owners.*

Copyright © 1998-2007 Rodopi Software, Inc. All rights reserved. | Privacy Policy

# Exhibit M

 TECHNOLOGIES          Cutting edge custom programming and quality Web hosting since 1994

- [home](home)
- [domains](domains)
- [renewals](renewals)
- [hosting](hosting)
- [development](development)
- [contact](contact)
- [help](help)
- [system status](system status)

---

**Register Your Domain!**

**Search For A Domain**

Go!

**Manage Your Domain Registration Info**

Domain:

User Name:

Password:

Submit

**Click Here to Log Into Webmail**

# Contract Programming

Since 1994, Vpop Technologies have been writing programs for our clients that have powered some of the most recognizable websites in the world.

The Warner Bros. Web Card - Written in early 1995, VPOP wrote one of the first Web cards on the Internet on behalf of Warner Bros. The program is still in use today on the Warner site.

The Warner Bros. Online Studio Store - Once again Team VPOP was called upon to write one of the first Web-based shopping cart systems on behalf of Warner Bros. While commercial packages were available, Warner chose to use the expertise of the team at VPOP in order to meet all of their needs.

OpenSRS - VPOP helped revolutionize the domain registration industry in creating both the server and client applications associated with OpenSRS. Domain registration in the ".com, .net and .org" can now be managed completely by domain name owners through Value Added Resellers. Also, due to the streamlined process, the cost for domain registrations began to lower across the entire industry. Thanks to TUCOWS, Inc. for giving us the opportunity to participate in a program which has come together to save consumers millions of dollars every year! And congratulations to the new team of developers who rolled out version 2 of the system, allowing for registrations in ccTLDs as well.

NewsHub.com - This project was developed in-house to meet the needs of our staff to stay current. NewsHub began in 1996 and had a core mission of visiting Web sites with headline news content, automatically downloading the pages and displaying all of the headlines from all of the sources in an easy to view manner. It has since evolved to what you see today at: www.newshub.com.

... and there are so many more which we are not at liberty to discuss. But who knows, you just might visit a site or two that that is riding on technology developed by the team at VPOP.

- Team VPOP
All trademarks are the property of their respective owners. All other contents Copyright © 1994-2007 VPOP Technologies, Inc.



**TECHNOLOGIES**

Cutting edge custom programming and quality Web hosting since 1994

- home
- domains
- renewals
- hosting
- development
- contact
- help
- system status

---

**Register Your Domain!**

**Search For A Domain**

Go!

**Manage Your Domain Registration Info**

Domain: _____
User Name: _____
Password: _____

[ Submit ]

**Click Here to Log Into Webmail**

# Contact VPOP

**E-mail Contact**

| | |
|---|---|
| Tech Support: | support@vpop.net |
| General Information: | info@vpop.net |
| Billing Information: | billing@vpop.net |
| New Account Information: | sales@vpop.net |

**Voice Contact**

| | |
|---|---|
| Sales (United States): | 1-888-811-VPOP |
| Sales (International): | 1-805-529-9374 |
| Tech Support: | 1-805-529-9374 |
| Billing: | 1-805-529-9374 |

**Mailing Address**

**VPOP Technologies, Inc.**
1772J Avenida de los Arboles
PMB #374
Thousand Oaks, CA 91362

All trademarks are the property of their respective owners. All other contents Copyright © 1994-2007 VPOP Technologies, Inc.

Exhibit N

OpenSRS

Partner Central | OpenXRS | Tucows Content | About Us

Contact Us | Site Map

search [        ] [ WHOIS ] [        ]

tuc...

**Become an RSP**

**RSP Support**

**End User**

**Favourites**

- Signup
- Sales Info
- General FAQ
- Sales FAQ
- End User FAQ
- Support Info
- Support FAQ
- .ca Registrations
- .uk Registrations
- Manage Your Domain
- Contracts
- Glossary
- Mailing Lists

## What is Open SRS?

OpenSRS offers wholesale domain registrations for the .com, .net, .org, .co.uk,.org.uk and .ca namespace. We provide our business partners with the tools required to register domain names for their clients, and since we focus exclusively on the 'business-to-business' market, we're able to provide the best combination of service, support and pricing in the industry.

## What do I do next?



**Become an OpenSRS Registered Service Provider**
Choose this option to learn more about Open SRS or to access a step-by-step guide on how to set up.



**OpenSRS Registered Service Provider Resources**
Current OpenSRS resellers choose this option for implementation guides, business and technical support.



**Not a Registered Service Provider?**
Are you an end-user looking to register a domain name or make changes to a name you've already registered? Click here to be referred to an OpenSRS RSP or to access our Domain Management Service.

## Why OpenSRS?

OpenSRS is committed to anticipating the needs of its partners. Our strict B2B focus means the service provider-client relationship remains yours to control, and we provide you with access to the domain registry at a price point and service level that can't be matched by an 'end-user' focused registrar.

Click here to discover the benefits of joining OpenSRS!

## Who is OpenSRS for?

We make it possible for 'Internet Solutions Providers' that aren't affiliated with ICANN or NSI to register domain names at wholesale rates. Current business partners include:

Internet Service Providers
Web Hosting Companies
eCommerce Solutions Providers
Web Design Houses

What's New!

**-------.tv Domains-------**



.tv domains are here. Click for details.

**---MSP Marketplace---**
Click here to learn about services to help you grow your business!

**-------New gTLDs--------**
The latest news on the introduction of gTLDs like .biz, .coop, .name.

**---------OpenSRS---------International**



An overview of the OpenSRS service in Traditional Chinese , Simplified Chinese , Japanese, and Korean.

**-------Multilingual-------Domain Names**
Learn about registering names in Chinese, Japanese and Korean.

**----Holiday Promo!----**
The holiday promo is over. Click here to see who won.

**---Tucows OpenXRS--**
Click here to learn about our new TLD registry management system.

Domain Registration companies
IT Consulting Companies



Partner Central | Open SRS | Open XRS | Tucows
Content
Submit Software | About Tucows
Advertise With Us | Submit Feedback |
www.tucows.com

**Copyright©2001 Tucows Inc.**
Tucows Inc. has no liability for any contents or goods
on the Tucows site or the Internet, except as set forth
in the terms and conditions and privacy statement.

Exhibit O

# Internal Services Agency
# County Clerk/Recorder



**County Links:** Home | Services | Depts | Help

e-ROSI Home >



## e-ROSI

[Begin a new search](#)

### Document Details:

| | | |
|---|---|---|
| **Book:** 20060510 | **Page:** 00125 | **Document Title:** TAX LIEN STATE |
| **Number of Pages:** 0001 | **Document Return Date:** | |

### Party List:

| Party Name | Party Type | XREF | Correction Date | Notice Return Date |
|---|---|---|---|---|
| TUCOWS COM INC | GRANTOR | | | |
| FRANCHISE TAX BD | GRANTEE | | | |

Page: 1          No more names on this document.

[For a definition of any of the above terms click here](#)   [Advanced Search](#)

[Contact Us](#)

[Back to Top of Page](#)
© 2007 County of Sacramento.
[Privacy Policy](#) [Conditions of Use](#) [Accessibility Policy](#)

Exhibit P

Filed Under: Domain Names
Comments Off

# DOMAINfest Notes for Day 2 and 3

**January 24th, 2008** | Written by James Koole | Comments Off
Filed Under: Conference Coverage, Domain Names



Bill Sweetman (pictured at left with Squishycow, who Bill says handles all our bidding at auctions) checked in again today with some news and notes from DOMAINfest. Last night's SnapNames auction was fun to watch but for those that weren't able to check in either in person or online, the sale of bookmarks.com was the big news. The name went to buyer Lonnie Borck of netRocket.com for $310,000. NetRocket offers online bookmarking and tagging, so bookmarks.com is a natural fit. DomainNews.com has a rundown of the results of the first and also the second day of the live auction.

In addition to the auction, Bill attended a number of sessions over the last few days and provided some notes to summarize what was presented:

**Domain Names and the Law**

John Berryhill cautioned domain owners to be wary of vaguely worded purchase inquiries that don't explicitly offer to buy the domain; they could be lawyers representing trademark holders who are trolling with a different agenda (e.g. gathering info for a future legal claim against the domain owner).

Berryhill says, "The best trademark search tool is Google," as opposed to relying on official trademark databases.

**Domainers Town Hall with Frank Schilling**



This session provided an opportunity to collect knowledge from one the most famous domainers in the world. Here are some quotes from Frank Schilling (pictured at right):

- "Domain names ARE the Internet."
- "Focus on the niche that you like" — when asked what domain names he recommends domainers buy.
- "$100 bills are raining out of the sky…gather a big hat and keep quiet…" — on how the first domainers viewed the early secretive days of domaining (just a few years ago).
- "There's no shelf life on domain names…domains are like Cognac" — on domain names as assets.
- "Owners of even just ten domains will be the media companies of the future."

When asked, Frank said he owns about 370,000 domain names which are managed as a business by a small team of five, including himself and his wife.

**Understanding the Big Picture**

Monty Cahn from Moniker
provided some insights into the overall strength of the domain industry. Cahn says 70% of Internet users are using direct navigation (typing a domain into browser address window) to get to a site. He also predicts that aftermarket domain name sales will be a $1 billion business in 2010. And also by 2010, Cahn estimates that 240 million domain names will have been registered. For reference, that's about double the amount that are registered today.

With that, DOMAINfest is a wrap.

Filed Under: Conference Coverage, Domain Names
Comments Off

# DOMAINfest Day One

**January 22nd, 2008** | Written by James Koole | 3 Comments »
Filed Under: Conference Coverage, Domain Names

I managed to get in touch (via instant messaging) with a very busy Bill Sweetman in Hollywood, California early this morning. He's taking in the sights and sounds of DOMAINfest 2008 He gave me a bit of a rundown on what's happened so far, as well a what to expect in the coming days.

Bill has also been talking with some of the domain industry heavyweights about where the industry is, where it's headed, and specifically in terms of the growing domain name aftermarket.



The DOMAINfest venue — larger than life just like the domain industry, and some of its players. Photo by Bill Sweetman

Bill reports that attendance is up this year with over 600 people attending versus about 400 that were at last year's

show. Those attendees represent more then 25 countries, providing proof of the worldwide marketplace for domains. Bill says there's a good mix of both what he calls "mom and pop domainers" alongside the big guys. For reference, 28% of domainers at DOMAINfest report owning over 1,000 domains.

On the subject of the growing aftermarket for domains, Bill had a chance to speak with Tom Murphy from BuyDomains.com. Tom tells Bill that 82% of the domain names BuyDomains sells are to new business owners, vs. domainers, who end up using the domains for their corporate sites — the aftermarket is clearly more than a place for domainers to trade around names.

Tom also says that aftermarket domain names that are appraised are ten times more likely to sell than those without an appraisal. I found that interesting, given Rick Schwartz's comments just yesterday in which he questioned the value of domain name appraisals.

Bill also tracked down Dan Warner of Fabulous.com
who tells Bill that half of the aftermarket domains that Fabulous sells are made up of three words or more, as opposed to "short and sweet" names.

And, if more was required in terms of proving that the aftermarket for domain names is flourishing, Bill tells me that Register.com says they now have 300 people in Nova Scotia, Canada, handling inbound queries regarding aftermarket domains they sell.

Tucows offers aftermarket domain names from both BuyDomains and Fabulous as part of our Premium Domains service.

Later today the first of two live auctions take place. Bill confirmed that two domains from the Tucows portfolio have been selected for inclusion in the live auctions. 110,000 domains were submitted for consideration, with 400 chosen for the two-day live auction event. Proceeds from a selection of domains will benefit Grassroots.org.

We'll have more from Bill on DOMAINfest, probably next week, when he's back in Toronto.

Filed Under: Conference Coverage, Domain Names
3 Comments »

## DOMAINfest 2008 Underway

**January 21st, 2008** | Written by James Koole | Comments Off
Filed Under: Conference Coverage, Domain Names

DOMAINfest 2008 gets underway today in Hollywood, California. Our



own Bill Sweetman, General Manager, Domains, made the trip (and escaped the frigid cold that descended over Toronto this weekend). We'll be sure to get Bill's thoughts on the conference when he gets back.

If you are taking in the event yourself, we have one last reminder about a panel discussion that Bill will be participating in. That session, "Branding for Gold, Balancing Hype and Reality," is happening Tuesday at 11:30 A.M. (PST) in Salon 6. Bill and friends will be sharing their knowledge and experience in the domain industry.

Also of note is the SnapNames Live Auctions taking place this week. SnapNames has made the auction catalog available for download. You can get all the details over at the SnapNames Live site. If you're planning on participating, you'll want to get the software installed in your browser and get yourself all set up so you won't miss out on any buying opportunities. The first half of the two-day auction gets underway at 4:00 P.M. PST on Tuesday, January 22.

# Tucows @ ISPCON

**October 15th, 2007** | Written by Tucows | Comments Off
Filed Under: Conference Coverage

Tomorrow marks the start of **ISPCON Fall 2007**, a major conference for internet



service providers and hosting services. We're going to have a number of people there: our VP of Product Management and Marketing, product managers, developers and our communications. Come on over, get to know both us and our services!

ISPCON runs from **Tuesday, October 16th to Thursday, October 18th** at San Jose McEnery Convention Center in San Jose, California.

## Tucows Presentations and Sessions

**30 Rapid-fire Website Wins, Guaranteed (Wednesday, E4, 8:45 a.m. - 9:45 a.m.)**

See the master in action! **Ken Schafer,** our fast and furious VP of Product Management and Marketing will fire off 30 ways to improve your site to better drive your business and give you an "unfair advantage" over the competition. This conference comes with Ken's guarantee: "If, at the end of the session, you don't feel you have at least five techniques that will improve YOUR site, Ken will personally assess your site and give you five ways to improve it!"

**Email Nightmares: Tales from the Edge (Wednesday, F2, 11:30 a.m. - 12:30 p.m.)**

Join Product Manager **Kim Phelan** as she talks about the nightmares of provisioning email — from the guy with 100,000 messages in his inbox to the mom using her "unlimited" email account to store thousands of digital photos. She'll talk about some of the edge case horror stories that we've seen in our experience as an email provider and tell you why outsourcing email could be one of the best business decisions you can make.

## Our Booth



We'll be at **booth 302**, which is pretty easy to spot from the exhibit floor entrance. We'll be in the front aisle — just go left as soon as you go through the entrance. We'll be more than happy to give you a demo of our email service, talk to you about any of our services and we'll also have t-shirts and squishy cows on hand for you to take!



## Conference Coverage



Watch this blog for reports and updates from ISPCON — we'll be blogging from the conference with coverage of our events from our communications team.

Filed Under: Conference Coverage
Comments Off

## Email Tips from Merlin "43 Folders" Mann

**October 9th, 2007** | Written by Tucows | 1 Comment »
Filed Under: Tucows Email Service

Exhibit Q

Table 1B. Presence of a Computer and the Internet for Households, by State: October 2003
(Numbers in thousands. Civilian noninstitutional population)

| Characteristics | Total households | Presence of a computer | | | Presence of the Internet | | |
|---|---|---|---|---|---|---|---|
| | | Number | Percent | 1.6*(S.E.)[1] | Number | Percent | 1.6*(S.E.)[1] |
| **TOTAL HOUSEHOLDS** | 113,126 | 69,936 | 61.8 | 0.32 | 61,852 | 54.7 | 0.33 |
| STATE | | | | | | | |
| Alabama | 1,847 | 996 | 53.9 | 2.52 | 846 | 45.8 | 2.52 |
| Alaska | 232 | 170 | 73.4 | 2.25 | 159 | 68.5 | 2.37 |
| Arizona | 2,063 | 1,330 | 64.5 | 2.54 | 1,140 | 55.3 | 2.63 |
| Arkansas | 1,092 | 544 | 49.8 | 2.72 | 462 | 42.3 | 2.68 |
| California | 12,841 | 8,518 | 66.3 | 1.14 | 7,657 | 59.6 | 1.19 |
| Colorado | 1,819 | 1,280 | 70.3 | 1.97 | 1,153 | 63.4 | 2.07 |
| Connecticut | 1,322 | 914 | 69.2 | 2.11 | 832 | 62.9 | 2.21 |
| Delaware | 315 | 203 | 64.4 | 2.57 | 179 | 56.9 | 2.65 |
| District of Columbia | 287 | 171 | 59.5 | 2.43 | 153 | 53.2 | 2.47 |
| Florida | 6,808 | 4,158 | 61.1 | 1.42 | 3,790 | 55.7 | 1.44 |
| Georgia | 3,403 | 2,067 | 60.7 | 2.45 | 1,829 | 53.7 | 2.50 |
| Hawaii | 413 | 261 | 63.3 | 2.71 | 227 | 54.9 | 2.80 |
| Idaho | 506 | 350 | 69.1 | 2.52 | 286 | 56.4 | 2.71 |
| Illinois | 5,036 | 3,025 | 60.1 | 1.61 | 2,580 | 51.2 | 1.64 |
| Indiana | 2,480 | 1,481 | 59.7 | 2.12 | 1,269 | 51.2 | 2.16 |
| Iowa | 1,211 | 783 | 64.6 | 2.20 | 690 | 57.0 | 2.28 |
| Kansas | 1,107 | 704 | 63.6 | 2.25 | 601 | 54.3 | 2.33 |
| Kentucky | 1,629 | 951 | 58.4 | 2.50 | 813 | 49.9 | 2.53 |
| Louisiana | 1,780 | 935 | 52.5 | 2.72 | 785 | 44.1 | 2.71 |
| Maine | 523 | 355 | 67.9 | 2.10 | 304 | 58.1 | 2.22 |
| Maryland | 2,099 | 1,390 | 66.2 | 2.23 | 1,247 | 59.4 | 2.32 |
| Massachusetts | 2,577 | 1,654 | 64.2 | 2.04 | 1,497 | 58.1 | 2.10 |
| Michigan | 4,013 | 2,403 | 59.9 | 1.78 | 2,086 | 52.0 | 1.81 |
| Minnesota | 1,974 | 1,343 | 68.0 | 2.12 | 1,219 | 61.7 | 2.21 |
| Mississippi | 1,100 | 537 | 48.8 | 2.89 | 435 | 39.5 | 2.83 |
| Missouri | 2,260 | 1,371 | 60.6 | 2.31 | 1,197 | 53.0 | 2.36 |
| Montana | 389 | 233 | 59.8 | 2.68 | 198 | 50.8 | 2.73 |
| Nebraska | 698 | 463 | 66.4 | 2.34 | 389 | 55.8 | 2.46 |
| Nevada | 807 | 495 | 61.3 | 2.28 | 446 | 55.3 | 2.32 |
| New Hampshire | 504 | 361 | 71.7 | 2.11 | 330 | 65.5 | 2.23 |
| New Jersey | 3,339 | 2,177 | 65.2 | 1.77 | 2,010 | 60.2 | 1.82 |
| New Mexico | 720 | 390 | 54.1 | 2.83 | 323 | 44.8 | 2.82 |
| New York | 7,633 | 4,573 | 59.9 | 1.26 | 4,066 | 53.3 | 1.28 |
| North Carolina | 3,319 | 1,923 | 57.9 | 2.01 | 1,704 | 51.3 | 2.03 |
| North Dakota | 267 | 164 | 61.5 | 2.41 | 143 | 53.6 | 2.47 |
| Ohio | 4,551 | 2,674 | 58.8 | 1.74 | 2,386 | 52.4 | 1.77 |
| Oklahoma | 1,422 | 787 | 55.3 | 2.51 | 687 | 48.3 | 2.52 |
| Oregon | 1,417 | 951 | 67.1 | 2.31 | 866 | 61.1 | 2.40 |
| Pennsylvania | 4,981 | 3,001 | 60.2 | 1.59 | 2,726 | 54.7 | 1.61 |
| Rhode Island | 434 | 270 | 62.3 | 2.09 | 242 | 55.7 | 2.14 |
| South Carolina | 1,630 | 899 | 55.2 | 2.52 | 749 | 45.9 | 2.52 |
| South Dakota | 314 | 196 | 62.2 | 2.21 | 169 | 53.7 | 2.27 |
| Tennessee | 2,389 | 1,357 | 56.8 | 2.64 | 1,171 | 49.0 | 2.67 |
| Texas | 8,081 | 4,774 | 59.1 | 1.44 | 4,188 | 51.8 | 1.46 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Utah | 803 | 596 | 74.1 | 2.35 | 503 | 62.6 | 2.60 |
| Vermont | 256 | 168 | 65.6 | 2.21 | 149 | 58.0 | 2.29 |
| Virginia | 2,799 | 1,874 | 67.0 | 2.29 | 1,691 | 60.4 | 2.38 |
| Washington | 2,455 | 1,752 | 71.4 | 2.16 | 1,529 | 62.3 | 2.31 |
| West Virginia | 747 | 409 | 54.7 | 2.38 | 354 | 47.4 | 2.39 |
| Wisconsin | 2,227 | 1,422 | 63.8 | 2.07 | 1,280 | 57.5 | 2.13 |
| Wyoming | 205 | 134 | 65.5 | 2.36 | 119 | 57.9 | 2.45 |

Note: 1. 1.645 times the standard error added to or subtracted from the estimate provides the 90 percent confidence interval.

Source: U.S. Census Bureau, Current Population Survey, October 2003.
Internet Release Date: October 27, 2005