Bret A. Fausett (SNB 139420)
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
633 W. Fifth Street, Suite 1150
Los Angeles, CA 90071
Tel.   (213) 229-2400
Fax.   (213) 229-2499

Attorneys for Defendant
TUCOWS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN JENKINS, an individual, and ERNEST F. JENKINS, JR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TUCOWS, INC., a Pennsylvania corporation,<br><br>Defendant. | CASE No. C07-03112 JSW<br><br>JUDGE:   Jeffrey S. White<br><br>**SUPPLEMENTAL DECLARATION OF ADAM EISNER IN SUPPORT OF DEFENDANT TUCOWS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>DATE:   July 18, 2008<br>TIME:   9:00 a.m.<br>Courtroom:   2<br><br>Action Filed: June 13, 2007 |

I, Adam Eisner, hereby declare as follows:

1.   I am the Product Manager, Domains, of Tucows, Inc. ("Tucows"). In this position, I have primary responsibility for the management and oversight of Tucows' registrar business, including day-to-day management of the registrar system that allows the registration of domain names by Tucows' customers. The statements below are made of my own personal knowledge, and

1  if I were called to testify at the trial of this matter, I could and would testify competently and
2  truthfully about them.

3      2.    I make this Declaration solely and specially for the purpose of contesting this Court's
4  jurisdiction over the present dispute.

5      3.    Some of Tucows' resellers and customers, without any connection to this dispute, are
6  based in California. These resellers and customers are a small minority of Tucows' total customer
7  base. I have reviewed the Opposition filed by the Plaintiffs, and based on my review of the
8  companies listed there, including P. Sato Web Design, Rodopi Software, VPOP Technologies, I can
9  state that none of those companies had or now have any involvement in the registration or servicing
10  of the domain name MOD.COM.

11      4.    I have read the Plaintiff's First Amended Complaint and its Opposition to Tucows
12  motion to dismiss, and I am not aware of any connection between the facts as alleged and any
13  California-based customer of Tucows.

14      5.    All of Tucows resellers and domain name registrants who choose to do business with
15  Tucows, do so under a contract that mandates Ontario, Canada as the exclusive forum and Ontario
16  law as the choice of law. True and correct copy of Tucows' registration agreements with its
17  customers are maintained on the Internet at http://services.tucows.com/why/contracts/.

18      6.    All of Tucows' operations supporting its domain name registrar operations, including
19  its personnel and infrastructure, are located in Toronto, Ontario.

20      7.    Tucows does not have any business operations in California.

21      8.    Tucows has no employees in California.

22      9.    Tucows owns no real property in California.

23      10.    Tucows leases no property in California.

24      11.    Tucows does not purchase any advertising in any media form whatsoever (including
25  print, radio, television, or online) that is specifically targeted to California consumers.

12. Tucows has contracts with certain Internet hosting companies to provide Tucows with outsourced Internet storage and bandwidth for its online operations. This out-sourced infrastructure is with the following companies in the following locations: Equinix, in Ashburn, Virginia (12 racks of equipment / 80 units); Qwest, in Denver, Colorado (93 racks of equipment / 474 units); Brampton, in Toronto, Ontario (41 racks of equipment / 267 units); Telehouse, in London, UK (3 racks of equipment / 27 units); NavaSite, in San Jose, California (2 racks of equipment / 12 units); and, Savvis, in Santa Clara, California (1 Rack / 10 units); and JMA, in San Francisco, California (0 racks / no equipment).

13. The small percentage of outsourced hosting that is based in California supports operations is unrelated to Tucows' domain name registration business.

14. Tucows' domain name registrations do not have a physical presence in California. Tucows' domain name registration data is located on computers operated by Tucows in Toronto, Canada. These Canadian-based computers, in turn, interact with computers operated by Verisign, Inc. that are based in Virginia.

15. The standard registrar contract with Verisign, Inc., applicable to all domain name registrars including Tucows, includes the following language: "This Registry-Registrar Agreement (the "Agreement") is dated as of _____, ____ ("Effective Date") by and between VeriSign, Inc., a Delaware corporation, with a place of business located at 21345 Ridgetop Circle, Dulles, Virginia 20166." A true and correct copy of the standard Verisign registrar contract is available on the ICANN website at: http://www.icann.org/tlds/agreements/verisign/appendix-08-01mar06.htm.

16. Tucows has not consented, and does not consent, to jurisdiction in this judicial district.

17. The registrar certificate previously filed by Tucows was filed only for the purpose of the *in rem* proceeding, allowing the Court to decide a trademark dispute without the presence or participation of the non-resident registrar.

DATED: June 13, 2008.

Signed under penalty of perjury,

*/s/ Adam Eisner*
**Adam Eisner**
*Product Manager, Domains*
*Tucows, Inc.*