IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**                    **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: July 18, 2008                        **Court Reporter:** Jim Yeomans

**CASE NO.: C- 07-3112   JSW**

**TITLE:** Ann Jenkins, et al., v. Tucows, Inc.

**COUNSEL FOR PLAINTIFF:**                     **COUNSEL FOR DEFENDANT:**

**Karl Kronenberger**                          **Bret Fausett**

**PROCEEDINGS:**    Motion to Dismiss

**RESULTS:**    *The Court **tentatively GRANTS** Defendant's Motion to Dismiss*

    The Court heard argument from counsel.
    The motions are taken under submission.
    A written ruling shall issue

    The Court ordered the parties to order a transcript of these proceedings and to share in the cost of the transcript.