IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANN JENKINS, et al.,

    Plaintiff,

v.

TUCOWS, INC.,

    Defendant.
_____/

No. C 07-03112 JSW

**ORDER GRANTING LIMITED JURISDICTIONAL DISCOVERY AND SETTING BRIEFING SCHEDULE**

    Defendant's motion to dismiss for lack of personal jurisdiction currently is pending before the Court and under submission. Having considered the parties' papers, and having considered their positions at oral argument, the Court finds that limited jurisdictional discovery is warranted. *See Wells Fargo & Co. v. Wells Fargo Express Co.*, 556 F.2d 406, 430 n. 24 (9th Cir. 1977).

    At oral argument, Plaintiffs requested jurisdictional discovery on: (1) Tucows' customers in California, including what percentage of its total customer base is within California; (2) information about Tucows' domain name portfolio and revenues generated by those domain names, including a transaction with Portfolio Brains, LLC[1]; (3) information about Tucows' business partners in California; and (4) information about the alleged thief who effected the transfer of the domain name at issue.

---

[1] The record suggests that the Portfolio Brains, LLC transaction was with one of Tucows wholly owned subsidiaries, Tucows.com Co. *See* Declaration of Deepa Krishna, Ex. B at 4. In addition, this exhibit suggests that Tucows.com Co. sold domain names *to* Portfolio Brains, LLC, rather than acquiring the domain names *from* Portfolio Brains, as is suggested in Plaintiffs' opposition brief. Accordingly, the Court shall not permit discovery on this transaction.

1    The Court shall permit Plaintiffs to engage in discovery on the first three topics.
2 Information about the alleged thief, however, is unrelated to the jurisdictional issue.
3 Accordingly, Plaintiffs shall be permitted to engage in limited jurisdictional discovery on these
4 three issues to be completed, *i.e.* requests served and responses received, by no later than
5 November 14, 2008. Upon completion of discovery, Plaintiffs may file a supplemental
6 opposition brief to the motion to dismiss not to exceed twelve (12) pages, by no later than
7 December 1, 2008. Tucows may file a supplemental reply brief not to exceed twelve (12) pages
8 by December 15, 2008. The Court shall then take the matter under submission and rule on the
9 papers, unless it deems that an evidentiary hearing is necessary.

10   **IT IS SO ORDERED.**

11   Dated: August 19, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2