**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
Margarita Calpotura (Cal. Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
margarita@kronenbergerlaw.com

Attorneys for Plaintiffs
ANN JENKINS and ERNEST F. JENKINS, JR.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN JENKINS,** *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **TUCOWS, INC.**, <br><br> Defendant. | Case No. C-07-03112 JSW <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

Case No. C-07-03112 JSW — **NOTICE OF DISMISSAL WITH PREJUDICE**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Ann Jenkins and Ernest F. Jenkins, Jr. (collectively, "Plaintiffs"), by and through their designated counsel, and pursuant to Docket Entry 53, hereby dismiss with prejudice Tucows, Inc., as a defendant from the above-captioned action.

DATED: December 9, 2008

**KRONENBERGER BURGOYNE, LLP**

BY: /s/ Karl S. Kronenberger
Karl S. Kronenberger

Attorneys for Plaintiffs Ann Jenkins and Ernest F. Jenkins, Jr.

**IT IS SO ORDERED:**

DATED: December 10, 2008

BY: *[signature: Jeffrey S. White]*

THE HONORABLE JEFFREY S. WHITE

Judge of the United States District Court for the Northern District of California

Case No. C-07-03112 JSW

**NOTICE OF DISMISSAL WITH PREJUDICE**

1