IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANN JENKINS, et al.,

    Plaintiff,

v.

TUCOWS, INC.,

    Defendant.
                               /

No. C 07-03112 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

    The Court has received and considered Plaintiffs' response to the Order to Show Cause, and HEREBY DISCHARGES that Order without further action. The Court FURTHER ORDERS that this matter be set for a case management conference on **Friday, February 27, 2009 at 1:30 p.m.** Plaintiffs are HEREBY ORDERED to serve a copy of this Order on the newly named Defendants.

    **IT IS SO ORDERED.**

Dated: December 12, 2008

                                                     JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE