**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANN JENKINS, et al.,

    Plaintiffs,

  v.

TUCOWS, INC., et al.,

    Defendants.
_____/

No. C 07-03112 JSW

**ORDER OF REFERRAL**

    Pursuant to Local Rule 72-1, Plaintiff's motion for default judgment against Defendant Robert Pooke filed on April 2, 2009 is HEREBY REFERRED to Magistrate Judge Edward M. Chen. The hearing date of May 15, 2009 before this Court is HEREBY VACATED.

Dated: April 2, 2009

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

cc: Wings Hom