UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN JENKINS, *et al.*, | No. C-07-3112 JSW (EMC) |
| Plaintiffs, | |
| v. | **ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE** |
| ROBERT POOKE, *et al.*, | |
| Defendants. | **(Docket No. 79)** |
| _____/ | |

    Plaintiffs Ann Jenkins and Ernest F. Jenkins, Jr. ("Plaintiffs") have filed suit against Defendants Robert Pooke and Kevin Dillon for conversion and trover. *See* Docket No. 50 (second amended complaint). In January 2009, Plaintiffs voluntarily dismissed their claims against Mr. Dillon, leaving Mr. Pooke as the only remaining Defendant. After Mr. Pooke failed to respond to the summons and complaint, his default was entered on March 20, 2009. *See* Docket No. 78 (notice of entry of default). Thereafter, Plaintiffs filed a motion for default judgment against Mr. Pooke which the presiding judge, Judge White, referred to the undersigned for a report and recommendation.

    The Court has reviewed the papers submitted by Plaintiffs and hereby orders that they provide supplemental briefing and/or evidence as to their claim that there is personal jurisdiction over Mr. Pooke, who appears to be a resident of Great Britain. In their second amended complaint, Plaintiffs, who are residents of Massachusetts, claim that there is personal jurisdiction over Mr. Pooke "because the tort of conversion of the domain name <mod.com> occurred where the actual conversion took place, namely the situs of the domain name <mod.com>, which is at Ver[i]sign,

Inc., the registry for the domain name," located in California. SAC ¶ 6. In their supplemental papers, Plaintiffs should be sure to cite any legal authority to support their claim of personal jurisdiction. The Court is particularly interested in any personal jurisdiction cases in which there has been an alleged tort in cyberspace.

The supplemental papers shall be filed -- and served on Mr. Pooke -- within one week of the date of this order. Plaintiffs are also to serve a copy of this order on Mr. Pooke within three days of the date of this order.

IT IS SO ORDERED.

Dated: May 4, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge