IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN JENKINS, et al., | No. C 07-03112 JSW |
| Plaintiffs, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| ROBERT POOKE, | |
| Defendant. | |

This matter comes before the Court upon consideration of the Report and Recommendation ("Report") issued by Magistrate Judge Edward M. Chen, in which he recommends that the Court grant Plaintiffs' motion for default judgment. Having considered the Report, the parties' papers, relevant legal authority, and the record in this case, the Court finds the Report thorough and well reasoned and adopts it in every respect. Accordingly, Plaintiffs' motion for default judgment is granted. A separate judgment shall issue, and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: August 19, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE